**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES NEGY,

    Plaintiff,

v.                                                    Case No. 6:23-cv-666-RBD-EJK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; S. KENT BUTLER;
ALEXANDER CARTWRIGHT;
TOSHA DUPRAS; MICHAEL
JOHNSON; and NANCY MYERS,

    Defendants.
_____

## ORDER

Pursuant to Local Rule 1.05(a), the Court orders this case to be **TRANSFERRED** to U.S. District Judge Carlos E. Mendoza, with his consent, in light of Case No. 6:23-cv-488-CEM-DCI.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 14, 2023.



ROY B. DALTON JR.
United States District Judge