# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Charles Negy,

    Plaintiff,

v.                                Case No. 6:23-cv-00666

Board of Trustees of the University
of Central Florida, et al.,

    Defendants.

_____

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Negy v. Board of Trustees of the University of Central Florida, et al.*, Case No. 6:23-cv-488-CEM-DCI

Click or tap here to enter text.

☐   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

/s/ Samantha K. Harris                      /s/ David R. Osborne
Samantha K. Harris                          David R. Osborne
Plaintiff Charles Negy                    Plaintiff Charles Negy
4/20/2023                                        4/20/2023