# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHARLES NEGY,**

      **Plaintiff,**

**v.**                                      **Case No: 6:23-cv-666-CEM-EJK**

**BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA, S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, and NANCY MYERS,**

      **Defendants.**

## ORDER

This cause comes before the Court upon review of the file. Pursuant to Local Rule 1.07(a)(1), the undersigned hereby orders this case to be **TRANSFERRED** to U.S. Magistrate Judge Daniel C. Irick, with his consent, in light of Case No. 6:23-cv-488-CEM-DCI.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE