UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

   *Plaintiff,*

v.                                     CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL FLORIDA;
S. KENT BUTLER, individually
and in his official capacity;
ALEXANDER CARTWRIGHT, individually
and in his official capacity;
TOSHA DUPRAS, individually
and in her official capacity;
MICHAEL JOHNSON, individually
and in his official capacity;
NANCY MYERS, individually
and in her official capacity;

   *Defendants*.
_____/

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1, AND Local Rule 3.03, Defendants, BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA, S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON and NANCY MYERS (Collectively "Defendants"), hereby make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity[1].]

This is not an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    **A.**    Susan T. Spradley, Counsel for Defendants

    **B.**    Kristie Hatcher-Bolin, Counsel for Defendants

    **C.**    Katherine W. Katz, Counsel for Defendants

    **D.**    Julie M. Zolty, Counsel for Defendants

    **E.**    GrayRobinson, P.A., Law Firm Representing Defendants

    **F.**    University of Central Florida ("UCF")

    **G.**    Board of Trustees of the University of Central Florida, Defendant

        1.    Tiffany Altizer, UCF Trustee

        2.    Rick Cardenas, UCF Trustee

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

    3.     Bill Christy, UCF Trustee

    4.     Jeff Condello, UCF Trustee

    5.     Joseph Conte, UCF Trustee

    6.     Danny Gaekwad, UCF Trustee

    7.     Stephen King, UCF Trustee

    8.     Daniella Lopez, UCF Trustee

    9.     Caryl McAlpin, UCF Trustee

    10.     John Miklos, UCF Trustee

    11.     Michael Okaty, UCF Trustee

    12.     Alex Martins, UCF Board of Trustees Chair

    13.     Harold Mills, UCF Board of Trustees Vice Chair

**H.**     Youndy Cook, UCF Vice President & General Counsel

**I.**     Craig F. Novick, UCF Associate General Counsel

**J.**     Sara H. Potter, UCF Associate General Counsel

**K.**     Florida Department of Financial Services

**L.**     S. Kent Butler, Defendant

**M.**     Alexander Cartwright, Defendant

**N.**     Tosha Dupras, Defendant

**O.**     Nancy Myers, Defendant

**P.**     Michael Johnson, Defendant

**Q.**     Charles Negy, Plaintiff

    **R.**    Samantha K. Harris, Counsel for Plaintiff

    **S.**    David R. Osborne, Counsel for Plaintiff

    **T.**    Allen Harris PLLC, Law Firm Representing Plaintiff

    **U.**    Goldstein Law Partners, LLC, Law Firm Representing Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None known.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None known.

6. Identify each person arguably eligible for restitution:

    Charles Negy, Plaintiff

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

Respectfully submitted on this 9th day of June, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 9, 2023, a true and correct copy of the foregoing was filed through the CM/ECF system, which will serve an electronic copy on all parties of record.

*/s/ SUSAN T. SPRADLEY*
**SUSAN T. SPRADLEY**
Florida Bar No.: 0818712
Susan.Spradley@gray-robinson.com
**KATHERINE W. KATZ, ESQ.**
Florida Bar No. 1022526
Katherine.Katz@gray-robinson.com

**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida  32802-3068
Telephone:  (407) 843-8880
Facsimile:   (407) 244-5690
         And
**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462
*Counsel for Defendants*