UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

    *Plaintiff,*

v.                                           CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL FLORIDA;
S. KENT BUTLER, individually
and in his official capacity;
ALEXANDER CARTWRIGHT, individually
and in his official capacity;
TOSHA DUPRAS, individually
and in her official capacity;
MICHAEL JOHNSON, individually
and in his official capacity;
NANCY MYERS, individually
and in her official capacity;

    *Defendants*.
_____/

## **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." But for removal cases, the parties need not identify the original state-court proceeding in this Notice. Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

    I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Arbitration: *University of Central Florida Board of Trustees and The United Faculty of Florida (Grievant: Dr. Charles Negy)*
    Ben Falcigno, Arbitrator
    Opinion and Award – Completed May 16, 2022

*Charles Negy v. Board of Trustees of the University of Florida, et al.*
Case No. 6:23-cv-488-CEM-DCI – Closed April 12, 2023

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted on this 9th day of _June, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 9, 2023, a true and correct copy of the foregoing was filed through the CM/ECF system, which will serve an electronic copy on all parties of record.

    */s/ SUSAN T. SPRADLEY*
    **SUSAN T. SPRADLEY**
    Florida Bar No.: 0818712
    Susan.Spradley@gray-robinson.com
    **KATHERINE W. KATZ, ESQ.**
    Florida Bar No. 1022526
    Katherine.Katz@gray-robinson.com
    **JULIE M. ZOLTY**
    Florida Bar No.: 1036454
    Julie.Zolty@gray-robinson.com
    **GRAY ROBINSON, P.A.**
    Post Office Box 3068
    Orlando, Florida  32802-3068
    Telephone:  (407) 843-8880
    Facsimile:  (407) 244-5690
        And

**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462
*Counsel for Defendants*