UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

    *Plaintiff,*

v.   CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL FLORIDA;
S. KENT BUTLER, individually
and in his official capacity;
ALEXANDER CARTWRIGHT, individually
and in his official capacity;
TOSHA DUPRAS, individually
and in her official capacity;
MICHAEL JOHNSON, individually
and in his official capacity;
NANCY MYERS, individually
and in her official capacity;

    *Defendants*.
_____/

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

Defendants, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, S. KENT BUTLER, ALEXANDER CARTRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON and NANCY MYERS.

    Respectfully submitted this 12th day of June, 2023.

/s/ *Julie M. Zolty*
**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida  32802-3068
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690
*Co-counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie M. Zolty*
**JULIE M. ZOLTY**
Florida Bar No.: 1036454

2