**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES NEGY,

    *Plaintiff,*

v.   CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL FLORIDA;
S. KENT BUTLER, individually
and in his official capacity;
ALEXANDER CARTWRIGHT, individually
and in his official capacity;
TOSHA DUPRAS, individually
and in her official capacity;
MICHAEL JOHNSON, individually
and in his official capacity;
NANCY MYERS, individually
and in her official capacity;

    *Defendants*.
_____/

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

Defendants, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ("UCF"), S. KENT BUTLER, ALEXANDER CARTRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON and NANCY MYERS.

Date: June 12, 2023.

        */s/KATHERINE W. KATZ*
        **KATHERINE W. KATZ, ESQ.**
        Florida Bar No. 1022526
        Katherine.Katz@gray-robinson.com
        **GRAY ROBINSON, P.A.**
        Post Office Box 3068
        Orlando, Florida 32802-3068
        Telephone: (407) 843-8880
        Facsimile: (407) 244-5690
        *Co-Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/KATHERINE W. KATZ*
        **KATHERINE W. KATZ**
        Florida Bar No.: 1022526