UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

    Plaintiff,

v.

                                      No. 6:23-cv-00666-CEM-EJK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL FLORIDA,
in their official capacities; and
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, and NANCY
MYERS, in their individual capacities,

    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I served Plaintiff's First Amended Complaint, Demand for a Jury Trial, Request for Declaratory Relief, and Request for Injunctive Relief upon Defendants' counsel of record in this matter.

                                        /s/ Samantha K. Harris

                                        Samantha Harris
                                        ALLEN HARRIS PLLC
                                        P.O. Box 673
                                        Narberth, PA 19072

610-634-8258
sharris@allenharrislaw.com

*Attorney for Plaintiff*