UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES NEGY<br><br>PLAINTIFF,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA, in their official capacities; and S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, and NANCY MYERS, in their individual capacities,<br><br>DEFENDANTS. | No. 6:23-cv-00666-CEM-DCI<br><br>Date: March 4, 2025 |

## NOTICE OF FILING

Plaintiff Charles Negy, by and through his legal counsel, hereby gives notice of filing the following exhibits:

1. Johnson 0739
2. Cartwright 1399
3. Dupras 0023-0024
4. Plaintiff's First Request for Production of Documents to Defendant Myers
5. Myers 8125-8143
6. Myers 9757-9778
7. Myers 11308-11497
8. Myers 11958-11971
9. Negy 000052-000058

1

10. Negy 000830-000840

11. Negy 000557-000558

12. Negy 000559-000560

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, a true and correct copy of the foregoing was served on all parties of record through the CM/ECF system.

Respectfully Submitted,

/s/ Samantha K. Harris
Samantha K. Harris
ALLEN HARRIS PLLC
PA Bar No. 90268
*Admitted Pro Hac Vice*
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

Joshua Adam Engel
ENGEL & MARTIN, LLC
Ohio Bar No. 0075769
*Admitted Pro Hac Vice*
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

David R. Osborne
GOLDSTEIN LAW PARTNERS LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL 32256
610-949-0444
dosborne@goldsteinlp.com

*Attorneys for PLAINTIFF*