UNIVERSITY OF CENTRAL FLORIDA

**Psychology Department**
4111 Pictor Lane
Psychology Bldg. Room 320
Orlando, FL 32816-2385

22 May 2019

**Charles Negy, Ph.D.
Department of Psychology
University of Central Florida
Orlando, FL 32816-1390**

Re.:   Response to the offer of employment you received

Dear Dr. Negy:

It is our understanding that you have received a written offer of employment in the Department of Psychology at the University of Texas of the Permian Basin, with a start date of August 2019. The appointment offered to you by UTPB is as chair of the department and at the rank of Professor with tenure, with a 9-month salary of $110,000.00 plus a chair's stipend of $6,000.00/annum.

Dean Johnson and I value your contributions to UCF, the College of Sciences, and the Department of Psychology, and we would like to retain you at UCF. Towards this end, we are committed to seek an Administrative Discretionary Increase (ADI) for you, as soon as is possible. Our intention is that, effective no later than 08 August 2019, we will provide a 9-month salary of $107,000.00.

The ADI depends on steps that we expect to occur, but do not entirely control. We detail these here for complete transparency: The ADI will require university approval, something that is typically not difficult to obtain.

We hope that the commitment described above will allow us to retain you at UCF. Please advise whether the above is acceptable to you.

Sincerely,

Florian Jentsch, Ph.D.
*Chair* and *Professor*
Department of Psychology

Michael Johnson, Ph.D.
*Dean*
College of Sciences