| From: | Karen Monteleone <Karen.Monteleone@ucf.edu> |
|---|---|
| Sent time: | 06/10/2020 12:41:59 PM |
| To: | Karen Monteleone <Karen.Monteleone@ucf.edu> |
| Subject: | Information: Emails about Charles Negy |
| Attachments: | Contact-the-board-2020-06-07.pdf |

Trustees —

Since June 3, the Board Office has received more than 200 emails regarding Charles Negy. These emails have been compiled into the attached document for your review.

Please be aware that this document has not been redacted in any way.  Many of the comments are from students, and as such, contain information that may be protected under FERPA and section 1006.52, Florida Statutes.  It is important that you ask the Board Office for additional guidance or a redacted version if you intend to share or otherwise disseminate this listing beyond yourself.

The Board Office, in coordination with the President's Office and communications team, will be sending responses to every individual who contacted the Board.

Please do not hesitate to contact me with any questions.

Thank you.


Karen Monteleone
407-415-7017

**From:** Karen Monteleone <Karen.Monteleone@ucf.edu>
**Sent:** Thursday, June 4, 2020 3:09 PM
**To:** Karen Monteleone <Karen.Monteleone@ucf.edu>
**Subject:** Media Update


Trustees —

A UCF professor's personal Twitter posts have gone viral and have received significant media attention. Overnight, there have been thousands of posts on social media and hundreds of individuals have emailed university offices, including more than 175 submissions to the Board of Trustees account.

The university released the following statement via UCF's Twitter account: "Being actively anti-racist means calling out and confronting racist comments. We are aware of Charles Negy's recent personal Twitter posts, which are completely counter to UCF's values. We are reviewing this matter further while being mindful of the First Amendment."

The university has opened an inquiry into this situation. We will keep you informed as the situation develops.

Please contact me directly with any questions.

-Karen

**Karen K. Monteleone '05 '13MA**
Assistant Vice President, Board Relations
University of Central Florida

Office: 407.882.2855
Cell: 407.415.7017
karen.monteleone@ucf.edu
**bot.ucf.edu**

*Please note:* Florida has a very broad open records law (F.S. 119). Emails may be subject to public disclosure.

CARTWRIGHT R-RFP1 1399