| | |
|---|---|
| **From:** | Tosha Dupras <Tosha.Dupras@ucf.edu> |
| **Sent time:** | 06/07/2020 11:57:13 PM |
| **To:** | Vanessa Romain <vanessaromain13@gmail.com> |
| **Subject:** | Re: #UCFFIREHIM |

Dear Vanessa,

Thank you for your email concerning the twitter messages of Dr. Charles Negy. I appreciate that as an alumna of the University of Central Florida, you took the time to reach out to me, and to the administration at UCF to express your concern.

As the Interim Dean of the College of Sciences, I want to assure you that Dr. Negy's comments are not representative of the college's values of equity, diversity, and inclusion. As you may know, President Cartwright has also issued a statement (please see here) condemning Dr. Negy's statements, and condemning discrimination, intolerance, and bias in our classrooms, and that the university has launched an inquiry into this matter.

If during your time at UCF you experienced discriminatory behavior linked to Dr. Negy, or in any other class, please do not hesitate to report this to the University's Office of Institutional Equity (https://www.oie.ucf.edu/) and to our UCF Integrity Line at https://compliance.ucf.edu/compliance-helpline/.

Thank you,

Tosha Dupras

_____
**Tosha L. Dupras, Ph.D.**
Interim Dean, College of Sciences
Professor, Department of Anthropology
University of Central Florida
Office Location: CSB 210
Office: (407) 823-6725

---

**From:** Vanessa Romain <vanessaromain13@gmail.com>
**Sent:** Thursday, June 4, 2020 6:17 PM
**To:** Office of the Provost <provost@ucf.edu>; Florian Jentsch <Florian.Jentsch@ucf.edu>; Tosha Dupras <Tosha.Dupras@ucf.edu>; College of Sciences Academic Services <cosas@ucf.edu>; psyinfo <psyinfo@ucf.edu>; S. Kent Butler <skbutler@ucf.edu>
**Subject:** #UCFFIREHIM

Hello,


My name is Vanessa Romain and I am an alumna of the University of Central Florida.

I am emailing today to demand accountability and action against the racist and demeaning behavior witnessed by students and published publicly by Professor Charles Negy.

I demand that the University of Central Florida investigate Dr. Charles Negy and release him from his position as Associate Professor. As a University that prides itself on its diversity and inclusion, we can no longer stand idly by while Professor Negy continues to make abhorrent racist remarks. While Professor Negy has every right to the freedom of speech, he needs to be aware

DUPRAS_R_RFP1_0023

that a Gislebed vearing one rateful rhetoric does not alignewith the values of the University of Central Florida.

Additionally, I demand that the University of Central Florida condemn Dr. Charles Negy's views, publish how they will protect students of color and see through an action plan that addresses students both in and outside of Dr. Negy's courses.

Sincerely,

Vanessa Romain

Sent from my iPhone

DUPRAS R-RFP1_0024