OIE Investigative Report 2019-00251.pdf

# UNIVERSITY OF CENTRAL FLORIDA
# OFFICE OF INSTITUTIONAL EQUITY

IN THE MATTER OF:

MISCONDUCT ALLEGATIONS REGARDING
FACULTY RESPONDENT
AND
STUDENT RESPONDENT[1]

**<u>Investigative Report</u>**

OIE Case No. 2019-00251

January 3, 2020

---

[1] Based on the fact that the allegations of hostile environment sexual harassment against Faculty Respondent and Student Respondent are intricately interconnected, this report addresses both sets of allegations. While OIE makes both factual and policy violation findings pertaining to employees, policy findings related to allegations of student misconduct are under the purview of the Office of Student Conduct (OSC) and the UCF *Rules of Conduct* (Regulation 5.008).

Once this report is issued to Student Respondent, Student Respondent will have three days to review this report and submit a written response. Once Student Respondent has had an opportunity to review the report, the report, any supporting documentation, and any written responses provided by the parties will be forwarded to the Deputy Title IX Coordinator for Students for a determination of whether cause is present to charge Respondent with a violation of UCF policy, i.e. the *2019-2020 Golden Rule Student Handbook*. Should the Deputy Title IX Coordinator for Students determine that cause is present, this report, all supporting documentation, and the parties' written responses will be forwarded to the Director of the Office of Student Conduct for further conduct proceedings. Should the Deputy Title IX Coordinator for Students determine that no cause is present, the Student Respondent will be issued a letter setting forth this determination and the matter will be closed.

With regard to issuance of this report to Faculty Respondent, it also will be shared with management and appropriate parties for their review. Also, Faculty Respondent will have the opportunity to provide a written response to the investigative report, which can be submitted to OIE.

MYERS R-RFP1 11308

OIE Investigative Report 2019-00251.pdf

## I.     INTRODUCTION

On Friday, September 20, 2019, Dr. Teresa Dorman (Associate Dean, College of Sciences) contacted the Office of Institutional Equity (OIE) regarding videos posted to a YouTube channel (called *American College Boys*) by Faculty Respondent which may have violated various institutional rules. The video which initiated the inquiry, titled "[Faculty Respondent's] Anger Translator,"[2] featured Faculty Respondent and Student Respondent engaging in what appeared to be retaliation against a student in an organic chemistry course who filed a complaint with the department regarding Faculty Respondent's instruction (hereinafter referred to as the Complainant). Other videos posted to this same YouTube channel included sexually and ethnically inappropriate language and references, nudity, and other derogatory language. Four additional videos[3] posted to this channel, and deemed relevant to this matter, were titled:

- The Laboratory – Episode 1 Intro
- The Laboratory – Episode 2 At the end of summer break
- The Laboratory – Episode 3 Taking on hurricane Dorian; Surfing; Florida; Cocoa Beach
- The Laboratory – Episode 4 Lunch friction and presentation

A sixth video, "Consequence of the posting the satire video of [Faculty Respondent's] anger translator wheres [*sic*] the 1st amendment" was posted following Faculty Respondent being placed on paid administrative leave in response to these allegations. Two other videos were also posted to this channel, which were "special seminars" (lectures) recorded by Faculty Respondent's lab students and posted to the YouTube channel.

The Office of Institutional Equity (OIE) is a neutral office responsible for investigating claims of discrimination and harassment based on protected classifications, as well as retaliation. When investigations reveal the presence of discriminatory, harassing or retaliatory behavior, OIE is responsible for making recommendations to mitigate the effects of discriminatory conduct. Accordingly, OIE conducted the present investigation in response to the alleged misconduct. This report summarizes the allegations, scope of the investigation, applicable standards of review, analysis and findings of OIE.

As discussed in further detail below, OIE's investigation revealed that Faculty Respondent did not violate UCF Policy 2-004.1 related to hostile environment sexual/sex-based harassment and did not violate UCF Policy 2-004.1 related to hostile environment harassment on the basis of religion. However, OIE finds that Faculty Respondent violated UCF Policy 2-700.1 by retaliating against the Complainant for filing a good faith complaint.  Faculty Respondent also violated Regulation 3.001 by failing to report Student Respondent's conduct to OIE.

---

[2] As of October 30, 2019, this video had received 10,789 views.

[3] These videos were archived on September 19, 2019; as of October 30, 2019, Episode 1 was the only video still publicly available on the channel in its entirety. The "Anger Translator" video was redacted following the initiation of this investigation. As of the issuance of this report, all videos have been set to "private" and are no longer able to be viewed by the public.

MYERS R-RFP1 11309

As set forth in detail below, OIE was constrained by applicable legal standards and the policy language to find that the claim of sexual/sex-based discriminatory harassment failed due to the lack of a subjectively distressed individual who perceived the environment to be sexually hostile or hostile based on sex. Notwithstanding, OIE notes that Faculty Respondent came dangerously close to violating the *Nondiscrimination Policy's* prohibition of hostile environment harassment as his conduct of being naked in the back seat of a car with an undergraduate student in the front seat, showing the video of his partial nudity to students in the lab, showing the video of his Student Respondent's posterior while making inappropriate and unprofessional comments about the Student Respondent's body, flashing his underwear to an undergraduate student to show its label, and his complete failure to address the unwelcome and **routine** sex-based and sexual statements in the educational environment likely met the threshold of pervasiveness necessary for a policy violation finding. Moreover, based on (1) Faculty Respondent's admission that he previously had been notified that Student Respondent's volume and language had made students uncomfortable in the lab; (2) Faculty Respondent's ineffective and lack of a response to this report; (3) Faculty Respondent's well-known "friendship" with Student Respondent; and, (4) Faculty Respondent's retaliatory behavior following the Complainant's report about his teaching, it is quite possible that students found the behavior offensive but feared being subjected to retaliation if they shared this with OIE. Accordingly, although OIE is constrained to find that the Faculty Respondent fell short of a violation of the *Nondiscrimination Policy's* prohibition of discriminatory harassment due to lack of a student indicating that they were subjectively offended by the conduct in a manner that impacted their access to their education, the Faculty Respondent's conduct appears to have fallen woefully short of the University's commitment to creating "an atmosphere of safety and mutual respect" and "fostering a safe and respectful university community." *Nondiscrimination Policy*, Section III. It also may violate other applicable University policies. Therefore, OIE refers this matter to management, in consultation with Academic Affairs, for further review and response under other applicable policies.

Based on the totality of the record and findings that Faculty Respondent subjected an undergraduate student to retaliation and failed in his supervisory obligations under Regulation 3.001, OIE recommends that management consider effective disciplinary action, up to and including termination.

## II.     APPLICABLE STANDARDS OF REVIEW AND EVIDENTIARY STANDARDS

In the present case, the initial review of the video content by the College of Sciences leadership elicited concerns related to hostile environment harassment and retaliation. A review of the relevant University policies and regulation below provides the framework used by OIE in its analysis of the concerns raised.

### Nondiscrimination Policy and Regulation

The University of Central Florida's *Non-Discrimination Regulation* (UCF 3.001) and *Prohibition of Discrimination, Harassment and Related Interpersonal Violence Policy* (UCF 2-004.1) provide, in relevant part:

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11310

OIE Investigative Report 2019-00251.pdf

The University does not unlawfully discriminate in any of its education or employment programs and activities on the basis of an individual's …sex…religion… or membership in any other protected classes as set forth in state or federal law.

The University also prohibits employees from being subjected to hostile environment harassment which is described as discriminatory harassment that is so severe or pervasive that it unreasonably interferes with, limits, deprives, or alters the terms or conditions of education (e.g., admission, academic standing, grades, assignment); employment (e.g., hiring, advancement, assignment); or participation in a University program or activity (e.g., campus housing), when viewed from both a subjective and objective perspective.

Sexual harassment is defined as any unwelcome sexual advances, request for sexual favors, and other unwanted conduct of a sexual nature, whether verbal, non-verbal, graphic, or otherwise, when the conditions for Hostile Environment Harassment … (as defined above) are present.[4]

## Reporting Misconduct and Protection from Retaliation Policy[5]

UCF's *Reporting Misconduct and Protection from Retaliation* Policy (2-700.1) articulates, in relevant part:

When members of the university community become aware of or have reason to suspect university activities and business are not conducted according to these expectations, UCF expects members of the university community to make good faith reports of suspected misconduct.

Retaliation against anyone who, in good faith, reports misconduct, or who participates in an investigation of misconduct, is strictly prohibited. The university will take all reasonable and necessary actions to protect members of the university community who have filed good faith reports of misconduct. Disciplinary action resulting from self-reported misconduct is not considered to be an act of retaliation. Attempting to coerce, intimidate, or tamper with a participant (witness) of an investigation is prohibited and may be considered retaliation.

It is prohibited under this policy for an individual to engage in identifiable actions with the intention of preventing or deterring a reasonable person from submitting a report of potential misconduct or participating in a misconduct investigation.

---

[4] These University policies and regulation are considered to provide similar protections against harassment as those afforded under the Florida Civil Rights Act of 1992 (§760.10 et seq., §110.1221), the Florida Educational Equity Act (§1000.05), Title VII of the Civil Rights Act of 1964 (Title VII), and Title IX of the Education Amendments of 1972 (Title IX). While not a mirror image of these statutory counterparts, the examination of harassment claims under the University regulation and policies are similar to that under these relevant laws.

[5] Alleged violations of this policy generally fall under the jurisdiction of University Compliance, Ethics, and Risk (UCER). In light of the majority of concerns being within OIE's jurisdiction, the University determined that OIE also would investigate the concerns of retaliation captured by this policy and consult with UCER in this regard as necessary.

MYERS R-RFP1 11311

OIE Investigative Report 2019-00251.pdf

**Evidentiary Principles**

      The standard of proof utilized in OIE's investigations is "preponderance of the evidence," which is defined as that degree of relevant evidence which a reasonable mind, considering the record as a whole, would accept as sufficient to support a conclusion that the matter asserted is more likely to be true than not true. The burden of persuading the investigator that a decision or action was based on a protected class always rests on the complaining party and because discrimination cannot be presumed, the investigator may not find discrimination when the evidence is sharply conflicting, unclear or equivocal.

## III.    OIE INVESTIGATION

| | |
|---|---|
| **September 20, 2019** | OIE received a report from the College of Sciences in this matter. The College provided the four "The Laboratory" videos as well as the "Anger Translator" video. |
| | Dr. Cherie Yestrebsky (Chair, Department of Chemistry) provided Faculty Respondent with a notice of paid administrative leave pending the outcome of the investigation. Later that same day, Faculty Respondent posted a video in response to being escorted off campus. |
| | OIE proceeded to catalog and archive all video content from the American College Boys YouTube channel. |
| **September 23, 2019** | Dr. Yestrebsky issued a letter of counsel to Faculty Respondent for violating two restrictions from the initial notice of paid administrative leave – namely, (1) emailing other university employees, and (2) posting a video regarding the leave which was directed toward students. |
| | This same day, the Department provided OIE with a list of all individuals found in the lab from the YouTube videos. |
| **September 24, 2019** | OIE reviewed and retained photo and video posts from Faculty Respondent's lab group Instagram page, as well a post on the UCF Parents Facebook group page related to this matter. |
| **September 26, 2019** | OIE contacted the following individuals requesting meetings to discuss this matter: Witness 1, Witness 2, Witness 3, Witness 4, and Witness 5. Witnesses 1 and 5 confirmed their participation the same day. Witness 3 confirmed their participation on September 29, and Witness 4 confirmed their participation on September 30. Witness 2 did not respond to this outreach but appeared on October 1 for her appointment. |
| **October 1, 2019** | OIE conducted individual substantive interviews with Witnesses 1, 2, and 4. Each witness was provided with information regarding their role as a witness and their rights and options therein. Each witness was |

MYERS R-RFP1 11312

OIE Investigative Report 2019-00251.pdf

provided with a copy of their statement to review. Each witness signed and affirmed the accuracy of their statement.

| | |
|---|---|
| **October 2, 2019** | OIE conducted individual substantive interviews with Witnesses 3 and 5. Each witness was provided with information regarding their role as a witness and their rights and options therein. Each witness was provided with a copy of their statement to review. Each witness signed and affirmed the accuracy of their statement. |
| **October 3, 2019** | OIE contacted the following individuals requesting meetings to discuss this matter: Witness 6, Witness 7, Witness 8, Witness 9, Witness 10, Witness 11, and Witness 12. |
| **October 8, 2019** | Witness 8 requested to reschedule their appointment with OIE. OIE requested that Witness 8 provide additional availabilities. Witness 8 did not respond to additional outreach from OIE. |
| | OIE conducted individual substantive interviews with Witnesses 7, 9, and 12. Each witness was provided with information regarding their role as a witness and their rights and options therein. Each witness was provided with a copy of their statement to review. Each witness signed and affirmed the accuracy of their statement. |
| **October 9, 2019** | OIE conducted an individual substantive interview with Witness 6. This witness was provided with information regarding their role as a witness and their rights and options therein. This witness was provided with a copy of their statement to review. This witness signed and affirmed the accuracy of their statement. |
| **October 12, 2019** | OIE conducted individual substantive interviews with Witnesses 10 and 11. Each witness was provided with information regarding their role as a witness and their rights and options therein. Each witness was provided with a copy of their statement to review. Each witness signed and affirmed the accuracy of their statement. |
| **October 16, 2019** | OIE contacted Faculty Respondent via telephone to inform Faculty Respondent of OIE's investigation. Faculty Respondent was provided with a written Notice of Investigation via their personal email. Faculty Respondent noted that their University email account had been deactivated and therefore could not provide additional relevant information from that email account. A meeting was scheduled for October 18, 2019. Faculty Respondent was advised of their right to have a support person or advisor of their choice present. |
| | OIE contacted Student Respondent via telephone to inform Student Respondent of OIE's investigation. Student Respondent was provided |

MYERS R-RFP1 11313

OIE Investigative Report 2019-00251.pdf

with a written Notice of Investigation via their Knights email. A meeting was scheduled for October 21, 2019. Student Respondent was advised of their right to have a support person or advisor of their choice present.

**October 18, 2019**    OIE conducted a substantive interview with Faculty Respondent. Faculty Respondent's support person of choice was present for the meeting. Faculty Respondent was provided with information regarding their role as a respondent and their rights and options therein. Faculty Respondent was provided with a copy of their statement to review. Faculty Respondent signed and affirmed the accuracy of their statement with minor modifications on October 25, 2019.

**October 21, 2019**    OIE rescheduled Student Respondent's appointment to October 22, 2019.

**October 22, 2019**    OIE conducted a substantive interview with Student Respondent. Student Respondent was provided with information regarding their role as a respondent and their rights and options therein. Student Respondent was provided with a copy of their statement to review. Student Respondent signed and affirmed the accuracy of their statement with minor modifications on October 25, 2019.

**October 25, 2019**    Pursuant to a request initiated by the College, Brad Dial (Information Security Professional III) with the Office of Information Security (InfoSec) provided OIE with an encrypted hard drive with videos, photos, and web browser history from the following University-purchased devices found in Faculty Respondent's lab: ADATA USB drive, Dell Desktop, HP Folio, iMac, Insta360 camera, and Sony 4K camera. OIE proceeded to itemize and review each file in this hard drive.

**November 21, 2019**    At the request of Faculty Respondent, OIE contacted Associate Chair of Chemistry, Dr. Seth Elsheimer, for emails deemed relevant to the investigation. Dr. Elsheimer replied this same day with two email strings to which he was a party between himself, the Complainant, and Faculty Respondent.

**November 26, 2019**    Dr. Cherie Yestrebsky, Chair of Chemistry, sent OIE an email which included Faculty Respondent's post in Webcourses (dated September 14, 2019) in response to the Complainant's allegations.

**December 16, 2019**    OIE contacted Dr. Seth Elsheimer by phone to discuss the initial report made by the Complainant.

MYERS R-RFP1 11314

OIE Investigative Report 2019-00251.pdf

## IV.    SUMMARY OF POTENTIAL MISCONDUCT EVIDENCE

### Concerns Regarding Retaliation

On November 21, 2019, Dr. Seth Elsheimer, Associate Chair of Chemistry, responded to a request from OIE for documentation regarding the Complainant's allegations regarding Faculty Respondent. Dr. Elsheimer's two emails memorialized the following information.[6] Dr. Elsheimer participated in a follow-up conversation with OIE on December 16, 2019. As Associate Chair, Dr. Elsheimer determined that Faculty Respondent neglected his responsibilities as a course instructor and committed a "serious breach of department policy" by diverging from the standard Organic Chemistry II curriculum and failing to prepare students to take the American Chemical Society (ACS) exam as the summative assessment for the course. Dr. Elsheimer determined that the Complainant's concerns regarding the course content and instruction were substantiated. Furthermore, Dr. Elsheimer characterized the "special seminar" presented by Faculty Respondent on September 10, 2019 as "colossally over the heads of the students," and thus inappropriate for the course. Dr. Elsheimer explained that the ACS exam is an accreditation requirement as well as part of the Department's annual assessment. However, Faculty Respondent failed to include this information in his syllabus. The Complainant learned about the ACS exam from students in other sections of Organic Chemistry II and became concerned that she was not being prepared by Faculty Respondent to take this exam.

On September 12, 2019, which serves as the date of the original grievance, the Complainant sent an email to chemstaff@ucf.edu titled "Organic Chemistry II" which stated the following:

Hello,

My name is [Complainant] and I am a senior majoring in health sciences. I currently am enrolled in organic chemistry II with the new professor, [Faculty Respondent]. He has announced to the class that he will be teaching his style which includes very little teaching of organic chemistry concepts. As a student who is planning on enrolling in biochemistry in spring and furthering my chemistry knowledge in pharmacy school, it is quite concerning that he is not teaching us relevant material. In addition, I am very concerned for the ACS final that is required to be taken. At this point I am not sure what my best option would be, I have to remain in organic chemistry II in order to graduate on time but it is unacceptable to have to sit and listen to a professor lecture on anything but chemistry concepts when I am paying tuition to be taught particular information. If there is anything that can be done or that I need to do please let me know.

---

[6] In addition to memorializing the conversation, Dr. Elsheimer advised that of the three class meetings prior to Faculty Respondent's placement on paid administrative leave, Faculty Respondent reviewed content from the previous course during two lectures and conducted a special seminar for the third. Dr. Elsheimer advised that Faculty Respondent's special seminar was "clearly way over the heads of the class" and was related to Faculty Respondent's "outside business interest." Dr. Elsheimer also noted that Faculty Respondent was not abiding by the standard syllabus for the course and had required students to purchase a book that was not approved by the chemistry department for the course. Dr. Elsheimer stated, "Students were supposed to use the same book they had purchased for the prerequisite course CHM 2210 in a prior semester." While relevant to establishing whether or not retaliation may have occurred against the Complainant, OIE is referring these concerns to management and to UCER for additional review.

MYERS R-RFP1 11315

OIE Investigative Report 2019-00251.pdf

Thanks in advance,

[Complainant]

This email was then forwarded to Dr. Elsheimer for review. Dr. Elsheimer sent an email to the Complainant on September 13, 2019, seeking clarification on the concerns and asking if the Complainant expressed her concerns to Faculty Respondent. This email also was copied to Faculty Respondent.

The Complainant replied to only Dr. Elsheimer shortly thereafter, citing concerns that her grade would be adversely impacted if Faculty Respondent were included on the email discussion. Dr. Elsheimer replied shortly thereafter, again copying Faculty Respondent, that stated the following:

[Complainant],

Thank you for the video link. I watched the video and must admit that the content seems unusual for a CHM 2211 lecture but I'll wait to give [Faculty Respondent] a chance to comment. The content portion of the video is about 32 minutes.  Was that your entire class that day?

I asked something important in my prior note that you failed to answer:  Have you spoken to your instructor and/or asked him for what you think you need to be successful in the course? If not, please do so. He deserves a chance to respond and adjust if needed.

Sincerely,
Seth Elsheimer, Ph.D.
Associate Chair
Department of Chemistry
University of Central Florida

Dr. Elsheimer also forwarded the email string to Dr. Cherie Yestrebsky, Chair of Chemistry, with the following message:

Cherie,

Sorry to trouble you but I thought you should know about this one.

Below, in reverse chronological order, is my exchange with one of [Faculty Respondent's] 2211 students who claims he is not teaching Organic 2 but rather is lecturing about his research and commercial interests.  I was, of course, skeptical and asked for more information and she supplied it as a youtube video. Looks pretty bad. I have not yet heard from [Faculty Respondent].

Sincerely, Seth

MYERS R-RFP1 11316

OIE Investigative Report 2019-00251.pdf

Seth Elsheimer, Ph.D.
Associate Chair
Department of Chemistry
University of Central Florida

Faculty Respondent sent the following email in response to Dr. Elsheimer's last email later that same evening. The message, which was sent to the Complainant and Dr. Elsheimer, stated the following:

I told everyone, there will be several special seminars during the seminar [*sic*], and it's in the syllabus. I told all the students multiple times in the class about the special seminar which can be one of 2 or 3 special lectures. I doubt if she even paid attention to the lecture. I also told everyone in the class that my intention doing the seminar in the beginning was to show how Org Chem knowledge can be applied for many areas to give motivation for this Org Chem class, and strongly recommended to read the syllabus.
I also told everyone, if you don't like my style over the traditional Org Chem lecturers, to switch to Andy's course, which, to my knowledge, will be more intensive and traditional Organic Chem class. In addition, I told them that my class has 100 students in the waiting list.
If it's not too late, agin, please go ahead and drop this class and switch to other course asap.

[Faculty Respondent]

Shortly thereafter, the Complainant sent an email to Dr. Elsheimer and Faculty Respondent in response:

Good evening professor,

For starters, me reaching out to the department was not an effort to insult your teaching style as I am familiar with your syllabus and the scheduled seminars you had informed us of on the first day of class. My contacting of the department came from a place of concern as I have an entire career ahead of me where organic chemistry is very important and while I could teach myself it was to my knowledge that I was paying tuition to be in a course where particular information would be disbursed and tested. In addition, my concern comes from the first day of class where you expressed little concern to how in the past students who have taken your course have went into upper level chemistry courses with different professors without the knowledge necessary to be successful in those courses. You then proceeded to say that the book was not necessary and laughed. I understand you reserve the right to teach your own style, as you bluntly stated in the announcement posted on webcourses which was clearly targeted at me. I am a very attentive student and I have listened very closely to each of your lectures so the issue is not a lack of interest or respectfulness from me, the student.
To put this simply, I wanted to drop your class but due to my current schedule I was unable to fit Dr. Frazer's course into my schedule due to a conflict of time. I can not put this class off as I graduate in Spring and it would set me behind. I am not asking you to alter your

MYERS R-RFP1 11317

OIE Investigative Report 2019-00251.pdf

course completely I am just requesting that you prepare us properly for the required ACS exam that follows the end of organic chemistry II and incorporate useful organic concepts that will help prepare me for my future courses.

Respectfully,

[Complainant]

Faculty Respondent replied to the message about 30 minutes later:

As you may see the UCF Webcourses, the majority of students in this class has been sending messages that they love my style, and appreciate the special seminar about bio-inspired bioadhesives, and they say the seminar, indeed, has motivated them a lot to study Org Chem (as I intended) harder, and they hope to continue this style.
Based on my past years of experience as a professor (3 years at the University of California, Santa Barbara and 1.5 years here at UCF) and those positive messages from the numerous students in my class, I believe that my style of teaching and mentoring help my students to succeed in his/her careers.
In fact, almost all of my undergrads went to the top schools such as Stanford, Columbia, etc for their grad studies and med schools, and great jobs in the industry, and some of my grad students and postdocs became professors at other universities.

I am not going to change my style of this class, that 299 students out of 300 students like, just because you, the only one, don't like this class.
You said you wanted to drop it from the beginning, which means you knew from the beginning that this course is not going to work out well for you.
You cannot change any classes because the style of classes doesn't fit in your style by complaining to the departments.

-[Faculty Respondent]

Almost three hours later (September 14, 2019 at 12:50AM), Faculty Respondent sent this message in follow-up to the previous email:

[Complainant],

I have now read all the email exchanges carefully.
Now, I have very serious concerns about your honesty and fabrication of evidence because you said "I am familiar with your syllabus and the scheduled seminars you had informed us of on the first day of class", which means you knew my lecture on September 10th (the video you presented as the evidence of my regular Org Chem lecture) is "THE SPECIAL SEMINAR", which you knew that the seminar was intended to give the students motivation to study Org Chem harder by showing the areas of various applications.
However, to support your claim, you intentionally misled Dr. Seth Elsheimer by showing the special seminar video.

MYERS R-RFP1 11318

OIE Investigative Report 2019-00251.pdf

False accusation means "the claim or statement lacks supporting evidence to determine its veracity" and is a crime, especially when it's fabricated.
Don't ever do that, again.

[Faculty Respondent]

On September 14, 2019 at 1:45AM, Faculty Respondent sent this message in follow-up to that email:

[Complainant]:

This is FYI.
[hyperlink to UCF Rules of Conduct webpage]

Look at "Rules of Conduct" from this UCF student conduct board:
2. Possessing and/or Providing False and Misleading Information and/or Falsification of University Records

  *  Withholding related information, or furnishing false or misleading information (oral or written) to University officials, university and non-university law enforcement officers, faculty or staff.
  *  Possession, use or attempted use of any form of fraudulent identification.
  *   Forgery, alteration or misuse of any University document, material, file, record or instrument of identification.
  *   Deliberately and purposefully providing false or misleading verbal or written information about another person.
  *  Falsification, distortion, or misrepresentation of information during an investigation, Student Conduct Review Process, including knowingly initiating a false complaint.

At 2:15AM the same night, Faculty Respondent sent the following message in response to that email:

[Complainant]:
I need to point out your another false accusation: "He has announced to the class that he will be teaching his style which includes very little teaching of organic chemistry concepts".
I have never said that.
What makes you think it's possible that a teacher comes in the first class of org chem and announces his/her teaching includes a very little of org chem?
Let's ask our students in the class next Tuesday if I have ever said that.

Besides, even the special seminar on Tuesday was about how I have applied my Organic Chemistry knowledge for various practical applications.
I have talked about conjugation, oxidation, free-radical reaction, surfactant (polar group, non-polar group, and positively and negatively charged groups), proteins, molecular

MYERS R-RFP1 11319

interactions, coupling reaction, charge interactions, coordination chemistry, pKa, pH, hydrogen bonds, polarity, etc, which is Organic Chemistry.

**Faculty Respondent's Post to Webcourses**

On September 14, 2019, Faculty Respondent sent a Webcourses message to his CHM2211-0003 course. The message was titled, "False accusation: CHM2211-19Fall 0003." The email stated the following[7]:

Thank you all for the supporting messages via this and emails. I do appreciate your warm supports.

When I wrote the previous message, I haven't read the allegations that the person made about me carefully.

Now I did, and it upsets my stomach a lot.

The person told the department, "He has announced to the class that he will be teaching his style which includes very little teaching of organic chemistry concepts".

**Fact checker: False**

WHAT? I have never said that; instead, I said that I will teach org chem and beyond it for my students to apply the org chem knowledge for their future careers and practices.

Besides, the person referred to my **special seminar** youtube video as evidence of my regular org chem lecture without saying it was a special seminar, and the person said that his video shows his **unprofessionalism**.

This misleading information raised concern of the department, so I had to explain that it was the "special seminar". Now, the department understood.

Even the special seminar on Tuesday was about how I have applied my Organic Chemistry knowledge for various practical applications. I have talked about conjugation, oxidation, free-radical reaction, surfactant (polar group, non-polar group, and positively and negatively charged groups), proteins, molecular interactions, coupling reaction, charge interactions, coordination chemistry, pKa, pH, hydrogen bonds, polarity, etc, which is Organic Chemistry.

The person said, "I didn't mean to insult you".

Here's my response, "Oh, no, you did intend to insult me by mispresenting information and with the false statement and your naive judgment on my profession.

---

[7] This post was provided to OIE by the chemistry department chair, Dr. Yestrebsky.

MYERS R-RFP1 11320

OIE Investigative Report 2019-00251.pdf

The person said her/his tuition is to get the education service she wants. This person wants this class to serve her/his ACS exam preparation. My response: You need a tutor to learn specifically what you want.  For the sake of everyone's understanding, everything I talk about in the class. **Here's my philosophy of teaching this class:** I believe that the best preparation for a successful science career includes a deep understanding of fundamental theory combined with broad laboratory experience (which I am trying to provide with many examples in practice). My goal is to connect between theory and experiment that enables students to transition gracefully from the classroom to the practice of science and engineering. Hope this clarifies everyone. [Faculty Respondent][8]

### "Anger Translator" video

On September 17, 2019, Faculty Respondent posted a video titled "[Faculty Respondent's] Anger Translator," to a YouTube channel called American College Boys. In this video. Faculty Respondent and Student Respondent engaged in what appeared to be retaliation against an unnamed student[9] in an organic chemistry course who filed a complaint with the department regarding Faculty Respondent's instruction. The "Anger Translator" video began with the following written phrases: "[FACLTY RESPONDENT'S] ANGER TRANSLATOR: BASED ON A TRUE STORY" and "Professor [Faculty Respondent] has been falsely accused for not teaching chemistry in his chemistry class, and he hired his anger translator….." Student Respondent is seen in the video playing the "Anger Translator," a variation on a 2012 Key and Peele sketch on Comedy Central.[10]

Faculty Respondent relayed information regarding a concern expressed by a student in their organic chemistry class. Student Respondent then "anger translated" Faculty Respondent's statements for the audience. The following is a brief transcript of this video, in relevant part.

| Time Stamp | Relevant Transcript |
|---|---|
| 0:22 | *Faculty Respondent*: "Last Friday, I was falsely accused by a student." |
| 0:53 | *Faculty Respondent*: "Again, Last Friday, I was falsely accused by a student. This person emailed the department and said, I have announced my class includes very little teaching of chemistry concept." |
| 1:16 | *Student Respondent*: "Oh no, you motherfuckers must have forgot, snitches get stiches,[11] alright? Don't make me come to your house and smack your mother!" |

---

[8] Emphases in original.

[9] While the student was unnamed in the video, Faculty Respondent confirmed in his first interview with OIE that the video was in response to the Complainant's allegations that he was not teaching organic chemistry.

[10] Key and Peele "Obama's Anger Translator" video: https://www.youtube.com/watch?v=eX8tL3PMj7o

[11] The phrase "snitches get stiches" is an American vernacular phrase meaning that those who tell or "snitch" on others' behavior will suffer consequences.

MYERS R-RFP1 11321

OIE Investigative Report 2019-00251.pdf

1:58   *Faculty Respondent*: "Last week, the person forwarded the video of my "special seminar" as evidence of my regular lecture. That's the fabrication of information, mis-presentation of information."

2:13   *Student Respondent*: "Falsification of information – misrepresentation – is a serious crime! Don't make me lawyer up, motherfuckers! I will come in this bitch! My lawyer will take off his pants and put his balls on your goddamn forehead!"

        *Faculty Respondent*: "Walk it in."

        *Student Respondent*: "Oh, my bad. Sorry, sir. Got excited."

2:38   *Faculty Respondent*: "Despite the fact that I was falsely accused publicly, [unclear], I will move on."

2:45   *Faculty Respondent*: "Lastly, I had a conversation with my wife last night."

        *Student Respondent*: "I said, bitch!"

        *Faculty Respondent*: "No, I didn't say that! I didn't say that! Love you all. God bless America."

## Potential Concerns of Sexual Harassment and Related Conduct

As set forth above, on September 20, 2019, Dr. Dorman (Associate Dean, College of Sciences) contacted OIE regarding videos posted to the online YouTube channel (American College Boys) by Faculty Respondent, including "[Faculty Respondent's] Anger Translator" video and The Laboratory – Episodes 1-4 videos, which included sexually and ethnically inappropriate language and references, possible nudity, and other derogatory or offensive conduct.[12] A fifth video, "Consequence of the posting the satire video of [Faculty Respondent's] anger translator wheres [sic] the 1st amendment" was posted on September 20, 2019, following Faculty Respondent being placed on paid administrative leave.

### "The Laboratory" Series Videos

At the time of the initiation of this investigation, there were four episodes of "The Laboratory" posted to the American College Boys YouTube channel. According to the description on Episode 1, "Each episode will be weekly uploaded. Behind story in a Chemistry and Materials Research Lab at one of the largest American colleges." In total, there were four episodes posted to the channel, though a fifth episode was in production.[13]

---

[12] Episodes 2, 3, and 4 were set to "private" at some point during this investigation. Similarly, the Anger Translator video was redacted from a runtime of 3:02 to 0:52 before it was finally deleted from the YouTube channel altogether on an unknown date. Subsequently, all video content was deleted from this YouTube channel on an unknown date.

[13] As reported by Faculty Respondent and Student Respondent.

MYERS R-RFP1 11322

OIE Investigative Report 2019-00251.pdf

*Episode 1* **(Posted on August 30, 2019)**

Episode 1 of the "Laboratory" series opened with various lab students skateboarding and riding scooters through campus. The frame pans to Faculty Respondent, who stated:

> Hi, I am [Faculty Respondent], I'm a professor in UCF chemistry department. I think I am the best advisor, at least that's what my students says. I tend to agree. I do work with them, eat, play, everything together. And also, I play guitar sometimes… we do rock and roll together. [begins playing electric guitar]

The rest of the episode involved introductions of the various staff members in the lab. Student Respondent engaged in a back-and-forth with Witness 11, wherein Student Respondent referred to Witness 11 as a "bitch" multiple times and they both referred to each other as "jackasses." The camera panned to Witness 10, and Student Respondent referred to Witness 10 as "Vietnamese woman driver." The camera panned to Witness 7, who Student Respondent referred to as "the Alaskan jackass." Witness 7 joked about being able to outrun a bear, and Student Respondent panned the camera on himself, and said, "Well, shit. I guess I'm fucked." Faculty Respondent was not present for these interactions.

Student Respondent then entered a hallway and filmed Witness 2 and Witness 9. He then walked down the hall to film Faculty Respondent, who was on his cell phone. Student Respondent said, "He is on a very important call. Ain't no fucking with him. Look at the intensity of his stare. He's about to bite someone head's off…" Student Respondent then walked away.

Student Respondent then panned to Witness 6. He asked Witness 10 for his impression of the new grad student (Witness 6) and Witness 8 referred to Witness 6 as "more labor." Faculty Respondent then entered the lab. The students discussed their hours, and Witness 8 said he comes into the lab at 3pm and stays until 10pm but has stayed until 3am before.

Student Respondent then panned the camera to Witness 1, and said, "Hello, main female character!" while Faculty Respondent watched. Student Respondent said, "She is trying her hardest to ignore me, but eventually she will have to cave to insult me." Student Respondent then asked Witness 1 to insult him. Witness 1 was in a cabinet in the lab and climbed out while Faculty Respondent asked her questions.

Student Respondent zoomed close onto Witness 1's face.

While Faculty Respondent was working on turning on one of the cameras, Student Respondent said, "We are the American College Boys."

Toward the end of the episode, Faculty Respondent said, "Oh, by the way, let's go for lunch… lunch on me, as always" and Student Respondent replied, "Big ballin' multimillionaire over here. Fuck yeah, let's go!"

MYERS R-RFP1 11323

OIE Investigative Report 2019-00251.pdf

*Episode 2* (**Posted on September 2, 2019**)

The second episode was titled "At the end of summer break." The segment opens with Faculty Respondent and Witness 12 discussing data. Student Respondent, who was working the camera, panned to Witness 11 while he was eating, and said, "Look at that fat, hairy, hippy-looking gullet. Look at him. He needs a fucking shower. He looks like he hasn't bathed in months." Witness 11 then made a hand gesture toward Student Respondent.

Student Respondent and Witness 8 made fun of Witness 12 for not knowing what the phrase "busting a nut"[14] meant. Later in the video, Student Respondent, in reference to a camera pole, said, "It's loose, just like [Witness 11's] butthole." Witness 11 replied, "And you would know cuz you tried multiple times to get in."

Faculty Respondent, Student Respondent, Witness 10, and Witness 8 are seen skateboarding through campus with the video cameras and lab goggles. It was very windy, indicating that this video likely took place during the early part of Hurricane Dorian. Witness 11 seemed to be filming this segment.

In the next sequence, the Respondents, Witness 10, Witness 11, and Witness 8 are in an on-campus parking garage and appear to be working on Student Respondent's car. Student Respondent said, "You trying to come from underneath [the car]? So much talk of coming."

*Faculty Respondent*: "Is this your car?"
*Student Respondent*: (to Faculty Respondent) "Excuse me? This is a poor man's car. You're more than welcome to donate to the poor man's cause."
*Faculty Respondent*: "When you get the 100th subscriber."
*Student Respondent*: "Please subscribe! I need a new car! This is a piece of shit!"
*Witness 11*: "So you're confirming this is a piece of shit?"
*Student Respondent*: "You look like you have a piece of shit on your beard."

Later in the same scene, Faculty Respondent said, "Well this is a perfect match to this weather in Florida. Wet. Hot. Wet." The phrase, "Wet, Hot, Wet" panned across the screen.

While Witness 8 was under the car, Student Respondent panned the camera to Witness 8's hip region and said, "Alright, now for the tea bag!"[15] and then zoomed the camera to Witness 8's genital region. Witness 11, who is off-screen, then pretended to punch Student Respondent's genital region and Student Respondent yelled, "Oh shit!"

Later in the episode, the students are setting up an experiment back in the lab. The title "Differential Scanning Calorimetry" panned across the screen. Student Respondent demonstrated the procedure for Witness 11. Another student, off camera, said, "Chemistry at work, no glove

---

[14] "Bust a nut" is a colloquialism that is often used to mean "to ejaculate" or alternatively "to work hard."

[15] "Tea bag" is a slang term referencing a sexual act in which one individual puts his scrotum into another individual's mouth.

MYERS R-RFP1 11324

OIE Investigative Report 2019-00251.pdf

needed." Student Respondent continued the demonstration, and said, "Punch that bitch!" in reference to the procedure. He then dropped his tweezers on the table, which then fell on the floor. Student Respondent then flipped off the camera with both hands, and said to the camera, "Yeah I see the camera googly, googling at me. Just give me for a little bit here. Just getting myself moist here." Student Respondent then massaged his nipples and said, "Oh yeah, you know you like me better."

### Episode 3 (Posted on September 6, 2019)

This episode involves the Faculty and Student Respondents travelling to Cocoa Beach to go surfing ahead of Hurricane Dorian.[16] The embedded metadata indicate that the videos (C0011.mov through C0031.mov) for this episode were filmed on Sunday, September 1, 2019 from 12:24pm to 5:23pm.[17] Faculty Respondent was present for all relevant portions of this episode.

At the beginning of the episode, Faculty Respondent was driving his car, and Student Respondent was in the passenger seat. They travelled to a surf shop to rent equipment. During the drive to Cocoa Beach, Faculty Respondent said, "We are the hurricane chasers today..." then later, "Where we going? Cocoa. To take on Dorian's waves."

Present for the beach outing were Faculty Respondent, Student Respondent, Witness 11, another unidentified individual, and an individual named "Kyle".

At one point, Faculty Respondent took the camera and filmed Student Respondent in the water. He panned the camera to Student Respondent and said, "Who is that riding a boogie board? Boogie board in a hurricane." When Student Respondent exited the water, Faculty Respondent said, "Look at that beautiful shape." Another individual off camera, who sounds like Witness 11, said in reference to Student Respondent, "Damn, what a luscious body. Rico Suave coming out of the ocean, and he is single… lush locks, great personality, a little shy."

---

[16] A state of emergency was declared in Florida on August 28, 2019 in anticipation of Hurricane Dorian making landfall on the east coast. On August 30, 2019, a local state of emergency was declared for Orange County. A tropical storm watch was issued for the east coast on August 31, 2019 and extended from Deerfield Beach to the Sebastian Inlet. A tropical storm warning was issued a few hours later for the same geographic region. On September 1, 2019, the area north of Deerfield Beach was placed on hurricane warning. Later the same day, a hurricane watch was issued for Volusia and Brevard Counties. Mandatory evacuations were scheduled to begin in Brevard County/Cocoa Beach area in low-lying areas on September 1, 2019 but were eventually pushed back to September 2, 2019.

The University of Central Florida was closed from August 30, 2019 at 5:00pm until September 6, 2019 at 8:00am when the University reopened. During this closure, all classes and nonessential university operations were suspended. An email alert sent on August 30, 2019 at 12:15pm indicated, "This closure affects all UCF campuses and locations, including UCF Downtown, the Health Sciences Campus at Lake Nona, the Rosen College and all UCF Connect regional campuses. The closure means that all academic assignments, including all classes with online components, are suspended until the university reopens. Students, faculty and staff are encouraged to take all necessary precautions at this time and review their personal hurricane safety plans."

[17] During this time frame, the Cocoa Beach region was under a hurricane watch and a storm surge watch.

MYERS R-RFP1 11325

OIE Investigative Report 2019-00251.pdf

During another segment, Student Respondent looked at Witness 11, who had sunblock on his face, and said, "No shame. Look at this man. Look at all the sunscreen on his face. Goddamn. White people problems." Witness 11 responded, "You're whiter than me," to which Student Respondent said, "Look at this [arm]. Golden brown." Witness 11 then took the camera and tried to pan the camera down Student Respondent's body. Student Respondent was wearing only bathing trunks at this point. Student Respondent said, "Don't show my ugly body." Witness 11 then touched Student Respondent's abdomen and said, "Love you." Student Respondent replied, "Do you mean that?" Witness 11 then said, "I do" and touched Student Respondent on the abdomen again to which Student Respondent said, "Ohhh." The segment continues as follows:

> *Student Respondent*: "Yo, you look so fucking ugly with that fucking sunscreen bro. You look like a caveman, for real. You know how they have the, like, little war paint on their face?"
> *Witness 11*: "Yeah, dude, I gotta look like this."

> [Faculty Respondent then took the camera from Student Respondent and turned the camera on Student Respondent]

> *Student Respondent*: "Oh, no no no. I don't think so."
> *Faculty Respondent*: (while panning the camera around Student Respondent's body) "So hairy! Everywhere… back and shoulder."

> [Faculty Respondent panned down to Student Respondent's posterior while Student Respondent adjusted the waistband of his swim trunks]

> *Faculty Respondent*: "Look at his ass!"
> *Student Respondent*: "Don't look at my ass. What are you doing?"
> *Faculty Respondent*: "Hair's everywhere."
> *Student Respondent*: "Ahhh, I'm gonna kill myself. This is cyberbullying. This is cyberbullying."[18]

The penultimate scene in the episode was shot with the Insta360 camera. Student Respondent was sitting in the front passenger seat of Faculty Respondent's car. Faculty Respondent was in the back seat. Faculty Respondent was not wearing any clothing but was holding a beach towel over his genitalia.

> *Student Respondent*: (to Faculty Respondent) "I just have to tell you something. We're not in Japan so it's not illegal." (pans to Professor in back seat) (laughs)
> *Faculty Respondent*: "Hey, hey, hey. Fuck you."

> [Faculty Respondent then took the camera and turned it off]

---

[18] Student Respondent clarified in his interview with OIE that he did not have any intention of self-harming, nor did he characterize Faculty Respondent's actions as "cyberbullying."

MYERS R-RFP1 11326

OIE Investigative Report 2019-00251.pdf

*Episode 4* (**Posted on September 9, 2019**)

The fourth episode of the series was titled "Lunch friction and presentation." The episode begins with Student Respondent panning the camera to Witness 1, and stating, "She's back! Round two!" The camera then panned to various lab students editing the Episode 3 video on a computer in the lab, where the scene with Student Respondent's posterior was being reviewed. Student Respondent said, "Oh my god." Witness 1 turned and walked away. Student Respondent then said, "I'm sorry you had to see that, [Witness 1]. That's the realest shit you've probably ever seen though." A few seconds later, the camera panned back to the students working on the Episode 3 video, showing the scene where Faculty Respondent was not wearing clothes while in the backseat of his car. Witness 1 said, "Oh my god." Student Respondent then said to Witness 1, "You saw your PI. She doesn't look too disturbed or surprised." Faculty Respondent was present for this entire segment.

Later in the episode, the students and Faculty Respondent were discussing a presentation. Student Respondent said to Witness 2, "You're not going to be here? I'd rather die than come here if you're not here, [Witness 2]." Faculty Respondent then said, "OK, we will do the presentation next week," to which everyone cheered in response. Student Respondent then said, "Yessss! No presentation, motherfuckers! We eatin' in this bitch!"

In another segment, a student was talking about how he appreciated the couple of extra days to prepare for the presentation. He made a sad face and Student Respondent said, "He needs it. Look at that." He panned the camera to a beaker and said, "He's still working on his semen samples."

The next segment of the video involved multiple students from the lab going to Blaze Pizza for lunch:

*Student Respondent*: (to Faculty Respondent in Faculty Respondent's car) "Let the record show I'm the only one that waited for this man. Real loyalty, boys. And respect. Respect for the elders. I'm just kidding. You young."
*Student Respondent*: "How you feeling, [Faculty Respondent]?"
*Faculty Respondent*: "Feel bad."
*Student Respondent*: "Betrayed?"
*Faculty Respondent*: "Not like that."
*Student Respondent*: "Hurt."
*Faculty Respondent*: "It's more like, mad at you people about civilization."
*Student Respondent*: "Tell 'em, [Faculty Respondent]!"
*Faculty Respondent*: "Have not been education about how you need to behave to your friends or family."
*Student Respondent*: "This is Ohana, motherfuckers. We're all family."
*Faculty Respondent*: "No one left behind."
*Student Respondent*: "For real."

MYERS R-RFP1 11327

OIE Investigative Report 2019-00251.pdf

Once inside the restaurant, Student Respondent said to one student, "You getting no food, bitch." Faculty Respondent then had the following conversation with the students from a standing position while the student were seated at a table:

*Faculty Respondent*: "You can ask your coworkers – do you want to join us for lunch? I'd invite you guys. But you didn't invite me for your lunch. Even you, and [Student Respondent] and me told you that hey [inaudible]. You just left us. You can't just leave us. You were smiling at us and left us. You have to get educated."
*Student Respondent*: "Educate."
*Faculty Respondent*: (to students) "Did you talk to other guys, hey we're are going to lunch, wanna join us?"
*Another student*: "I invited [Witness 6]. He said he already ate and then he…"
*Faculty Respondent*: "Oh, you invited him but you didn't invite me?"
*Another student*: "You guys were already invited."
*Faculty Respondent*: "You invited, then left."
*Another student*: "Because we were going to the same place."
*Faculty Respondent*: "And then not letting us know where you're going. That's even worse. Do you hate me?"

[Camera panned to Witness 1's face and her eyes got big.]

Later in the episode, the Faculty and Student Respondents were sitting in Faculty Respondent's car when Faculty Respondent took a phone call from his wife and daughter over the Bluetooth in his car. His daughter asked for permission to buy a "boy toy" at Target:

*Student Respondent*: "Yo, what does she want? She wanted a boy toy?"
*Faculty Respondent*: "Yeah, she wants a boy toy."
*Student Respondent*: "So how do you feel about the gender thing? Like, you're cool with her playing with boy and girl toys, or is it only like girl strictly toys?"
*Faculty Respondent*: "No, I'm OK with it because when I was young I liked Barbie, too. It's natural."
*Student Respondent*: "Yo, this man used to play with Barbies! Hold on."
*Faculty Respondent*: "I had both Barbie and Ken."
*Student Respondent*: "So what did you do with them?"
*Faculty Respondent*: "Have them love each other."
*Student Respondent*: (laughs) "Yo, listen, I ain't gonna lie. I used to have the – I can remember this distinctly. I used to have the firefighter Ken doll, and I don't know why but he used to be naked all the time. Don't ask me why. That don't mean anything about me. It's natural, right?"
*Faculty Respondent*: "It's natural."
*Student Respondent*: (to camera) "It's natural. Don't fucking judge us."

The majority of the rest of the episode involved the students presenting their research. During this presentation, the students and Faculty Respondent discussed tailgating at the Stanford football game.

MYERS R-RFP1 11328

OIE Investigative Report 2019-00251.pdf

*Unaired Episode 5 Videos*

Present in the data from the university-issued iMac in the laboratory was a file folder titled "ACB Ep5," assumedly referring to a fifth episode of the American College Boys series that was not finalized nor published to YouTube. This file contained eight .mov files,[19] all filmed on September 13, 2019, based on the metadata[20] embedded in the video files. These videos also were found on the Sony 4K video camera drive. The following is a brief description of the videos, in relevant part:

| File | Description |
|------|-------------|
| C0053.mov | Faculty Respondent referred to Student Respondent as one of his "main characters," then referred to Witness 1 as one of his "female main characters". |
| | Student Respondent said to Witness 1, "I always thought you'd be authentic Asian food" in reference to her eating Panda Express; Faculty Respondent asked if Student Respondent was planning to go to Hollywood with him, and Student Respondent responded, "Fuck yeah!" |
| | Student Respondent referred to Witness 11 as a "Margaret" and "ugly ass IT guy, motherfucker" since he had shaved off his beard. |
| | Student Respondent zoomed in on Witness 11's genital region and said, "Crotch shot! Crotch shot! Goddamn! Massive balls in them pants!" and "Is this going to be story time about the time you took out your balls over losing a game of Risk?" |
| | Faculty Respondent talked about taking everyone bowling and him buying "shooters" for everyone. |
| C0054.mov | In a campus classroom, Student Respondent talked about "the real psychopaths of this world" in reference to people defecating/urinating on the floor in public restrooms. |
| | Student Respondent then said Witness 8 was "probably the psychopath doing it" after Witness 8 stated that he had been up for four days and had four Surges. |
| | Two other students stopped by to meet with Witness 6, and Faculty Respondent said, "not in the lab…" to which Witness 8 "we don't invite new people into the labs," and then Faculty Respondent replied, "Get those asses out of my lab". |
| | Then Student Respondent told Faculty Respondent that he literally needed to take out his balls and put them on the table, and Faculty Respondent replied, "I'm too |

---

[19] See: C0053.mov, C0054.mov, C0055.mov, C0056.mov, C0057.mov, C0058.mov, C0060.mov, and C0061.mov. C0059.mov was not in this file folder but was present on the Sony 4K drive.

[20] *Metadata* refers to data points about other data and may include such descriptive data as date and time stamps, title, author, and keywords. "Date created" and "date modified" metadata was present on all videos found in the drives.

MYERS R-RFP1 11329

OIE Investigative Report 2019-00251.pdf

nice for that".  Student Respondent then told Witness 11, "We need to see your phallic instrument, right now."

Witness 8 offered that "People over the age of 80 smear shit all over the walls... what do they have left to lose?... they don't know what they're doing." Student Respondent then said, "Eat healthy, and don't get Alzheimer's." Faculty Respondent was present.

Student Respondent further said, "Look at this man [Faculty Respondent], he still looks like he's in his 20s!"

C0055.mov    Student Respondent referred to Witness 11 as a "Bitch… a Margaret looking bitch… [then while filming Witness 11's rear] look, and he has no ass. No handles for you ladies. Zero handles." Witness 11 replied, "Not everybody can have two asses, one on the front and one on the back." Student Respondent then said, "that makes no sense," and proceeded to lift his shirt and film his abdomen.

C0056.mov    Once Faculty Respondent shared that the registration was closed for the Adhesion Society conference, Student Respondent said, "We gotta go there! I gotta go to that open bar again. Stop playing with me... I need that open bar." Faculty Respondent replied, "Open bar every night."

In reference to the conference, Student Respondent said, "It's gonna be a party." They then talk about another student, ███ who was no longer affiliated with the lab, and another former member, "███

C0057.mov    Continuation of C0056.

Faculty Respondent shared that he was afraid ███ would come into the lab with a machine gun, so he told ███ that he would text ███ once a month "I love you." Student Respondent then said, "We all love you ███ Please don't shoot me." Faculty Respondent stated that ███ couldn't graduate because he didn't pass his last test but that he got a job anyway. Faculty Respondent further said that since he recommended ███ for a job, he "stopped a massacre". Student Respondent then said that Faculty Respondent "unofficially saved our lives" and will "convert to the religion of Faculty Respondent" to which Faculty Respondent replied, "where is my bible?" Faculty Respondent then pulled a bible off the shelf in the lab, and asked Witness 12 what chapter was the "love your neighbor" passage, and then laughed that he wouldn't know.  Student Respondent asked Witness 1 if she knew about the bible, and she said she used to, to which Student Respondent replied, "It's pitiful. I stopped following that." They then talked about John 3:16 and other passages. Student Respondent then said to Faculty Respondent, "Give us a sermon, pastor!" Witness 1 said, "I love how Jesus was the only white guy in all of... wherever they were." Faculty Respondent then pulled out his phone to find the passage he was looking for and read it aloud. Student Respondent told Faculty Respondent to say one more religious thing before he went to "bust my balls on

MYERS R-RFP1 11330

OIE Investigative Report 2019-00251.pdf

this presentation". Faculty Respondent then read a bible passage, Matthew 5:16, aloud to the group of students in the lab.

Witness 1 then asked Faculty Respondent if he "bowed down to his ancestors". Student Respondent and Witness 11 joked about how "*konichiwa*" was not Korean, and that they were racist. Later, Student Respondent made a joke about Witness 1 and said, "Deport her. Damn, we don't even know what to do with you, Witness 1." Faculty Respondent proceeded to talk about how the Turkish, Russian, Vietnamese and Chinese killed 100 times more people than Hitler, to which Student Respondent replied, "But the Jews control the media, so all we hear about is the Germans." Faculty Respondent then said to the camera, "Americans, listen to me. Don't support Socialism. Socialism becomes communism." Faculty Respondent further stated that the government was trying to take away freedom when it becomes socialist, and Student Respondent and Faculty Respondent started criticizing Andrew Yang (presidential candidate). Faculty Respondent said he supported Ben Carson, then said to get rid of CPAs and lawyers.

The conversation continued with regard to politics and they talked about people coming into the country illegally.

| | |
|---|---|
| C0058.mov | Raw video of presentations of lab members talking about going to Buffalo Wild Wings after, and someone referred to the dry rubs as "pussy". |

Witness 2 proceeded to present her research content and the group had a discussion regarding the presentation. Student Respondent then put the camera in a female student's face and she said, "Get that camera out of my face". Student Respondent removed the camera from the student.

In reference to presenting, Student Respondent said, "I'm not ready. He's [Faculty Respondent] going to rip me a new asshole. We're not recording this."
(Student Respondent was wearing a shirt that said "Straight Outta Orlando" on the front side and "Bitch, I'm a Knight" on the back.)  Faculty Respondent then said, "You always have to acknowledge your boss in your presentation" and told Student Respondent not to talk about the failed experiments, only the new data.

| | |
|---|---|
| C0060.mov | Witness 9 gave a research presentation. |

| | |
|---|---|
| C0061.mov | Students from the lab are at Buffalo Wild Wings. Faculty Respondent was filming the various individuals present, and started talking to Student Respondent, saying, "[Student Respondent]! [Student Respondent]!" The Faculty Respondent then walked toward Student Respondent and said, "[Student Respondent]! What do you think our problem is? We have many female lab mates, but we have only one… with us." Faculty Respondent then zoomed the camera to a female student. Witness 8 then said, "They think we're gross." Faculty Respondent replied, "And [Witness 3] lied to us. She said she's coming but she didn't come." Student Respondent then said, "She thinks we have the cooties. She confirmed it. She told me, 'Why are our |

MYERS R–RFP1 11331

OIE Investigative Report 2019-00251.pdf

guys so not popular?'" The Faculty Respondent then walked toward a female
student and said, "Hey, [name], what do you think is their problem, because we
have more than five female lab mates…" The female student replied, "But nobody
came. Yeah." Faculty Respondent said, "What is the problem with these guys?"
The female student shrugged, and Faculty Respondent walked away. Faculty
Respondent then said, "Hey [Witness 11], what do you think your problem is?
Because we have more than five or six female lab mates, but only one show up.
What do you think…" Witness 11 replied, "They're busy I guess? I don't know."
Faculty Respondent then said, "Look at these pathetic three guys. They play like
12 years old. … (to Student Respondent, Witness 8 and Witness 7) Hey, you guys
like seven years old boys."

Other than the Complainant, none of the other students that OIE interviewed indicated that
they had concerns regarding Faculty Respondent's and/or Student Respondent's conduct and did
not submit complaints regarding either of their conduct outside of the behavior observed in the
videos described above. However, Witness 12 noted that conversations had in the lab by Witness
11 and Student Respondent, which were conversations of a sexual nature, "[made] him
uncomfortable."[21]

## V.     SUMMARY OF FACULTY RESPONDENT'S RESPONSE TO POTENTIAL MISCONDUCT CONCERNS

Faculty Respondent participated in two substantive interviews with OIE on October 18,
2019 and November 18, 2019. Faculty Respondent's support person was present for both meetings
(in person and on the phone, respectively).

### Response to Concerns of Hostile Environment Sexual Harassment

In regard to the general environment of the lab and the creation of the videos, Faculty
Respondent stated the following:

> Over the summer [of 2019], there were many students in my lab. We knew that making
> YouTube videos was fun. One of the ways to get closer to students and also advertise the
> lab to international communities that my lab is unique and I wanted to show that I am close
> to students and we freely talk. Some of my students sometimes say, *fuck you*, and *bro man*,
> that's how they talk to their friends, and I was cool with that. I wanted to show people I
> was cool. The university does not have to be always like a Catholic school, we can more
> freely talk. I wanted to generate more casual and closer connection between faculty and
> students in my lab. That was my intention, to involve humor and jokes to the workspace.
> The YouTube channel was not my personal channel. It was managed by multiple students
> in my lab. Most of the lab knows the password and things. The channel was about the lab
> and teaching, more transparent to everybody.

---

[21] Witness 12 noted that he talked to both Witness 11 and Student Respondent about their behavior, and that Witness
11's behavior in the lab improved while Student Respondent's did not.

MYERS R-RFP1 11332

OIE Investigative Report 2019-00251.pdf

We are still productive, even if we talk dirty, we still make research progress and love each other, like the TV show, *The Office*.[22] We have some rules. I told them I can't be Mike Scott because if I talked like him I would be in jail.

Faculty Respondent stated that the content of the videos was decided through discussion with the students in the lab and that nothing was scripted. He stated that he never forced anyone to say anything nor did he "direct" the videos.

With respect to the "Anger Translator" video, Faculty Respondent stated:

I admit that the last video (Anger Translator) went too far. I don't fully understand the gangster talk as much as my students do. I do not understand at all if I listen to gansta rap, but everyone else understands. I try to understand what they listen to and what they are doing. I am really open to them and say anything to me, consider me your friend. I have to be more cautious when posting anything in public because I am 20 years older than those guys. My intention was not retaliation or anything. It was just showing the happy and funny research group.

Faculty Respondent stated that knowledge of the YouTube channel was shared with students, faculty, and friends of the lab group. Specifically, he stated, "The goal [of the YouTube channel] was to recruit more viewers to show our research later. That was the purpose of the Anger Translator video. I did not email the students, but in the class, I told them that we were posting the lecture videos, so if they wanted to watch the lecture to go to the YouTube channel to watch the lecture, and that there would be other episodes introducing the lab activities. Again, the intention was to recruit viewers to advertise what my lab is doing in terms of research." Prior to the incident with the "Anger Translator" video, there were less than 100 views. After news of his paid administrative leave circulated, viewership increased to 10,000-20,000 views. Following his paid administrative leave, Faculty Respondent stated that he realized that posting the "Anger Translator" video was a mistake and removed the part that was "too aggressive." He stated that he thought the "Anger Translator" video was bad, but "not that bad."

In another set of videos labeled "ACB Ep5," there was a video clip of Faculty Respondent showing his underwear to Student Respondent on video. When asked about this clip, Faculty Respondent stated that he pulled his underwear up to show Student Respondent the name of the brand:

He asked me what is Abercrombie, so I showed him the brand mark. There was no brand mark on my clothes, and my underwear had the brand mark, so I wanted to show him that. In my culture,[23] that was a totally appropriate thing to do. Man to man, friend to friend, yes, it was appropriate.

---

[22] "Mike Scott" is a main character and fictional supervisor in the television show, *The Office.* The character is typically described as immature, self-centered, and desperate to seek approval from his subordinate employees. He also regularly engages in sexually harassing behavior.

[23] Faculty Respondent clarified throughout his interviews that references to his "culture" were references to the culture of Southern California.

MYERS R-RFP1 11333

OIE Investigative Report 2019-00251.pdf

Faculty Respondent expressed his displeasure with the fact that this set of videos (Episode 5) was part of the investigation when they had not been made public. He reasoned that since the information was not available to the public like the videos posted to YouTube, it should not be part of the investigation. He stated that he had no issues with the videos that had been posted to YouTube, which he "kind of approved". However, since he had not "approved" this set of videos (Episode 5) yet, he should not be accountable for the behavior therein.

When asked why he did not address any of the inappropriate or sexually-oriented conversations in the lab (e.g. those of Student Respondent), Faculty Respondent stated:

> In my opinion, and in my culture from Southern California, I don't think profanity is a problem. I think it's more important to have a good mind inside rather than justifying someone's level of education by his way of talking or his accent. … I did get some complaints [about Student Respondent's behavior]. I told [him] to tone it down and not get loud and behave well. I did this several times. I told him some people are uncomfortable because of his volume and his use of language. No students complained about Student Respondent to me, only my post-doc told me that some students are uncomfortable because of Student Respondent. I did not know specifically what persons were uncomfortable, so I told Student Respondent that some people were uncomfortable and to try to control it. He said, "will do." (First Statement)

> I don't think any professors in university have a right to fix students' personal behavior just because he believes that's right. I told [Student Respondent] not to use F- word too much because it bothers other people. That doesn't bother me. Between him and me, only two of us, he speaks those F-bombs, and I'm OK with it. Because I have authority, I cannot talk too much like an authority to the students. If I think my students' behavior is bad. I have tried to address [Student Respondent's] language, but I am not the one who should have to address his profanity that he developed the past 23 years of his life. I am not perfect, and I don't believe that anyone is morally superior to [him]. No one gave me direction when I came here that I was supposed to hold students accountable. In my culture [Southern California], that kind of language is fine. In Silicon Valley, when you look at documentary films, a 25 or 35 year old CEO with thousands of employees and they have addressed issues, they say, 'fuck you' and 'we are fucking great' all the time. In that environment, [Student Respondent's] profanity is not negatively impacting his career. That is why I didn't correct him too much. (Second Statement)

## Response to Allegations of Retaliation

On October 18, 2019, Faculty Respondent met with OIE to respond to the sexual harassment and retaliation concerns. Faculty Respondent stated that, at the time of his OIE interview, he was an Assistant Professor in the Department of Chemistry. He shared that, prior to this position, he was in a non-tenure-track position at the University of California at Santa Barbara.

Faculty Respondent shared that the Complainant had filed a complaint regarding his teaching of Organic Chemistry II. An email exchange between the Complainant, Faculty

MYERS R-RFP1 11334

OIE Investigative Report 2019-00251.pdf

Respondent, and Dr. Elsheimer then ensued. According to Faculty Respondent, "After the email chain, [Dr. Elsheimer] visited my office and told me [the Complainant] was insane and did not know why she was doing this. The problem was all solved over the weekend via an email exchange. At the end of the email, [Dr. Elsheimer] said it was OK and it was all a misunderstanding." Faculty Respondent characterized the Complainant's allegations as "a lie" and stated that "it was kind of a misrepresentation of information by [the Complainant]." Faculty Respondent told the class in his Webcourse that one student had accused him of not teaching chemistry and asked the class if that was true. When asked why he thought the Complainant did not come to him directly, Faculty Respondent stated:

> In the email chain, the first day [the Complainant] said she did not like my style and wanted to drop my class, but the other sections don't fit her schedule, so she had to enroll in my class. She wanted me to teach more chemistry for her to get into medical or pharmacy school. My argument is always, how many students out of 300 are going to medical school or pharmacy school? The class is focused to the other 90% of students who are not going to medical or pharmacy school. I said this to the class. I even said I would focus on the bottom 30% instead of the top 30% so everyone would be successful. I got hundreds of messages from students to please continue my teaching style. Some of them said they like chemistry for the first time ever through taking my class.

Faculty Respondent stated he did not know the grounds upon which he was placed on paid administrative leave. He stated that one day prior to his suspension, three police officers came to his office to discuss one of his YouTube videos. The police told Faculty Respondent that one of the faculty members contacted them concerned that the video ("Anger Translator") was a threat to an individual. Faculty Respondent explained to police that it was a parody and not meant to be retaliatory. He stated that in the video, he did not reveal the name, identity, gender or appearance of the individual and did not understand what the problem was with the video. He stated that his class took it as a joke. Faculty Respondent stated that one of the police officers seemed personally unhappy about the "one phrase" – "snitches get stiches." Faculty Respondent stated he did not know what this phrase meant until he was informed by police.

Faculty Respondent stated that the idea for the "Anger Translator" video came about following a conversation the prior Monday with Student Respondent. Faculty Respondent explained to Student Respondent what happened with the complaint filed by Complainant and did not reveal her identity to Student Respondent. Faculty Respondent stated it was his own idea to create the video out of the situation because he thought it was funny that the Complainant lied to the department. Faculty Respondent stated repeatedly that he wished someone had given him the opportunity to simply apologize. Specifically, he stated, "The students who signed the petition[24] agreed that I could have just apologized and continued my teaching. Most of the students love my teaching. They love to learn from me. I could have personally apologized to [Complainant] if someone had warned me about it. Everyone in the lab said it was cool and not to shut it down since it was funny. Everyone laughed, so I thought it was OK."

---

[24] Following Faculty Respondent being placed on paid administrative leave, an online petition was circulated to reinstate Faculty Respondent (see https://www.change.org/p/reverse-the-unjust-suspension-of-dr-ahn-from-the-university-of-central-florida).

MYERS R-RFP1 11335

OIE Investigative Report 2019-00251.pdf

**Response to Concerns of Hostile Environment on the Basis of Religion**

During his meeting with OIE on November 18, 2019, Faculty Respondent was asked to respond to a set of unpublished videos that were labelled as contributing to a fifth episode of American College Boys. He stated that he did not know who created the folder containing these videos. Faculty Respondent stated that the bible in the video, which was on the shelf in the lab, was his personal bible. He stated that the bible was in his office at UCSB. When he moved to UCF from California, the box containing the bible was opened in the lab, and so the bible was left in the lab. Faculty Respondent stated that no one complained about it.

Faculty Respondent was asked why he decided to read the bible passage aloud to the students in his lab when Student Respondent asked him to. Faculty Respondent stated, "If a student asked a faculty member for a particular piece of information, they would share that. He asked me to find a bible verse, and I did."

**Overall Response to Concerns**

Faculty Respondent stated he felt that there was a disconnect between his California culture and the culture of Florida.  Specifically, Faculty Respondent stated the following:

> I should not have done it [make the video of Student Respondent at the beach] because I am a UCF faculty and he is a UCF student. We were more like casual college friends. It's a cultural thing. I had high school students I was mentoring at UCSB, and we were like friends. They are at Stanford and University of Chicago. We are still friends, like buddy friends. I like those friendships. They feel comfortable disclosing things to me, like drug addiction problems. If I was just one of the traditional faculty, he shouldn't have confessed that problem to me and asked for my help, but I tell them don't look at me like that, I am like your friend. I admit that was my mistake to post the video as a UCF faculty because now I understand the culture differences between UCF/Florida and California/where I grew up. I should not have posted that video since I have now learned that I am not just a person in the relationship, I am also UCF faculty and a representative of the UCF faculty. It was OK [to have a personal relationship with a student I supervise] in California where I spent most of my 20s and 30s, where everyone is on a first name basis with students. In that culture, yes, I think it's OK to be a buddy to a student. In Florida culture, it does not seem I should have done that.

Faculty Respondent stated he had never had an issue with a University's Code of Conduct in his five-year career. He stated, "I would like to apologize to everyone involved in this situation. I accept my mistakes. This mistake was made with good intention to get close to my students and understand my students." He stated that he hoped UCF could forgive his mistakes because he wanted to come back to UCF to help his students and post-doc. Faculty Respondent further stated that he had learned from this situation and will not do it again. He also stated that he was open to cultural sensitivity training and any education regarding UCF standards and codes of conduct.

MYERS R-RFP1 11336

OIE Investigative Report 2019-00251.pdf

**VI.     SUMMARY OF STUDENT RESPONDENT'S RESPONSE TO CONCERNS OF POTENTIAL MISCONDUCT**

On October 22, 2019, Student Respondent participated in a substantive interview with OIE regarding sexual harassment/sex-based harassment concerns. Student Respondent began working in Faculty Respondent's lab in August 2018. He worked on one of the projects in the lab, a study on toughening elastomers using a muscle-based catechol complex. Student Respondent stated that he was the "main head" of this particular project. He also served in the role of learning assistant for Faculty Respondent's Organic Chemistry II course at the beginning of the Fall semester, a role which qualified as a directed elective for Student Respondent's chemistry degree.

When asked if anyone had ever spoken to him about his language or about his conduct being inappropriate for a lab environment, Student Respondent stated that Witness 12 told him to be "a little more quiet because [he can be] loud." Student Respondent said, "[Faculty Respondent] enjoyed me and never had a conversation with me about [my conduct]."

Student Respondent characterized his relationship with Faculty Respondent as "friends". Specifically, Student Respondent stated the following:

> [Faculty Respondent] and I have become friends over the time I have been in the lab. He is professional when he needs to be. He gives us good advice. We were almost done with our research, so he was a good research professor. Him being a friend to us motivated us to do more research. [Faculty Respondent] and I would spend time outside of the lab together. Everyone in the lab would grab dinner together. We made one video outside of the lab, the one when we went to the beach. We went to a conference in South Carolina as well, but that was more school-related.

With respect to the recording equipment used to film the American College Boys series, Student Respondent stated that the original plan was to purchase the cameras to record Faculty Respondent's lectures "in case [students] were absent or dozed off during class." He stated that they were going to video record their research and what they do in the lab. Student Respondent stated that eventually, they started "goofing off" with the camera. Faculty Respondent thought that what they were doing was funny and suggested that they start a YouTube channel on top of the "educational stuff" so as to go "viral."[25] Student Respondent described that the "fun stuff" was for morale and to catch the attention of people so they would continue to watch the YouTube channel. Both the lecture and entertainment videos were to be posted to the same channel. Student Respondent stated that Faculty Respondent was hoping that the entertainment videos would bring more attention to his lectures. Student Respondent stated that he did not believe the videos would go viral and figured that only the students in the class would watch.

Student Respondent stated that the responsibility of managing the YouTube channel was everyone's, and that members of the lab shared responsibility for editing and posting video

---

[25] "Going viral" refers to social media content spreading quickly and widely through the Internet.

MYERS R-RFP1 11337

OIE Investigative Report 2019-00251.pdf

content.[26] Student Respondent described himself as "kind of lazy" in that he never wanted to edit videos and rather spent most of the time grabbing the camera and "[saying] random stuff just to give them content." Student Respondent said that the videos were never scripted, rather that they "just [said] what they thought was funny or useable." Student Respondent characterized the videos as similar to *The Office*. Student Respondent also said that he did not ask for permission to film anyone.

When asked about the "Anger Translator" video, Student Respondent described the events of that day as follows:

> Basically, I was told the day of that a situation had happened. Someone had went to the department and said he wasn't teaching chemistry. He wanted to make a video about it. I asked if it was a good idea, and he said, yeah let's do it. I told him I watch these comedy skits all the time. I showed him the Key and Peele skit and he liked it. If you saw the raw footage, you'd notice it was all one take. It was unscripted. I would just blab whatever was on the top of my head after [Faculty Respondent] finished saying what he said. I did not know who the person who filed the complaint was. I did not know the video would take off the way it did. If I had known, I would have killed the video before anything happened. I don't recall who posted the video on the channel. I remember dread when the video was about to be posted. I just didn't think it was a good idea. It was a little much, even for me, and I'm usually the one who's overzealous about these things. It got posted anyway. I can see how the video could be retaliation. It was not meant to be retaliatory. I just wanted to make a funny video for [Faculty Respondent] to get him off my back. It was all one take. I was tired and irritated that morning. [Faculty Respondent] was kind of insistent. I wasn't in the mood to make a video that morning. I just kind of came in and wanted to get it over with. [Faculty Respondent] wanted to blow off steam. It was not from a place of retaliation. Even after the video was posted, he went to his students and told them it wasn't retaliatory. He just wanted to turn a stressful situation into something funny.

Student Respondent stated that after the Anger Translator video went live, a male student approached him in the lab to discuss the video. This unidentified male student said that they needed to "calm down about the videos" because they were going to get in trouble. Student Respondent said he "kind of agreed" with this male student. Student Respondent expressed frustration that no one discussed the video with him otherwise, and that he would have taken the video down. Student Respondent acknowledged how the segment about the lawyer[27] could be sexual harassment, even though he did not characterize this as sexual harassment.

Student Respondent acknowledged that he used the term *bitch* often but stated that he never "aimed" the term at any women. He explained that he called "dudes in [his] group" by that term as well but had never referred to a woman in the lab by that term. Student Respondent stated that

---

[26] Initially, Student Respondent implied that all members of the lab were responsible for the YouTube channel, but later clarified that the YouTube channel was managed by "the guys from the toughening elastomers group plus [Witness 8]" and that "the girls were just filmed but didn't participate in the editing or filming because they were not interested." According to Student Respondent, the "girls" did not say why they were not interested.

[27] Referring to when Student Respondent said, "Don't make me lawyer up, motherfuckers! I will come in this bitch! My lawyer will take off his pants and put his balls on your goddamn forehead!"

MYERS R-RFP1 11338

OIE Investigative Report 2019-00251.pdf

no one ever approached him and said they were offended by his language, or he "would have definitely cooled it down." He stated he was working on his language as a result of this investigation. He said, "Even at home, I use colorful language and it drives my parents crazy, and now it's time to take their advice seriously."[28]

When asked about the Episode 3 video which took place during Hurricane Dorian, Student Respondent said that Faculty Respondent wanted to make a video about going to the beach that many people would watch, such as "how big the waves were and [their] buddy-surfing." Student Respondent believed that this video was edited by Faculty Respondent. Student Respondent further shared the following:

> When [Faculty Respondent] took the camera and started filming my body, it was all in good humor. I did not take it that seriously. I believe I was talking crap about someone else and he took the camera and started talking crap about me. It was just a friend thing to do. What ended up in the video is how you know I did not edit the video. I don't want him to get in trouble for it. It's not that serious. I appreciate [OIE] giving me the opportunity to discuss this issue[29] but I did not take it seriously. It was a joke.

When asked about the portion of this episode wherein Faculty Respondent appeared to be unclothed in the backseat of a car while Student Respondent was in the front seat, Student Respondent stated the following:

> [Faculty Respondent] had to change out of his trunks so he could drive back. There was no bathroom around. He has a really nice car, so he did not want to mess up his car. I was not looking. The only reason I was recording was because it was retaliation for the butt crack video. [Faculty Respondent] was like, "no, no it's illegal." That's an inside joke. He told us to watch a documentary about someone who started his own video company called *The Naked Director*[30] because recording yourself naked in Japan is illegal. I was like, it's not illegal here, so I filmed him to get back at him for the butt crack video.

> All these interactions were friendly interactions. We are more like friends. Nothing that happened that day was malicious in intent. There was no more to it. It was just that clip. I was looking forward the whole time. It is a 360 camera, so I didn't face him. He took the camera from my hand and turned it off.

---

[28] Many individuals in this matter characterized Student Respondent's language as "cultural" but were nonspecific as to why or from what culture.

[29] Upon review of the video, out of due diligence, OIE asked if Student Respondent wished to grieve this episode as possible sexual harassment. He did not.

[30] *The Naked Director* is a web television series on Netflix co-directed by Masaharu Take. The series involves a semi-biographical account of a Japanese adult video director during the 1980s and the main character's "unusual and dramatic life filled with big ambitions as well as spectacular setbacks in his attempt to turn Japan's porn industry on its head."
See https://www.asiaone.com/world/man-who-revolutionised-japan-porn-industry-subject-new-netflix-series

MYERS R-RFP1 11339

OIE Investigative Report 2019-00251.pdf

With respect to calling Witness 10 a "Vietnamese woman driver" during one of the video clips, Student Respondent stated that this was an "inside joke" between himself and Witness 10 because "he looks like a Vietnamese chick in his driver's license." Student Respondent went on to say, "I understand jokes made about race or ethnicity can be not ok, but it was because he was Vietnamese, it wasn't a stereotype or anything about his race."

Student Respondent stated that he did not know who owned the video cameras. He stated that the video editing was done mostly in the lab. He also did not know if anyone pre-edited the videos on their personal laptops but did hear some individuals say that they downloaded software to edit the videos. Student Respondent stated that Faculty Respondent, Witness 8, and Witness 10 all contributed to editing the videos. Student Respondent explained that his role was more to make content and "[say] random stuff." He said, "In my opinion, I was the funniest person there."

## VII.    STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. At all relevant times, Faculty Respondent was an assistant professor in the Department of Chemistry.
2. At all relevant times, Student Respondent was an undergraduate student in the Department of Chemistry and an undergraduate research assistant in Faculty Respondent's lab.
3. Faculty Respondent, Student Respondent, and some members of the lab were responsible for creating, editing, and posting content onto the American College Boys YouTube channel.
4. Faculty Respondent provided oversight of the American College Boys YouTube channel.
5. The American College Boys YouTube channel was created on August 8, 2019.[31]
6. The American College Boys YouTube channel was linked to an Instagram account called "[Faculty Respondent] Research Group".
7. This Instagram account was also linked off Faculty Respondent's official research group page at https://sciences.ucf.edu/chemistry/kollbe/news/.
8. The email account (americancollegeboys@gmail.com) and YouTube channel were accessed multiple times from the computers in the lab.
9. Faculty Respondent gave a "special seminar" lecture on September 10, 2019, that discussed his bioadhesives research.
10. The Complainant filed a concern with the Department on September 12, 2019 related to Faculty Respondent's instruction of Organic Chemistry II.
11. The Complainant, Faculty Respondent, and Dr. Elsheimer participated in an email dialogue regarding this concern from September 13, 2019 at 3:47pm until September 14, 2019 at 2:15am.[32]
12. In this email exchange regarding the initial complaint by the Complainant, Faculty Respondent stated:
    a. "I doubt she even paid attention to the lecture."
    b. "I also told everyone, if you don't like my teaching style over the traditional Organic Chem lecturers, to switch to Andy's course, which, to my knowledge, will be more intensive and traditional Organic Chem class."

---

[31] Per the stats on the channel's page.

[32] Per emails provided by Dr. Elsheimer to OIE.

MYERS R-RFP1 11340

OIE Investigative Report 2019-00251.pdf

      c. "If it's not too late, agin [*sic*], please go ahead and drop this class and switch to other course asap."

      d. "The majority of students in this class has been sending messages that they love my style…"

      e. "I am not going to change my style of this class, that 299 out of 300 students like, just because you, the only one, don't like this class."

      f. "You cannot change any classes because the style of classes doesn't fit in your style by complaining to the departments."

      g. "Now, I have very serious concerns about your honesty and fabrication of evidence…"

      h. "To support your claim, you intentionally misled Dr. Seth Elsheimer by showing the special seminar video."

      i. "False accusation means 'the claim or statement lacks supporting evidence to determine its veracity' and is a crime, especially when it's fabricated. Don't ever do that, again."

      j. "This is FYI [included link to the UCF Rules of Conduct homepage]".

      k. "Let's ask our students in the class next Tuesday if I ever said [I wouldn't teach organic chemistry]."

13. On September 14, 2019, Faculty Respondent posted the following to his Webcourses page for the entire Organic Chemistry II class (approximately 300 students):

      a. "When I wrote the previous message,[33] I haven't read the allegations that the person made about me carefully."

      b. "Fact checker: FALSE.", with respect to the allegation that he was teaching very little organic chemistry.

      c. "This misleading information [special seminar video] raised concern of the department, so I had to explain that it was the 'special seminar'. Now, the department understood."

      d. "The person said, 'I didn't mean to insult you.' Here's my response, 'Oh, no, you did mean to insult me by misrepresenting information and with the false statement and your naïve judgment on my profession."

      e. "This person said her/his tuition is to get the education service she wants. This person wants this class to serve her/his ACS exam preparation. My response: You need a tutor to learn specifically what you want."

14. The Anger Translator video was filmed and posted on September 17, 2019. [34]

      a. Faculty Respondent posted this video.

15. In the Anger Translator video:

      a. Faculty Respondent said that he was "falsely accused by a student."

      b. Student Respondent, as the "anger translator," stated, "Oh no, you motherfuckers must've forgot, snitches get stitches, alright? Don't make me come to your house and smack your mother."

---

[33] The "previous message" was not provided by any party to OIE for review, but based upon the other information provided, it was likely a message that involved Faculty Respondent soliciting positive feedback regarding the accusations against him.

[34] According to the metadata embedded in the original video files.

MYERS R-RFP1 11341

OIE Investigative Report 2019-00251.pdf

    c. Faculty Respondent then said, with respect to the Complainant submitting a video of the "special seminar" as evidence to her complaint, "that's a fabrication of information, misrepresentation of information."

    d. Student Respondent, as "anger translator," then stated, "Falsification of information – misrepresentation – is a serious crime! Don't' make me lawyer up, motherfuckers! I will come in this bitch! My lawyer will take his pants off and put his balls on your goddamn forehead!"

    e. Faculty Respondent reiterated, "Despite the fact that I was falsely accused publicly… I will move on."

    f. Faculty Respondent then said he had a conversation with his wife the night prior, and Student Respondent said, "I said, bitch!"

16. In the Webcourses post and in the YouTube Anger Translator video, Faculty Respondent did not identify the name of the Complainant.

17. Episode 1 of American College Boys was filmed between August 9 and August 28, 2019 and posted to YouTube on August 30, 2019.[35]

18. In the Episode 1 video:

    a. Student Respondent referred to Witness 10, who identified as male and Vietnamese, as "Vietnamese woman driver."

    b. Student Respondent referred to Witness 1 as "female main character."

    c. Student Respondent said, "We are the American College Boys." Faculty Respondent was present for this.

19. Episode 2 of American College Boys was filmed on September 2, 2019 and posted to YouTube on September 2, 2019.[36]

20. In the Episode 2 video:

    a. Student Respondent referred to Witness 11 and said, "Look at that fat, hairy, hippy-looking gullet. Look at him. He needs a fucking shower. It looks like he hasn't bathed in months."

    b. Witness 11 "flips off" Student Respondent.

    c. Student Respondent and Witness 8 made fun of Witness 12 for not knowing what the phrase "bust a nut" meant.

    d. Student Respondent referred to a loose piece of equipment, saying, "It's loose, just like [Witness 11's] butthole." Faculty Respondent had left briefly and was not present for this comment.

    e. Student Respondent said, with respect to a student underneath a car, "You trying to come from underneath [the car]? So much talk of coming."

    f. Faculty Respondent, in reference to the weather, stated, "Well, this is a perfect match to this weather in Florida. Wet. Hot. Wet." The words "Wet. Hot. Wet." panned across the screen.

    g. Student Respondent panned the camera to Witness 8 and then to Student Respondent's genital region and said, "Alright, now for the tea bag!"

    h. During a chemistry demonstration, Student Respondent said, "Punch that bitch!" and then dropped tweezers on the lab table which then fell to the floor.

    i. Student Respondent flipped off the camera with both hands.

---

[35] According to the metadata embedded in the original video files.

[36] According to the metadata embedded in the original video files.

MYERS R-RFP1 11342

OIE Investigative Report 2019-00251.pdf

j.    Student Respondent looked at the camera and said, "Yeah I see the camera googly, googling at me. Just give me for a little bit here. Just getting myself moist here." Student Respondent massaged his nipples while saying this, and then said, "Oh yea, you know you like me better." Faculty Respondent as not present for this incident.

21. Episode 3 of American College Boys was filmed on September 1, 2019 and posted to YouTube on September 6, 2019.[37]

22. In the Episode 3 video:

a.    Faculty Respondent filmed Student Respondent exiting the Atlantic Ocean and said, "Look at that beautiful shape."

b.    Witness 11 said, in reference to Student Respondent, "Damn, what a luscious body. Rico Suave coming out of the ocean, and he is single… luscious locks, great personality, a little shy."

c.    Student Respondent said to Witness 11, with respect to Witness 11 wearing sunblock on his face, "No shame. Look at this man. Look at all the sunscreen on his face. Goddamn. White people problems." Later, Student Respondent said, "Yo, you look so fucking ugly with all that fucking sunscreen bro. You look like a caveman, for real. You know how they have, like, little war paint on their face?"

d.    While filming Student Respondent, who was only wearing swim trunks, Faculty Respondent said, "So hairy! Everywhere… back and shoulder…. Look at his ass. Hair's everywhere."

e.    Faculty Respondent removed his clothes in the backseat of his car while Student Respondent was in the front passenger seat.

f.    Student Respondent filmed Faculty Respondent on an Insta360 camera while Faculty Respondent covered his genitalia with a towel.

23. Episode 4 of American College Boys was filmed on September 6, 2019 and posted to YouTube on September 9, 2019.[38]

24. In the Episode 4 video:

a.    Students in the lab edited the Episode 3 video on the lab computer. The video showed the following students present for this: Student Respondent, Witness 1, Witness 3, Witness 7, Witness 8, and Witness 10. Faculty Respondent also was present.

b.    As set forth above, Episode 3 segments involved Student Respondent's posterior and Faculty Respondent wearing no clothes in the backseat of the car, which were being viewed by the students and Faculty Respondent in the lab during Episode 4.

c.    When Witness 1 saw the video of Student Respondent's posterior, she said, "Oh my god" and turned and walked away. Student Respondent then said, "I'm sorry you had to see that, [Witness 1]. That's the realest shit you've probably ever seen." Faculty Respondent remained present for this interaction and took no corrective action at the time of the video.

d.    When Witness 1 saw the video of Faculty Respondent in the backseat with no clothes on, she said, "Oh my god," to which Student Respondent said, "You saw your PI. She doesn't look too disturbed or surprised." Faculty Respondent was

---

[37] According to the metadata embedded in the original video files.

[38] According to the metadata embedded in the original video files.

MYERS R-RFP1 11343

OIE Investigative Report 2019-00251.pdf

present for this interaction, laughed, and took no corrective action at the time of the
video.

   e.  When Student Respondent learned that the group would not be presenting their
research, Student Respondent said, "Yessss! No presentation, motherfuckers! We
eatin' this bitch!" Faculty Respondent was present for this interaction and took no
corrective action at the time of the video.

   f.  Student Respondent referred to another student needing more time on his
presentation, and said, "He needs it. Look at that. [pans to beaker] He's still
working on his semen samples." Faculty Respondent was present for this exchange.

   g.  Student Respondent and Faculty Respondent had a conversation about Faculty
Respondent's daughter wanting a "boy toy" from Target. In this exchange, Faculty
Respondent said he owned a Barbie and Ken doll as a child, which he made "love
each other." Student Respondent said he had a Ken doll as a child which "used to
be naked all the time."

25. The unpublished raw videos for Episode 5 of American College Boys was filmed on
September 13, 2019.[39] These videos were not edited nor published to YouTube.

26. In the Episode 5 video set:

   a.  Faculty Respondent referred to Witness 1 as one of his "female main characters"
while referring to a male student simply as "main character".

   b.  During an interaction where Witness 1, Witness 7, Witness 8, Witness 11, Student
Respondent and Faculty Respondent were all present, Student Respondent referred
to Witness 11 as a "Margaret" and "ugly ass IT guy, motherfucker." Then, Student
Respondent zoomed the camera on Witness 11's genital region and said,
"Crotch shot! Crotch shot! Goddamn! Massive balls in them pants!" and "Is this
going to be story time about how you took out your balls over losing a game of
Risk?" Faculty Respondent said he would take everyone bowling and would buy
them "shooters."

   c.  Student Respondent told Faculty Respondent that he "literally needed to take out
his balls and put them on the table," and Faculty Respondent replied, "I'm too nice
for that". Student Respondent then told Witness 11, "We need to see your phallic
instrument, right now."

   d.  During an interaction between Witness 11, Witness 10, and Student Respondent,
Student Respondent referred to Witness 11 as "Bitch… a Margaret looking bitch…
[filmed Witness 11's posterior] Look, he has no ass. No handles for you ladies.
Zero handles." Witness 11 then replied to Student Respondent, "Not everybody can
have two asses, one on the front and one on the back." Student Respondent lifted
his shirt in response. Faculty Respondent was not present for this interaction.

   e.  Faculty Respondent shared that he thought a former member of the lab, "▮▮▮▮
would come into the lab with a machine gun.

   f.  Student Respondent stated, "We all love you, ▮▮▮ Please don't shoot me."

   g.  Faculty Respondent stated that he stopped a massacre by recommending ▮▮▮ for a
job.

   h.  Student Respondent referred to this as "unofficially saving our lives."

   i.  Student Respondent said he would convert to the religion of Faculty Respondent.

---

[39] According to the metadata embedded in the original video files.

OIE Investigative Report 2019-00251.pdf

    j.   Faculty Respondent replied, "Where's my bible?" and proceeded to try to find a bible verse from the bible he keeps on a shelf in the lab.

    k.   Faculty Respondent asked Witness 12 what bible chapter included the "love your neighbor" passage.

    l.   Student Respondent asked Witness 1 if she knew about the bible, to which she replied she used to. Student Respondent then said, "It's pitiful. I stopped following that."

    m.   Student Respondent said to Faculty Respondent, "Give us a sermon, pastor!"

    n.   Faculty Respondent read the bible passage, Matthew 5:16, aloud.

    o.   Faculty Respondent stated that Turkish, Russian, Vietnamese, and Chinese people killed 100 times more people than Hitler, to which Student Respondent said, "But the Jews control the media, so all we hear about is the Germans."

    p.   Student Respondent, while at a student presentation, put the camera in a female student's face. The female student told him to "get that camera out of my face," which Student Respondent did.

    q.   Student Respondent wore a shirt that said, "Straight Outta Orlando" on one side and "Bitch, I'm a Knight" on the other.

    r.   While at Buffalo Wild Wings, Faculty Respondent said Witness 3 lied about attending the meal and proceeded to ask various individuals why female lab mates did not attend events.

    s.   Faculty Respondent referred to Student Respondent, Witness 7, and Witness 8, who were playing a game, as "seven year old boys."

27. Student Respondent regularly used profanities such as "bitch" and "motherfucker" in the presence of other members of the lab, including Faculty Respondent with no correction by Faculty Respondent shown in the video.

28. Faculty Respondent told the lab students that since the University was closed for Hurricane Dorian, that they should all go to the beach.

29. The videos for Episode 3 were filmed, edited, and posted during the time the University was closed for Hurricane Dorian.

30. Members of the lab were not asked if they could be filmed.

## VIII.  MATERIAL FACTS IN DISPUTE AND THE RESOLUTION OF DISPUTED MATERIAL FACTS

       OIE received differing accounts as to some material facts. Since the questions are material to the resolution of whether Faculty Respondent and/or Student Respondent violated University regulation and policies, OIE must resolve the disputed facts based on the testimonial and documentary evidence.

       OIE has identified five factors to consider when resolving disputed issues of fact that require credibility assessments: 1) the inherent plausibility of the testimony; 2) the demeanor of the person offering the testimony; 3) whether the individual has a motivation to lie; 4) whether the remarks could be corroborated; and, 5) whether the respondent has a history of similar behavior. None of these factors are necessarily determinative of credibility. Courts have recognized that in a case of alleged discrimination/harassment which involve close questions of credibility and

MYERS R-RFP1 11345

OIE Investigative Report 2019-00251.pdf

subjective interpretation, the existence of corroborative evidence or lack thereof is likely to be crucial.

### 1. Whether Faculty Respondent corrected Student Respondent on his use of language in the learning environment.

According to Faculty Respondent, he corrected Student Respondent's use of language (e.g. "bitch" and "motherfucker") in the lab environment after hearing concerns about this behavior. Student Respondent stated only one person spoke to him about his behavior and that was by Witness 12, who told Student Respondent that he was "loud." Many of the witnesses noted that while Student Respondent was "annoying," they were not offended by his language. Many, however, were very concerned about the content of the Anger Translator video.

Witness 12 corroborated that he spoke to Student Respondent and Witness 11 about their comportment in October or November of 2018. Witness 12 stated that he felt their language was inappropriate for the lab and that they were too loud for the environment. Specifically, he stated, "I used to tell them that it was inappropriate talk, even amongst boys, and if there are girls around it becomes even worse." Witness 12 stated that Student Respondent and Witness 11 had inappropriate conversations about their personal lives in the lab, including conversations about "girls they had been with." Witness 12 noted that Witness 11 improved, but Student Respondent did not. Witness 12 also noted that while Faculty Respondent's relationships with students were "normal," his relationship with Student Respondent was "special" and "friendly," noting that "they don't meet the norms of a regular PI/undergrad relationship."

Faculty Respondent stated that he did not believe it was his responsibility to hold his students accountable for their behavior in the education environment, and that he was only there to teach chemistry. Faculty Respondent stated that, "I have suggested to [Student Respondent] not to use foul language, but rather to 'beep' the language." He stated that while he corrected Student Respondent's language in the lab, he never did so in a "forceful" way. He further stated, "I don't like to correct someone's talking style to fit to my moral standards. I respect freedom of speech." He explained further in his second interview with OIE that:

> I don't think any professors in university have a right to fix students' personal behavior just because he believes that's right. I told him not to use F- word too much because it bothers other people. That doesn't bother me. Between him and me, only two of us, he speaks those F-bombs, and I'm OK with it. Because I have authority, I cannot talk too much like an authority to the students if I think my students' behavior is bad. I have tried to address [Student Respondent's] language, but I am not the one who should have to address his profanity that he developed the past 23 years of his life.
>
> No one gave me direction when I came here that I was supposed to hold students accountable.[40] In my culture, that kind of language is fine. In Silicon Valley, when you look at documentary films, a 25 or 35 year old CEO with thousands of employees and they

---

[40] During this interview, Faculty Respondent acknowledged that he had attended New Faculty Orientation in August 2018. OIE and the Office of Student Conduct, as well as other offices on campus, presented during this orientation, which included content regarding faculty members' responsibility to address and report discriminatory conduct.

MYERS R-RFP1 11346

have addressed issues, they say, 'fuck you' and 'we are fucking great' all the time. In that environment, [his] profanity is not negatively impacting his career. That is why I didn't correct him too much

OIE noted during the review of the videos that Faculty Respondent was present often. When Student Respondent made inappropriate comments or jokes, Faculty Respondent either failed to respond (remain silent) or joked along with Student Respondent. Given this fact and Student Respondent's denial that Faculty Respondent counseled him regarding his language, along with the fact that Faculty Respondent did not feel it was his responsibility to address his students' behavior, OIE finds that it was unlikely that Faculty Respondent corrected Student Respondent's use of language in the lab environment. Rather, the preponderance of evidence demonstrated that Faculty Respondent took no corrective action to address Student Respondent's behavior in the education environment.

## IX.    ANALYSIS

### Retaliation

In order to establish a retaliation claim pursuant to UCF policy 2-700.1, Reporting Misconduct and Protection from Retaliation, the evidence must demonstrate that (1) a Complainant filed a good faith report regarding suspected misconduct, (2) the Respondent was aware of the activity, (3) the Complainant was subjected to an adverse or credible threat of an adverse action as a result of filing said report, and (4) there was a causal connection between the reporting and the adverse action.

A "good faith report" is defined as a report of suspected misconduct[41] made without malice to a supervisor, through central or administrative offices, to the UCF IntegrityLine, or directly to University Compliance, Ethics, and Risk. For a report to be made in good faith, the reporting person should have reasonable cause to believe that the reported information is true. "Retaliation" is defined as "an adverse or credible threat of an adverse action taken against an individual as a result of submitting a good faith report of misconduct or participating in a misconduct investigation."

The proffered evidence in this matter established that on September 12, 2019, the Complainant filed a concern with the Department regarding Faculty Respondent's teaching of Organic Chemistry II. Specifically, she cited concerns that there was "very little teaching of organic chemistry concepts" and that Faculty Respondent was "not teaching [the class] relevant material." This concern was acknowledged by Dr. Elsheimer acting in his role as Associate Chair of the Department, who later assessed that the complaint was founded. When Faculty Respondent was copied into this response, the Complainant articulated concerns that her grade may suffer until a resolution was reached. The Complainant cited that the lecture on Tuesday, September 10, 2019 (one of the "special seminars" taught by Faculty Respondent) was not explicitly content-relevant to the course. The Complainant cited concerns that based upon the course instruction, she would be unprepared to take the ACS (American Chemical Society) exam and would be unprepared to

---

[41] "Misconduct" in this policy is defined as "any violation of law, regulation, statute, UCF regulation, policy, procedure, guideline, and/or standard of conduct, whether intentional or inadvertent."

MYERS R-RFP1 11347

OIE Investigative Report 2019-00251.pdf

take biochemistry in subsequent terms. The Complainant also stated that she was unable to transfer to another course section due to scheduling issues.

Dr. Elsheimer acknowledged that he was initially skeptical about the Complainant's concerns, but then determined that the video lecture "[looked] pretty bad."[42] Dr. Elsheimer offered the following opinion as Associate Chair via an email to OIE dated November 21, 2019:

> My opinion likely may not be relevant here, but I believe [Faculty Respondent] conspicuously neglected his responsibility to the class and was not compliant with Chemistry Department policy. My investigations since then support and verify this. Details on request.

Based upon the Complainant's report to Dr. Elsheimer and no evidence to support otherwise, OIE is satisfied that the Complainant filed a good faith report on what she perceived to be misconduct. Additionally, Dr. Elsheimer's review of Faculty Respondent's lectures further supported the Complainant's concerns.

Faculty Respondent sent four emails to the Complainant, copying Dr. Elsheimer, in response to this complaint. In the first email, Faculty Respondent encouraged the Complainant to switch course sections, stating:

> I also told everyone, if you don't like my style over the traditional Org Chem lecturers, to switch to Andy's course, which, to my knowledge, will be more intensive and traditional Organic Chem class. In addition, I told them that my class has 100 students in the waiting list. If it's not too late, agin [*sic*], please go ahead and drop this class and switch to other course asap.

In this same email, Faculty Respondent also stated, "I doubt if [the Complainant] even paid attention to the lecture." The Complainant replied to this email, reiterating her concerns. The Complainant expanded on her initial email, stating:

> My contacting of the department came from a place of concern as I have an entire career ahead of me where organic chemistry is very important and while I could teach myself it was to my knowledge that I was paying tuition to be in a course where particular information would be disbursed and tested. In addition, my concern comes from the first day of class where you expressed little concern to how in the past students who have taken your course have went into upper level chemistry courses with different professors without the knowledge necessary to be successful in those courses.

In the second email from Faculty Respondent to the Complainant, Faculty Respondent wrote:

> I am not going to change my style of this class, that 299 students out of 300 students like, just because you, the only one, don't like this class. You said you wanted to drop it from the beginning, which means you knew from the beginning that this course is not going to

---

[42] See email from Dr. Elsheimer to Dr. Yestrebsky dated September 13, 2019.

MYERS R-RFP1 11348

OIE Investigative Report 2019-00251.pdf

work out well for you. You cannot change any classes because the style of classes doesn't fit in your style by complaining to the departments.

In the third email from Faculty Respondent to the Complainant, Faculty Respondent accused the Complainant of making a false accusation against him and told her it was a "crime" to do so. He concluded the email with, "Don't ever do that, again."

While the Complainant was not named in the post to the Webcourse dated September 14, 2019, it is evident that the post was a direct and public response to the Complainant's concern. Faculty Respondent stated, "This person wants this class to serve her/his ACS exam preparation. My response: You need a tutor to learn specifically what you want. For the sake of everyone's understanding, everything I talk about in the class." In this post, he referred to the allegations as "false" and "misrepresenting information and with the false statement and your naïve judgment on my profession." He also stated that the Department "understood" the "special seminar" after he explained to the Department the "misleading information" they received from the Complainant.

The Complainant clearly felt Faculty Respondent's message to the Organic Chemistry II Webcourse page was retaliatory:

> I understand you reserve the right to teach your own style, as you bluntly stated in the announcement posted on webcourses which was clearly targeted at me. I am a very attentive student and I have listened very closely to each of your lectures so the issue is not a lack of interest or respectfulness from me, the student.

The "Anger Translator" video posted to the American College Boys page on September 17, 2019, was similarly clear in its connection to the Complainant's allegations to the Department. Faculty Respondent stated that "[the video] was not meant to be retaliation. I did not reveal the name, identity, gender or appearance of the individual. I did not understand what the problem was. I told the class it was a joke." However, the content of the video, which was posted publicly to a YouTube channel that was encouraged to be visited by students in the course, raised concerns regarding a student's ability to file a concern without fear of retaliation. Faculty Respondent admitted that he posted the video onto YouTube as a "joke" in response to Complainant's complaint about him. Student Respondent stated that he asked Faculty Respondent if it was a good idea to make the video. He also noted his "dread when the video was about to be posted" by Faculty Respondent. Student Respondent stated that the video was "a little much" but that he did not feel that the video was retaliatory.

During a phone call with OIE on December 16, 2019, Dr. Elsheimer expounded upon his initial concerns. Dr. Elsheimer stated that the Complainant had talked to students from other sections of Organic Chemistry II, and this was how she discovered that she would have to take the standardized ACS exam. Dr. Elsheimer explained that the ACS exam is linked to accreditation and is part of the Department's annual assessment. Thus, the ACS exam is supposed to be mentioned in all syllabi for this course per department policy. However, Dr. Elsheimer stated that Faculty Respondent's course syllabus made no mention of the ACS exam. Dr. Elsheimer further offered that the content of the "special session" was "colossally over the heads of the students" and noted

MYERS R-RFP1 11349

OIE Investigative Report 2019-00251.pdf

that, even with a Ph.D. in chemistry, Dr. Elsheimer had a difficult time understanding the specific contents of the lecture.

OIE's analysis of the facts in this matter indicate that the Complainant was exercising her right per university policy to file a good faith report by reporting suspected misconduct, e.g. not teaching the prescribed content for the course. Furthermore, it is clear based on the short timeframe that there is a causal relationship between the reporting by the Complainant and the three adverse actions: (1) making threats via email to report the Complainant to the Office of Student Conduct, (2) posting regarding the complaint on Webcourses to all students in the course section and rallying them for support, and (3) creating and disseminating the "Anger Translator" video wherein additional threats were made, such as "snitches get stitches". Faculty Respondent has not offered a non-retaliatory reason for his actions other than describing them as a "joke." Thus, there is sufficient evidence to establish retaliation per UCF policy, 2-700.1 and therefore, OIE finds that Faculty Respondent retaliated against the Complainant for filing a good faith report in violation of University policy.

Additionally, it is important to note that it is reasonable to believe that based upon the public nature of the second and third adverse actions, others who may have had similar concerns (or other concerns) regarding Faculty Respondent would be reasonably dissuaded from filing reports for fear of comparable public shaming. This may create a chilling effect on the reporting of suspected misconduct, which is inconsistent with the University's expectations.

## Hostile Environment Harassment

As was set forth above, in analyzing a claim of hostile environment harassment, OIE is guided by UCF Regulation 3.001 and UCF Policy 2-004.1 which prohibits discriminatory harassment… based upon an individual's … sex … religion or non-religion … or membership in other protected classes set forth in state or federal law that interferes with that individual's educational opportunities, participation in a University program or activity, or receipt of legitimately-requested services meeting the description of Hostile Environment Harassment. In order to prevail on a hostile environment claim, the evidence must show both that the harassment was discriminatory (i.e., based on sex) and that the harassment was sufficiently severe or pervasive to alter the conditions of the educational and/or work environment.

When assessing the severity or pervasiveness of the conduct, discriminatory harassment claims must be analyzed on a case-by-case basis, by looking at the totality of the circumstances, including, but not limited to: 1) The frequency, nature and severity of the conduct; 2) Whether the conduct was physically threatening; 3) The effect of the conduct on the complainant's mental or emotional state; 4) Whether the conduct was directed at more than one person; 5) Whether the conduct arose in the context of other discriminatory conduct or other misconduct; 6) Whether the conduct unreasonably interfered with the complainant's educational or work performance and/or University programs or activities; and 7) Whether the conduct implicates concerns related to academic freedom or protected speech. A hostile work environment can be created by pervasive conduct or by a single or isolated incident, if sufficiently severe. The more severe the conduct, the less need there is to show a repetitive series of incidents to prove a hostile work environment,

MYERS R-RFP1 11350

OIE Investigative Report 2019-00251.pdf

particularly if the conduct is physical. An isolated incident, unless sufficiently severe, does not amount to hostile environment harassment.

### Hostile Environment (Religion)

In order to prevail on a hostile environment claim, the evidence must demonstrate that an individual or individuals were subjected to discriminatory harassment based upon membership in a protected class (e.g. religion or nonreligion) that was sufficiently severe or pervasive to unreasonably interfere with or limit access to education or employment when viewed from both a subjective and objective perspective. Religious harassment also can occur when employees or students are: (1) required or coerced to abandon, alter, or adopt a religious practice as a condition of employment or their education (this type of "quid pro quo" harassment may also give rise to a disparate treatment or denial of accommodation claim in some circumstances); or (2) subjected to unwelcome statements or conduct that is based on religion that is so severe or pervasive that the individual being harassed reasonably finds the environment to be hostile or abusive.[43]

The evidence demonstrates that Faculty Respondent kept a bible in the chemistry lab that he managed, and that he read aloud from this bible (and a bible passage on his phone) to his students. This set of circumstances was the only concern noted in the proffered evidence. Even unwelcome religiously motivated conduct is not unlawful unless the victim subjectively perceives the environment to be abusive and the conduct is severe or pervasive enough to create an environment that a reasonable person would find hostile or abusive.[44] No one in the video appeared to express concern for the religious conduct and none of the students that met with OIE expressed concerns about a hostile environment based on religion. This conduct also does not appear to demean others' religious views. An isolated incident does not meet the threshold of pervasiveness, nor does this specific conduct rise to the level of severity that would constitute a violation. Thus, OIE is bound by the applicable legal standards to find that Faculty Respondent did not create a hostile environment on the basis of religion. However, it is important to note that Faculty Respondent should understand that he is in a position of authority over students, and they may feel uncomfortable expressing their discomfort to Faculty Respondent.  Accordingly, if this conduct were to continue or escalate, Faculty Respondent may reach the legal standard for discriminatory harassment.  Notwithstanding OIE's finding, this conduct may be inconsistent with other University policies (such as the Code of Conduct).  Accordingly, OIE refers this conduct to management to review, in consultation with Academic Affairs, under other relevant policies.

### Hostile Environment (Sexual/Sex-Based Harassment)[45]

In order to establish a *prima facie* case of hostile environment sexual harassment, the totality of circumstances must point to an unwelcome, sexually objectionable educational or

---

[43] See *EEOC Questions and Answers: Religious Discrimination the Workplace*, §4.
 https://www.eeoc.gov//policy/docs/qanda_religion.html

[44] *Id*.

[45] Per footnote 1, this analysis covers Faculty Respondent only; any allegations made against Student Respondent will be forwarded to OSRR for review.

MYERS R-RFP1 11351

working environment that was both objectively and subjectively offensive, such that a reasonable person would find the environment hostile or abusive, and one that the victim in fact did perceive to be so. The trier of the fact must "adopt the perspective of a reasonable person's reaction to a similar environment under similar or like circumstances."[46]

The record supports that both within the lab environment and in the YouTube channel there were concerning behaviors of a sexual or sex-based nature:

- Faculty Respondent was unclothed in the backseat of a vehicle wherein Student Respondent was in the front seat filming (see Episode 3);
- The aforementioned video was approved by Faculty Respondent and posted onto YouTube;
- In this same video, Faculty Respondent filmed Student Respondent in an inappropriate manner and commented on Student Respondent's body hair while filming Student Respondent's posterior;
- Student Respondent, an employee and student of Faculty Respondent, made multiple sexual or sex-based references including, but not limited to:
    o Using the terms "bitch" and "motherfucker" and "fucking" with excessive frequency;
    o Talking about people pulling out their "balls" and "phallic instruments";
    o Referring to Witness 1 as "female main character";
    o Flipping off the camera;
    o Commenting how "[Witness 11's] butthole is "loose";
    o Making other inappropriate comments to Witness 11 about being a "Margaret" and a "bitch";
    o Rubbing his nipples on the camera while making sexually suggestive comments;
    o Referring to "tea bagging" another student while filming his genital region and this other student's face;
    o Filming Faculty Respondent while Faculty Respondent was unclothed;
- Faculty Respondent observed many instances of these behaviors but did not correct the behaviors or the language;
- Faculty Respondent allowed the screening of the Episode 3 video segments (Student Respondent's posterior and Faculty Respondent being unclothed) with the other lab students while he was present in the lab;
- Faculty Respondent also referred to Witness 1 as "female main character";
- Faculty Respondent referred to Student Respondent getting out of the water as "look at that beautiful shape";
- Faculty Respondent referred to the weather in a suggestive manner, saying, "…weather in Florida. Wet. Hot. Wet."; and
- Faculty Respondent approved the posting of all video content to the YouTube page, thus sharing the aforementioned content with a broader audience, including students in Faculty Respondent's courses.

---

[46] *Highlander v. K.F.C. National Management Co.,* 805 F.2d 644, 650 (6th Cir. 1986)

MYERS R-RFP1 11352

OIE Investigative Report 2019-00251.pdf

OIE Investigative Report 2019-00251.pdf

OIE's investigation noted a lack of participating complainants to the alleged misconduct. No witnesses or potential complainants indicated explicitly that the sexual conduct was unwelcome or interfered with their access to their education. However, the mere absence of students complaining of the conduct when the alleged harasser is an employee does not ameliorate the University's responsibility to identify and address potential sexual harassment:

> Schools should be particularly concerned about the issue of welcomeness if the harasser is in a position of authority. For instance, because students may be encouraged to believe that a teacher has absolute authority over the operation of his or her classroom, a student may not object to a teacher's sexually harassing comments during class; however, this does not necessarily mean that the conduct was welcome. Instead, the student may believe that any objections would be ineffective in stopping the harassment or may fear that by making objections he or she will be singled out for harassing comments or other retaliation.[47]

Accordingly, OIE carefully analyzed the issue of whether the conduct was unwelcome. Determinations on the issue of welcomeness should consider the totality of circumstances rather than simply the absence of active, participating complainants. Such determinations should involve a review of all witness statements, evidence about the credibility of the concerns, evidence that the harasser has harassed others (or not), evidence of the allegedly harassed student's reaction or behavior after the alleged harassment, evidence about whether the student claiming harassment filed a complaint or took other action to protest the conduct, and other contemporaneous evidence.[48]

There are inferences in the video that the conduct was unwelcome. For instance, while the lab members were watching the Episode 3 video with Faculty Respondent, Witness 1 negatively reacted to seeing both the Student Complainant's backside as well as Faculty Respondent being unclothed in the backseat of his car. During her interview with OIE, Witness 1 shared that while she had no concerns with Faculty Respondent, she was "good at removing herself when [Student Respondent] does those things and [their] time does not overlap enough for those things to impact me, but there are moments where I see him in there and I wonder if it's even worth going to work that day." Other female students interviewed by OIE did not share this concern, nor did they note any concerns regarding sexual harassment by Faculty Respondent.

It is important, too, to note that these videos were posted to a YouTube channel that was both public and shared with the students in Faculty Respondent's Organic Chemistry II course.[49] This means that hundreds of students may have viewed the video set, which included sexually inappropriate conduct by members of the lab (mainly Student Respondent) and Faculty Respondent. There was an implicit expectation that students visit the YouTube channel as part of the course as this was where the recorded lectures were to be housed. Faculty Respondent was in a triune position of authority over the students in the lab as P.I. for the research projects, supervisor

---

[47] *Id*., p. 8.

[48] *Id*., pp. 8-9.

[49] Per Dr. Elsheimer, the enrollment in this course at the time of Faculty Respondent's paid administrative leave was 297 students.

MYERS R-RFP1 11353

OIE Investigative Report 2019-00251.pdf

of record for employment in the lab, and instructor of record for various students' research credit. While Faculty Respondent stated that his relationship was much more one of friendship versus supervision, Faculty Respondent's position of authority placed the students in the lab in a vulnerable situation wherein they may not be able to note their concerns (particularly so shortly after the release of the Anger Translator video and Webcourses note regarding Complainant coming forward about his teaching). Additionally, there was likely a pattern of behavior outside the videos being filmed. It is reasonable to assume that Student Respondent used profane and sexually inappropriate language outside of times that were filmed. Witness 12 stated that Student Respondent's "language from the YouTube videos is the type of language [he] uses all the time." Again, upon review of the videos, Faculty Respondent was present much of this time, and did absolutely nothing to address Student Respondent's behaviors, thus endorsing their acceptability by virtue of his silence or participation. This also sent a message to lab students that these types of behaviors were the "norm" in this work and educational environment.

Faculty Respondent, Witness 12, and Witness 9, all of whom were in positions of authority within the lab to varying degrees, stated that no one had expressed concern to them regarding Student Respondent's behavior. None of the other individuals in the lab noted any concerns with Faculty Respondent regarding sexual harassment or sex discrimination. Without a subjectively distressed individual who perceived the environment to be sexually hostile or hostile based on sex, OIE is constrained by applicable legal standards and the policy language to find that the claim of discriminatory harassment fails.

Notwithstanding, OIE notes that Faculty Respondent came dangerously close to violating the *Nondiscrimination Policy*'s prohibition of hostile environment harassment as his conduct of being naked in the back seat of a car with an undergraduate student in the front seat, showing the video of his partial nudity to students in the lab, showing the video of his Student Respondent's posterior while making inappropriate and unprofessional comments about the Student Respondent's body, flashing his underwear to an undergraduate student to show its label, and his complete failure to address the unwelcome and **routine** sex-based and sexual statements in the educational environment likely met the threshold of pervasiveness necessary for a policy violation finding. Moreover, based on (1) Faculty Respondent's admission that he previously had been notified that Student Respondent's volume and language had made students uncomfortable in the lab; (2) Faculty Respondent's ineffective and lack of a response to this report; (3) Faculty Respondent's well-known "friendship" with Student Respondent; and, (4) Faculty Respondent's retaliatory behavior following the Complainant's report about his teaching, it is quite possible that students found the behavior offensive but feared being subjected to retaliation if they shared this with OIE. Accordingly, although OIE is constrained to find that the Faculty Respondent fell short of a violation of the *Nondiscrimination Policy's* prohibition of discriminatory harassment due to lack of a student indicating that they were subjectively offended by the conduct in a manner that impacted their access to their education, the Faculty Respondent's conduct appears to have fallen woefully short of the University's commitment to creating "an atmosphere of safety and mutual respect" and "fostering a safe and respectful university community." *Nondiscrimination Policy*, Section III. It also may violate other applicable University policies. Therefore, OIE refers this matter to management, in consultation with Academic Affairs, for further review and response under other applicable policies.

MYERS R-RFP1 11354

OIE Investigative Report 2019-00251.pdf

**Failure to Report**

     OIE reiterates the expectations in the *Nondiscrimination Policy* that, "It is the responsibility of every member of the university community to foster an environment free of Prohibited Conduct. All members of the university community are encouraged to take reasonable and prudent actions to prevent or stop an act of Prohibited Conduct." There is little in the record to demonstrate that Faculty Respondent did much of anything to stop or prevent the escalation of Student Respondent's inappropriate behavior. Witness 12 noted that Student Respondent's behavior did not improve after they had a discussion about his conduct. This may be, in part, due to the fact that they have a "special" relationship (Witness 12) in that they are "friendly" (Student Respondent) like "buddies" (Faculty Respondent). Indeed, Faculty Respondent noted that he often had more friendship-like relationships with students at all levels – post-doc, graduate students, undergraduate students, and high school interns – and took steps to avoid being perceived as an authority figure or asserting expectations of conduct. Faculty Respondent went so far as to state that he did not believe that it should be his responsibility to address students' behavior despite the *Code of Conduct's* clearly stated expectation that "supervisors and managers have the added responsibility of: leading by example, setting clear expectations, supporting a respectful and professional work environment, [and] promoting a culture where employees feel comfortable asking questions and raising concerns."[50]

     This apparent lack of boundaries makes it difficult for Faculty Respondent to take reasonable and prudent action to address misconduct, particularly when he is party to the misconduct. Faculty Respondent, as a responsible employee, must be able to foster a working and learning environment free from behaviors that could create a discriminatory experience. Regulation UCF-3.001, Section 5(b) states that "[a]ny employee in a supervisor capacity who has actual knowledge by direct observation or by receipt of a report of discrimination or discriminatory harassment, and who does not report the matter to the Office of Institutional Equity shall be subject to disciplinary action up to and including termination…" In the present matter, Faculty Respondent acknowledged that Witness 12 had advised him that students expressed being uncomfortable with Student Respondent's language. However, neither Faculty Respondent or Witness 12 identified the specific language of concern thereby constraining OIE from finding that Faculty Respondent was on notice of sex-based or sexual language having caused discomfort to students per this report. Notwithstanding, the record does support that Faculty Respondent directly observed Student Respondent repeatedly using sex-based language and sexual comments in the educational environment, which he failed to report to OIE. Accordingly, the record supports that Faculty Respondent violated this section of Regulation 3.001.

     Based on the totality of the record and findings that Faculty Respondent subjected an undergraduate student to retaliation and failed in his supervisory obligations under Regulation 3.001, OIE recommends that management consider effective disciplinary action, up to and including termination.

---

[50] See *UCF Employee Code of Conduct*, p. 9, https://compliance.ucf.edu/files/2019/02/UCF-Code-Of-Conduct-2019-Rev.pdf

MYERS R-RFP1 11355

## X.     SUMMARY OF FINDINGS

After carefully reviewing the testimonial and documentary evidence, and in light of the evidentiary principles discussed in this report, OIE makes the following findings:

- Faculty Respondent <u>did not violate</u> UCF Policy 2-004.1 related to hostile environment sexual/sex-based harassment.
- Faculty Respondent <u>did not violate</u> UCF Policy 2-004.1 related to hostile environment harassment on the basis of religion.
- Faculty Respondent <u>violated</u> UCF Policy 2-700.1 by retaliating against the Complainant for filing a good faith complaint.
- Faculty Respondent <u>violated</u> Regulation 3.001 by failing to report Student Respondent's conduct to OIE.

OIE would remind all parties of their obligation pursuant to the University's Reporting Misconduct and Protection from Retaliation Policy (UCF-2-700), which strictly prohibits retaliation "against anyone who, in good faith, reports misconduct, or who participates in an investigation of misconduct." See also UCF-3.001 (Non-Discrimination Regulation) and UCF-2-004.1 (H) (Non-Discrimination Policy) regarding prohibitions on retaliation.

MYERS R-RFP1 11356

## XI.    DOCUMENTS AND SOURCES REVIEWED DURING INVESTIGATION

### A. Interviews with OIE

a.  Summary of Interview with Witness 1, dated October 1, 2019
b.  Summary of Interview with Witness 2, dated October 1, 2019
c.  Summary of Interview with Witness 3, dated October 2, 2019
d.  Summary of Interview with Witness 4, dated October 1, 2019
e.  Summary of Interview with Witness 5, dated October 2, 2019
f.  Summary of Interview with Witness 6, dated October 9, 2019
g.  Summary of Interview with Witness 7, dated October 8, 2019
h.  Summary of Interview with Witness 9, dated October 8, 2019
i.  Summary of Interview with Witness 10, dated October 10, 2019
j.  Summary of Interview with Witness 11, dated October 10, 2019
k.  Summary of Interview with Witness 12, dated October 8, 2019
l.  Summary of Interview with Student Respondent, dated October 22, 2019
m.  Summary of Interview with Faculty Respondent, dated October 18, 2019
n.  Summary of Second Interview with Faculty Respondent, dated November 18, 2019
o.  Notes from OIE Telephone Conversation with Dr. Seth Elsheimer, dated December 16, 2019

### B. Videos Retained by OIE from YouTube American College Boys Channel

a.  "organic chemistry lecture 1", posted August 27, 2019
b.  "org chem lecture", posted September 12, 2019
c.  "org chem lec", posted September 17, 2019
d.  "Kollbe's special seminar 1" (Run time 34:52), posted September 12, 2019
e.  "Anger Translator" (Run time 3:02), posted September 17, 2019
f.  "Consequence of the posting of the satire video of Kollbe's Anger Translator; where's the 1st Amendment?", posted September 20, 2019
g.  "The Laboratory Episode 1" (Run time 10:19), posted August 30, 2019
h.  "The Laboratory Episode 2" (Run time 9:56), posted September 2, 2019
i.  "The Laboratory Episode 3" (Run time 9:48), posted September 6, 2019
j.  "The Laboratory Episode 4" (Run time 11:42), posted September 9, 2019

### C. Email Exchanges provided by Dr. Elsheimer to OIE

a.  Initial email from Complainant to chemstaff@ucf.edu, dated September 12, 2019 at 4:50pm
b.  Email forward from chemstaff@ucf.edu to Dr. Elsheimer, dated September 13, 2019 at 1:52pm

MYERS R-RFP1 11357

MYERS R-RFP1 11358

   c. Email from Dr. Elsheimer to Complainant (cc: Faculty Respondent), dated September 13, 2019 at 3:47pm
   d. Email from Complainant to Dr. Elsheimer, dated September 13, 2019 at 5:43pm
   e. Email from Dr. Elsheimer to Complainant (cc: Faculty Respondent), dated September 13, 2019 at 7:10pm
   f. Email from Faculty Respondent to Dr. Elsheimer and Complainant, dated September 13, 2019 at 7:15pm
   g. Email from Complainant to Faculty Respondent and Dr. Elsheimer, dated September 13, 2019 at 9:28pm
   h. Email from Faculty respondent to Complainant and Dr. Elsheimer, dated September 13, 2019 at 10:01pm
   i. Email from Faculty Respondent to Complainant and Dr. Elsheimer, dated September 14, 2019 at 12:50am
   j. Email from Faculty Respondent to Complainant and Dr. Elsheimer, dated September 14, 2019 at 1:45am
   k. Email from Faculty Respondent to Complainant and Dr. Elsheimer, dated September 14, 2019 at 2:15am
   l. Email from Dr. Elsheimer to OIE, dated November 21, 2019 at 1:59pm
   m. Email from Dr. Elsheimer to OIE, dated November 21, 2019 at 2:34pm

**D.** Webcourses message to class by Faculty Respondent ("False accusation: CHM2211-19Fall 0003"), dated September 14, 2019 at 11:25am

**E. Integrity Line Reports**
   a. Integrity Line Report #630
   b. Integrity Line Report #632
   c. Integrity Line Report #634
   **d.** Integrity Line Report #635

**F. Instagram Account page "dr_kollbe_research_group" (15 total posts), retained 10 posts on September 24, 2019**
   a. February 16, 2019
   b. February 17, 2019
   c. February 18, 2019 post 1
   d. February 18, 2019 post 2
   e. February 18, 2019 post 3 (with video)
   f. February 18, 2019 post 4 (with video)
   g. February 20, 2019 post 1
   h. February 20, 2019 post 2
   i. April 30, 2019
   j. August 5, 2019 (with video)

**G. Screen Captures from American College Boys YouTube channel, retained September 20, 2019**
   a. Playlist "The Laboratory: American College Boys & Girls" (5 videos in playlist)
   b. Inventory of videos in channel (10 videos)
   c. "About" page for American College Boys

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11359

**H. Review of Comments on Change.org Petition: "Reverse the Unjust Suspension of Dr. Ahn From the University of Central Florida"**

**I. Review of Comments from Facebook UCF Parents Page, retained September 24, 2019**

**J. Results of Forensic Analysis of Lab Computer Equipment**[51]

**ADATA USB Drive**

1. E:\ADATA USB\Video\Draft.Day.2014.720p.BRRip.XViD.AC3-LEGi0N[702027].avi

**Dell Desktop**

1. E:\Dell Desktop\Browser History\Chrome Browser\History[331214].csv
2. E:\Dell Desktop\Browser History\Internet Explorer\WebCacheV01[132923].dat.csv
3. E:\Dell Desktop\Videos\_talkv_wm0fUgbTU_672XNvkTwKVPokWXoGSFd1_talkv_high[481497].mp4
4. E:\Dell Desktop\Videos\_talkv_wmDJN6l03V_tDamONkD9meVN6wX8ghwek_talkv_high[500813].mp4
5. E:\Dell Desktop\Videos\_talkv_wmDUIQZmak_1G8BIDaWNEdH9SoPT4AFk_talkv_high[500812].mp4
6. E:\Dell Desktop\Videos\_talkv_wme25XCqcz_ohxONtz7UkDupY3agc8zBK_talkv_high[485182].mp4
7. E:\Dell Desktop\Videos\_talkv_wmEeL7W9qv_wznoRsDQv2obyhu53Q5c21_talkv_high[499237].mp4
8. E:\Dell Desktop\Videos\_talkv_wmEIN5qoWs_92TIYm5sPWUMMn3GrGxap1_talkv_high[499236].mp4
9. E:\Dell Desktop\Videos\_talkv_wmEIRG8ola_sXAigSiZpIXoldXrP9DmWk_talkv_high[503913].mp4
10. E:\Dell Desktop\Videos\_talkv_wmEmQ15OcG_HFpXdjs6bJhYESCjeO9ojK_talkv_high[499242].mp4
11. E:\Dell Desktop\Videos\_talkv_wmErwvSXdS_9domTpvXC8as32Z4fKJu21_talkv_high[503914].mp4
12. E:\Dell Desktop\Videos\_talkv_wmeZ36z5jY_y4YXt960ZzrSECnkFzeork_talkv_high[485159].mp4
13. E:\Dell Desktop\Videos\_talkv_wmgkrkA4sg_X53cfeAEkCd6evudjMhybk_talkv_high[481467].mp4
14. E:\Dell Desktop\Videos\_talkv_wmisJJqT5f_q8Bjc7WQXjEwXjXaPvkzM1_talkv_high[468069].mp4
15. E:\Dell Desktop\Videos\_talkv_wmkfCirwlv_2W9sti0g2fgcKw60gd6qp1_talkv_high[484011].mp4
16. E:\Dell Desktop\Videos\_talkv_wmklXIRCFm_YhcSH5O1OWmPk8Wp68ZQk_talkv_high[483505].mp4
17. E:\Dell Desktop\Videos\_talkv_wmknjpdl4J_9NqKg5DuKw8i7vj34q4H8k_talkv_high[484010].mp4
18. E:\Dell Desktop\Videos\_talkv_wmILJaIZve_agSasCauPUKD0k8ZEaLLK_talkv_high[478651].mp4
19. E:\Dell Desktop\Videos\_talkv_wmlNjO31an_5MKDvvZDvKa3G9qwe2IWo1_talkv_high[478653].mp4

[51] The request for analysis by UCF InfoSec, initiated by the College, specified only video content and web browser history be retrieved from the computer equipment in Faculty Respondent's lab. For reference, this section is organized consistent with the organization of the forensic analysis, with file extensions related to the file hierarchy in the forensic drive: The first level (E:/) is the drive itself; the second level is the equipment name (the device from which all subsequent files were retrieved). Files ending in .csv are the browser history files in Excel spreadsheet format. Files ending in .mp4 are video/photo files. Files ending in .insv are panoramic videos from the Insta360 camera, and those ending in .insp are panoramic images from the Insta360.

OIE Investigative Report 2019-00251.pdf

20. E:\Dell Desktop\Videos\_talkv_wmmN1sWRKO_YL5mScGhReY9RAbKeftGtK_talkv_high[466918].mp4
21. E:\Dell Desktop\Videos\_talkv_wmN8JISIKU_LsYS4YK9qhyq4K3CRJn2BK_talkv_high[497698].mp4
22. E:\Dell Desktop\Videos\_talkv_wmNcqHph1B_TvCBdhALAGnpHWv7XNBqi0_talkv_high[502637].mp4
23. E:\Dell Desktop\Videos\_talkv_wmNNpBfmMW_SWwt1zlhP42jXnYqrt9hx0_talkv_high[507812].mp4
24. E:\Dell Desktop\Videos\_talkv_wmOkNnVB0X_QSwgn43Y7GO1IWV1515ER1_talkv_high[508450].mp4
25. E:\Dell Desktop\Videos\_talkv_wmp9TyodVt_kmISLfR8VFNXPauAEK2aQK_talkv_high[469904].mp4
26. E:\Dell Desktop\Videos\_talkv_wmp96xKmu2_0qNPmkPFRopi5I04WHzvKk_talkv_high[469949].mp4
27. E:\Dell Desktop\Videos\_talkv_wmRji2Tapc_SMAb4RFnWOu4VcMKYjeGnk_talkv_high[493742].mp4
28. E:\Dell Desktop\Videos\_talkv_wmRMSeSN6A_2cFHIpysrXkWqCP1Wqzk8k_talkv_high[493731].mp4
29. E:\Dell Desktop\Videos\_talkv_wmsKKspbtc_7Wdd2YoCdMqEw9qNatK2S0_talkv_high[481983].mp4
30. E:\Dell Desktop\Videos\01fc2b2c39ae94aba71dada418dc3d467756d5e1851[403754].mp4
31. E:\Dell Desktop\Videos\3ecb2d7b-a49b-4056-b693-3a10bf13ce33[192297].bin
32. E:\Dell Desktop\Videos\0112865f3229853030ded5bac5235d8a778fa71dee0a[403530].mp4
33. E:\Dell Desktop\Videos\1564799940[494168].mp4
34. E:\Dell Desktop\Videos\1565108764[509108].mp4
35. E:\Dell Desktop\Videos\1565109398[509117].mp4
36. E:\Dell Desktop\Videos\1565110462[509455].mp4
37. E:\Dell Desktop\Videos\1565135262[498853].mp4
38. E:\Dell Desktop\Videos\1565136151[495443].mp4
39. E:\Dell Desktop\Videos\1565136786[495439].mp4
40. E:\Dell Desktop\Videos\1566256103[483525].mp4
41. E:\Dell Desktop\Videos\ACat_Debonding_video[368376].mp4
42. E:\Dell Desktop\Videos\ACat_Debonding_video[374637].mp4
43. E:\Dell Desktop\Videos\camera7DE80209-8D2E-45E1-B10A-384FD78095DC-2052-
0000161C1F143AC[507837].mov
44. E:\Dell Desktop\Videos\camera7DE80209-8D2E-45E1-B10A-384FD78095DC-2052-
0000161C1F143AC_HEVC[508402].mov
45. E:\Dell Desktop\Videos\camera607387A1-9323-425B-91A0-E0CDDBE8198C-2052-
0000016143B2B0FE[508889].mov
46. E:\Dell Desktop\Videos\camera607387A1-9323-425B-91A0-E0CDDBE8198C-2052-
0000016143B2B0FE_HEVC[508409].mov
47. E:\Dell Desktop\Videos\Gluing glasses[377254].wmv
48. E:\Dell Desktop\Videos\Gluing metal plates[377255].wmv

MYERS R-RFP1 11360

OIE Investigative Report 2019-00251.pdf

49. E:\Dell Desktop\Videos\Gluing pork and plastic[377044].wmv
50. E:\Dell Desktop\Videos\Gluing pork[377010].mp4
51. E:\Dell Desktop\Videos\Gluing seaweeds[377045].wmv
52. E:\Dell Desktop\Videos\IMG_0090_HEVC[504693].MOV
53. E:\Dell Desktop\Videos\IMG_0092[508416].MOV
54. E:\Dell Desktop\Videos\IMG_0092_HEVC[504692].MOV
55. E:\Dell Desktop\Videos\IMG_0093[504684].MOV
56. E:\Dell Desktop\Videos\IMG_0093_HEVC[504691].MOV
57. E:\Dell Desktop\Videos\IMG_0095_HEVC[508853].MOV
58. E:\Dell Desktop\Videos\IMG_0117[507805].MOV
59. E:\Dell Desktop\Videos\IMG_0117_HEVC[504231].MOV
60. E:\Dell Desktop\Videos\IMG_0118[507516].MOV
61. E:\Dell Desktop\Videos\IMG_0118_HEVC[504224].MOV
62. E:\Dell Desktop\Videos\IMG_0120_HEVC[502640].MOV
63. E:\Dell Desktop\Videos\IMG_0146[503645].MOV
64. E:\Dell Desktop\Videos\IMG_0148_HEVC[506866].MOV
65. E:\Dell Desktop\Videos\IMG_0149[509140].MOV
66. E:\Dell Desktop\Videos\IMG_0149_HEVC[505606].MOV
67. E:\Dell Desktop\Videos\IMG_0158[498851].MOV
68. E:\Dell Desktop\Videos\IMG_0160[508431].MOV
69. E:\Dell Desktop\Videos\IMG_0160_HEVC[506882].MOV
70. E:\Dell Desktop\Videos\IMG_0161_HEVC[506872].MOV
71. E:\Dell Desktop\Videos\IMG_0195[505287].MOV
72. E:\Dell Desktop\Videos\IMG_0195_HEVC[489365].MOV
73. E:\Dell Desktop\Videos\IMG_0252[508859].MOV
74. E:\Dell Desktop\Videos\IMG_0252_HEVC[492605].MOV
75. E:\Dell Desktop\Videos\IMG_0253.TRIM(1)[506863].MOV
76. E:\Dell Desktop\Videos\IMG_0253.TRIM[497182].MOV
77. E:\Dell Desktop\Videos\IMG_0253.TRIM_HEVC[492098].MOV
78. E:\Dell Desktop\Videos\IMG_0256.TRIM[494537].MOV
79. E:\Dell Desktop\Videos\IMG_0256.TRIM_HEVC[492601].MOV
80. E:\Dell Desktop\Videos\IMG_0258[508430].MOV
81. E:\Dell Desktop\Videos\IMG_0258_HEVC[491679].MOV

MYERS R-RFP1 11361

82. E:\Dell Desktop\Videos\IMG_0259[507848].MOV
83. E:\Dell Desktop\Videos\IMG_0259_HEVC[508415].MOV
84. E:\Dell Desktop\Videos\IMG_0261[508440].MOV
85. E:\Dell Desktop\Videos\IMG_0261_HEVC[508413].MOV
86. E:\Dell Desktop\Videos\IMG_0268[507207].MOV
87. E:\Dell Desktop\Videos\IMG_0268_HEVC[507807].MOV
88. E:\Dell Desktop\Videos\IMG_0269[506884].MOV
89. E:\Dell Desktop\Videos\IMG_0269_HEVC[507226].MOV
90. E:\Dell Desktop\Videos\IMG_0270[506630].MOV
91. E:\Dell Desktop\Videos\IMG_0270_HEVC[507832].MOV
92. E:\Dell Desktop\Videos\IMG_0273.TRIM_HEVC[465680].MOV
93. E:\Dell Desktop\Videos\IMG_0299_HEVC[465050].MOV
94. E:\Dell Desktop\Videos\IMG_0300_HEVC[465030].MOV
95. E:\Dell Desktop\Videos\IMG_0301_HEVC[465029].MOV
96. E:\Dell Desktop\Videos\IMG_0304_HEVC[465028].MOV
97. E:\Dell Desktop\Videos\IMG_0305_HEVC[465027].MOV
98. E:\Dell Desktop\Videos\IMG_0369_HEVC[465659].MOV
99. E:\Dell Desktop\Videos\IMG_0378.TRIM_HEVC[502636].MOV
100. E:\Dell Desktop\Videos\IMG_0379.TRIM_HEVC[502210].MOV
101. E:\Dell Desktop\Videos\IMG_0380_HEVC[495425].MOV
102. E:\Dell Desktop\Videos\IMG_0383_HEVC[465049].MOV
103. E:\Dell Desktop\Videos\IMG_0423_HEVC[492959].MOV
104. E:\Dell Desktop\Videos\IMG_0425_HEVC[492958].MOV
105. E:\Dell Desktop\Videos\IMG_0445_HEVC[492643].MOV
106. E:\Dell Desktop\Videos\IMG_0460.TRIM_HEVC[475183].MOV
107. E:\Dell Desktop\Videos\IMG_0485_HEVC[479644].MOV
108. E:\Dell Desktop\Videos\IMG_0503_HEVC[477548].MOV
109. E:\Dell Desktop\Videos\IMG_0504_HEVC[477542].MOV
110. E:\Dell Desktop\Videos\IMG_0507_HEVC[477540].MOV
111. E:\Dell Desktop\Videos\IMG_0518_HEVC[482938].MOV
112. E:\Dell Desktop\Videos\IMG_0552_HEVC[490281].MOV
113. E:\Dell Desktop\Videos\IMG_0554_HEVC[489821].MOV
114. E:\Dell Desktop\Videos\IMG_0558_HEVC[489820].MOV

MYERS R-RFP1 11362

Page 55 of 191

MYERS R-RFP1 11363

115. E:\Dell Desktop\Videos\IMG_0560_HEVC[473707].MOV
116. E:\Dell Desktop\Videos\IMG_0571.TRIM_HEVC[473704].MOV
117. E:\Dell Desktop\Videos\IMG_0573_HEVC[507519].MOV
118. E:\Dell Desktop\Videos\IMG_0578_HEVC[497689].MOV
119. E:\Dell Desktop\Videos\IMG_0591_HEVC[490584].MOV
120. E:\Dell Desktop\Videos\IMG_0598_HEVC[483517].MOV
121. E:\Dell Desktop\Videos\IMG_0608_HEVC[481480].MOV
122. E:\Dell Desktop\Videos\IMG_0613.TRIM[488118].MOV
123. E:\Dell Desktop\Videos\IMG_0614_HEVC[490556].MOV
124. E:\Dell Desktop\Videos\IMG_0624_HEVC[481452].MOV
125. E:\Dell Desktop\Videos\IMG_0667_HEVC[481970].MOV
126. E:\Dell Desktop\Videos\IMG_0668_HEVC[480476].MOV
127. E:\Dell Desktop\Videos\IMG_0669_HEVC[480469].MOV
128. E:\Dell Desktop\Videos\IMG_0670_HEVC[480464].MOV
129. E:\Dell Desktop\Videos\IMG_0674_HEVC[492607].MOV
130. E:\Dell Desktop\Videos\IMG_0677_HEVC[491359].MOV
131. E:\Dell Desktop\Videos\IMG_0678_HEVC[491358].MOV
132. E:\Dell Desktop\Videos\IMG_0680_HEVC[491357].MOV
133. E:\Dell Desktop\Videos\IMG_0682_HEVC[491367].MOV
134. E:\Dell Desktop\Videos\IMG_0683_HEVC[491366].MOV
135. E:\Dell Desktop\Videos\IMG_0688_HEVC[491361].MOV
136. E:\Dell Desktop\Videos\IMG_0690_HEVC[490997].MOV
137. E:\Dell Desktop\Videos\IMG_0694_HEVC[490991].MOV
138. E:\Dell Desktop\Videos\IMG_0695_HEVC[490990].MOV
139. E:\Dell Desktop\Videos\IMG_0698_HEVC[490986].MOV
140. E:\Dell Desktop\Videos\IMG_0699.TRIM_HEVC[490257].MOV
141. E:\Dell Desktop\Videos\IMG_0707_HEVC[492623].MOV
142. E:\Dell Desktop\Videos\IMG_0726_HEVC[484825].MOV
143. E:\Dell Desktop\Videos\IMG_0727_HEVC[484819].MOV
144. E:\Dell Desktop\Videos\IMG_0728_HEVC[465682].MOV
145. E:\Dell Desktop\Videos\IMG_0729_HEVC[476762].MOV
146. E:\Dell Desktop\Videos\IMG_0731_HEVC[476760].MOV
147. E:\Dell Desktop\Videos\IMG_0738_HEVC[465036].MOV

OIE Investigative Report 2019-00251.pdf

148. E:\Dell Desktop\Videos\IMG_0746_HEVC[491399].MOV
149. E:\Dell Desktop\Videos\IMG_0747_HEVC[495436].MOV
150. E:\Dell Desktop\Videos\IMG_0750_HEVC[480885].MOV
151. E:\Dell Desktop\Videos\IMG_0751_HEVC[478372].MOV
152. E:\Dell Desktop\Videos\IMG_0752_HEVC[478364].MOV
153. E:\Dell Desktop\Videos\IMG_0753_HEVC[477941].MOV
154. E:\Dell Desktop\Videos\IMG_0757_HEVC[484005].MOV
155. E:\Dell Desktop\Videos\IMG_0758_HEVC[483537].MOV
156. E:\Dell Desktop\Videos\IMG_0763_HEVC[490957].MOV
157. E:\Dell Desktop\Videos\IMG_0764_HEVC[483550].MOV
158. E:\Dell Desktop\Videos\IMG_0765_HEVC[467792].MOV
159. E:\Dell Desktop\Videos\IMG_0766_HEVC[467790].MOV
160. E:\Dell Desktop\Videos\IMG_0767_HEVC[467787].MOV
161. E:\Dell Desktop\Videos\IMG_0768_HEVC[468053].MOV
162. E:\Dell Desktop\Videos\IMG_0769_HEVC[467783].MOV
163. E:\Dell Desktop\Videos\IMG_0770_HEVC[467782].MOV
164. E:\Dell Desktop\Videos\IMG_0771_HEVC[467779].MOV
165. E:\Dell Desktop\Videos\IMG_0772_HEVC[467778].MOV
166. E:\Dell Desktop\Videos\IMG_0773_HEVC[467776].MOV
167. E:\Dell Desktop\Videos\IMG_0790_HEVC[491396].MOV
168. E:\Dell Desktop\Videos\IMG_0806_HEVC[470193].MOV
169. E:\Dell Desktop\Videos\IMG_0807_HEVC[470192].MOV
170. E:\Dell Desktop\Videos\IMG_0808_HEVC[470191].MOV
171. E:\Dell Desktop\Videos\IMG_0811_HEVC[476787].MOV
172. E:\Dell Desktop\Videos\IMG_0818_HEVC[476777].MOV
173. E:\Dell Desktop\Videos\IMG_0835_HEVC[469595].MOV
174. E:\Dell Desktop\Videos\IMG_0836_HEVC[469589].MOV
175. E:\Dell Desktop\Videos\IMG_0837_HEVC[468985].MOV
176. E:\Dell Desktop\Videos\IMG_0843_HEVC[489816].MOV
177. E:\Dell Desktop\Videos\IMG_0857_HEVC[506299].MOV
178. E:\Dell Desktop\Videos\IMG_0859_HEVC[477947].MOV
179. E:\Dell Desktop\Videos\IMG_0861_HEVC[477946].MOV
180. E:\Dell Desktop\Videos\IMG_0867_HEVC[508878].MOV

MYERS R-RFP1 11364

181. E:\Dell Desktop\Videos\IMG_0868_HEVC[477522].MOV
182. E:\Dell Desktop\Videos\IMG_0869_HEVC[477511].MOV
183. E:\Dell Desktop\Videos\IMG_0870_HEVC[477509].MOV
184. E:\Dell Desktop\Videos\IMG_0872_HEVC[477508].MOV
185. E:\Dell Desktop\Videos\IMG_0873_HEVC[477507].MOV
186. E:\Dell Desktop\Videos\IMG_0874_HEVC[477506].MOV
187. E:\Dell Desktop\Videos\IMG_0877_HEVC[477149].MOV
188. E:\Dell Desktop\Videos\IMG_0881_HEVC[502230].MOV
189. E:\Dell Desktop\Videos\IMG_0893_HEVC[479601].MOV
190. E:\Dell Desktop\Videos\IMG_0895_HEVC[478392].MOV
191. E:\Dell Desktop\Videos\IMG_0896_HEVC[478384].MOV
192. E:\Dell Desktop\Videos\IMG_0904_HEVC[501509].MOV
193. E:\Dell Desktop\Videos\IMG_0914_HEVC[494178].MOV
194. E:\Dell Desktop\Videos\IMG_0924_HEVC[467785].MOV
195. E:\Dell Desktop\Videos\IMG_0929_HEVC[475443].MOV
196. E:\Dell Desktop\Videos\IMG_0934_HEVC[489366].MOV
197. E:\Dell Desktop\Videos\IMG_0939_HEVC[474118].MOV
198. E:\Dell Desktop\Videos\IMG_0947_HEVC[467545].MOV
199. E:\Dell Desktop\Videos\IMG_0952_HEVC[467539].MOV
200. E:\Dell Desktop\Videos\IMG_0958_HEVC[467543].MOV
201. E:\Dell Desktop\Videos\IMG_0960_HEVC[467526].MOV
202. E:\Dell Desktop\Videos\IMG_0982_HEVC[492639].MOV
203. E:\Dell Desktop\Videos\IMG_0984_HEVC[492637].MOV
204. E:\Dell Desktop\Videos\IMG_0985_HEVC[492635].MOV
205. E:\Dell Desktop\Videos\IMG_0986_HEVC[492634].MOV
206. E:\Dell Desktop\Videos\IMG_0990_HEVC[467222].MOV
207. E:\Dell Desktop\Videos\IMG_0993_HEVC[467212].MOV
208. E:\Dell Desktop\Videos\IMG_1010_HEVC[489367].MOV
209. E:\Dell Desktop\Videos\IMG_1011_HEVC[479610].MOV
210. E:\Dell Desktop\Videos\IMG_1012_HEVC[466944].MOV
211. E:\Dell Desktop\Videos\IMG_1080_HEVC[490561].MOV
212. E:\Dell Desktop\Videos\IMG_1097_HEVC[470524].MOV
213. E:\Dell Desktop\Videos\IMG_1098_HEVC[485601].MOV

MYERS R-RFP1 11365

MYERS R-RFP1 11366

214. E:\Dell Desktop\Videos\IMG_1103_HEVC[469343].MOV
215. E:\Dell Desktop\Videos\IMG_1104_HEVC[469342].MOV
216. E:\Dell Desktop\Videos\IMG_1112_HEVC[482917].MOV
217. E:\Dell Desktop\Videos\IMG_1113_HEVC[482425].MOV
218. E:\Dell Desktop\Videos\IMG_1147_HEVC[485606].MOV
219. E:\Dell Desktop\Videos\IMG_1148_HEVC[476791].MOV
220. E:\Dell Desktop\Videos\IMG_1156_HEVC[479024].MOV
221. E:\Dell Desktop\Videos\IMG_1170_HEVC[480456].MOV
222. E:\Dell Desktop\Videos\IMG_1171_HEVC[478671].MOV
223. E:\Dell Desktop\Videos\IMG_1178_HEVC[478368].MOV
224. E:\Dell Desktop\Videos\IMG_1182_HEVC[470522].MOV
225. E:\Dell Desktop\Videos\IMG_1190_HEVC[501993].MOV
226. E:\Dell Desktop\Videos\IMG_1194_HEVC[494954].MOV
227. E:\Dell Desktop\Videos\IMG_1195_HEVC[484403].MOV
228. E:\Dell Desktop\Videos\IMG_1196_HEVC[477531].MOV
229. E:\Dell Desktop\Videos\IMG_1197_HEVC[478697].MOV
230. E:\Dell Desktop\Videos\IMG_1198_HEVC[478371].MOV
231. E:\Dell Desktop\Videos\IMG_1202_HEVC[492604].MOV
232. E:\Dell Desktop\Videos\IMG_1206_HEVC[492602].MOV
233. E:\Dell Desktop\Videos\IMG_1207_HEVC[491680].MOV
234. E:\Dell Desktop\Videos\IMG_1210_HEVC[491676].MOV
235. E:\Dell Desktop\Videos\IMG_1212_HEVC[491674].MOV
236. E:\Dell Desktop\Videos\IMG_1215_HEVC[491670].MOV
237. E:\Dell Desktop\Videos\IMG_1216_HEVC[490254].MOV
238. E:\Dell Desktop\Videos\IMG_1217_HEVC[489832].MOV
239. E:\Dell Desktop\Videos\IMG_1222_HEVC[489831].MOV
240. E:\Dell Desktop\Videos\IMG_1223_HEVC[489830].MOV
241. E:\Dell Desktop\Videos\IMG_1224_HEVC[489829].MOV
242. E:\Dell Desktop\Videos\IMG_1227_HEVC[504243].MOV
243. E:\Dell Desktop\Videos\IMG_1273_HEVC[479605].MOV
244. E:\Dell Desktop\Videos\IMG_1303_HEVC[473200].MOV
245. E:\Dell Desktop\Videos\IMG_1409_HEVC[477536].MOV
246. E:\Dell Desktop\Videos\IMG_1410_HEVC[472701].MOV

MYERS R-RFP1 11367

247. E:\Dell Desktop\Videos\IMG_1411_HEVC[472349].MOV
248. E:\Dell Desktop\Videos\IMG_1412_HEVC[472348].MOV
249. E:\Dell Desktop\Videos\IMG_1413_HEVC[471865].MOV
250. E:\Dell Desktop\Videos\IMG_1445.TRIM[509463].MOV
251. E:\Dell Desktop\Videos\IMG_1445[509467].mov
252. E:\Dell Desktop\Videos\IMG_1446.TRIM[509466].MOV
253. E:\Dell Desktop\Videos\IMG_1446[509464].mov
254. E:\Dell Desktop\Videos\IMG_1447.TRIM[509460].MOV
255. E:\Dell Desktop\Videos\IMG_1447[509469].mov
256. E:\Dell Desktop\Videos\IMG_1457.TRIM[509107].MOV
257. E:\Dell Desktop\Videos\IMG_1460_HEVC[507220].MOV
258. E:\Dell Desktop\Videos\IMG_1462_HEVC[509468].MOV
259. E:\Dell Desktop\Videos\IMG_1463_HEVC[497671].MOV
260. E:\Dell Desktop\Videos\IMG_1465_HEVC[508419].MOV
261. E:\Dell Desktop\Videos\IMG_1472_HEVC[508437].MOV
262. E:\Dell Desktop\Videos\IMG_1474_HEVC[509453].MOV
263. E:\Dell Desktop\Videos\IMG_1478.TRIM[495437].MOV
264. E:\Dell Desktop\Videos\IMG_1492_HEVC[492055].MOV
265. E:\Dell Desktop\Videos\IMG_1498_HEVC[471670].MOV
266. E:\Dell Desktop\Videos\IMG_1499_HEVC[471681].MOV
267. E:\Dell Desktop\Videos\IMG_1500_HEVC[471680].MOV
268. E:\Dell Desktop\Videos\IMG_1502_HEVC[478354].MOV
269. E:\Dell Desktop\Videos\IMG_1509_HEVC[483527].MOV
270. E:\Dell Desktop\Videos\IMG_1510_HEVC[483526].MOV
271. E:\Dell Desktop\Videos\IMG_1544.TRIM_HEVC[487670].MOV
272. E:\Dell Desktop\Videos\IMG_1553_HEVC[483522].MOV
273. E:\Dell Desktop\Videos\IMG_1563_HEVC[474561].MOV
274. E:\Dell Desktop\Videos\IMG_1565_HEVC[474560].MOV
275. E:\Dell Desktop\Videos\IMG_1587_HEVC[475433].MOV
276. E:\Dell Desktop\Videos\IMG_1588_HEVC[472346].MOV
277. E:\Dell Desktop\Videos\IMG_1589_HEVC[472345].MOV
278. E:\Dell Desktop\Videos\IMG_1590_HEVC[472344].MOV
279. E:\Dell Desktop\Videos\IMG_1593_HEVC[472343].MOV

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11368

280. E:\Dell Desktop\Videos\IMG_1596_HEVC[471243].MOV
281. E:\Dell Desktop\Videos\IMG_1597_HEVC[496004].MOV
282. E:\Dell Desktop\Videos\IMG_1643_HEVC[466156].MOV
283. E:\Dell Desktop\Videos\IMG_1644_HEVC[471212].MOV
284. E:\Dell Desktop\Videos\IMG_1682[472728].mp4
285. E:\Dell Desktop\Videos\IMG_1728[480864].MOV
286. E:\Dell Desktop\Videos\IMG_1728_HEVC[508854].MOV
287. E:\Dell Desktop\Videos\IMG_1730[508162].MOV
288. E:\Dell Desktop\Videos\IMG_1730_HEVC[479967].MOV
289. E:\Dell Desktop\Videos\IMG_1731[479981].MOV
290. E:\Dell Desktop\Videos\IMG_1731_HEVC[479983].MOV
291. E:\Dell Desktop\Videos\IMG_1732[479988].MOV
292. E:\Dell Desktop\Videos\IMG_1732_HEVC[508441].MOV
293. E:\Dell Desktop\Videos\IMG_1739[492067].MOV
294. E:\Dell Desktop\Videos\IMG_1739_HEVC[479013].MOV
295. E:\Dell Desktop\Videos\IMG_1740[479631].MOV
296. E:\Dell Desktop\Videos\IMG_1740_HEVC[479012].MOV
297. E:\Dell Desktop\Videos\IMG_1741[508168].MOV
298. E:\Dell Desktop\Videos\IMG_1741_HEVC[479011].MOV
299. E:\Dell Desktop\Videos\IMG_1745[477934].MOV
300. E:\Dell Desktop\Videos\IMG_1745_HEVC[477550].MOV
301. E:\Dell Desktop\Videos\IMG_1746[479635].MOV
302. E:\Dell Desktop\Videos\IMG_1746_HEVC[477544].MOV
303. E:\Dell Desktop\Videos\IMG_1752[481491].MOV
304. E:\Dell Desktop\Videos\IMG_1752_HEVC[474591].MOV
305. E:\Dell Desktop\Videos\IMG_1820[506274].MOV
306. E:\Dell Desktop\Videos\IMG_1820_HEVC[506870].MOV
307. E:\Dell Desktop\Videos\IMG_1880[509142].MOV
308. E:\Dell Desktop\Videos\IMG_1880_HEVC[504655].MOV
309. E:\Dell Desktop\Videos\IMG_1896[501984].MOV
310. E:\Dell Desktop\Videos\IMG_1896_HEVC[502217].MOV
311. E:\Dell Desktop\Videos\IMG_1897[507505].MOV
312. E:\Dell Desktop\Videos\IMG_1897_HEVC[501975].MOV

MYERS R-RFP1 11369

313. E:\Dell Desktop\Videos\IMG_1898[501951].MOV
314. E:\Dell Desktop\Videos\IMG_1898_HEVC[501973].MOV
315. E:\Dell Desktop\Videos\IMG_1899[501070].MOV
316. E:\Dell Desktop\Videos\IMG_1899_HEVC[501971].MOV
317. E:\Dell Desktop\Videos\IMG_1904[501550].MOV
318. E:\Dell Desktop\Videos\IMG_1904_HEVC[501970].MOV
319. E:\Dell Desktop\Videos\IMG_1905[502212].MOV
320. E:\Dell Desktop\Videos\IMG_1905_HEVC[501065].MOV
321. E:\Dell Desktop\Videos\IMG_1906[501982].MOV
322. E:\Dell Desktop\Videos\IMG_1906_HEVC[501063].MOV
323. E:\Dell Desktop\Videos\IMG_1907[501059].MOV
324. E:\Dell Desktop\Videos\IMG_1907_HEVC[501061].MOV
325. E:\Dell Desktop\Videos\IMG_1908[500850].MOV
326. E:\Dell Desktop\Videos\IMG_1908_HEVC[501056].MOV
327. E:\Dell Desktop\Videos\IMG_1948[508424].MOV
328. E:\Dell Desktop\Videos\IMG_1948_HEVC[500834].MOV
329. E:\Dell Desktop\Videos\IMG_1950[500832].MOV
330. E:\Dell Desktop\Videos\IMG_1950_HEVC[500833].MOV
331. E:\Dell Desktop\Videos\IMG_1962[500831].MOV
332. E:\Dell Desktop\Videos\IMG_1962_HEVC[500821].MOV
333. E:\Dell Desktop\Videos\IMG_2481[507835].MOV
334. E:\Dell Desktop\Videos\IMG_2481_HEVC[508154].MOV
335. E:\Dell Desktop\Videos\IMG_2483[509135].MOV
336. E:\Dell Desktop\Videos\IMG_2483_HEVC[508152].MOV
337. E:\Dell Desktop\Videos\IMG_2484[507826].MOV
338. E:\Dell Desktop\Videos\IMG_2484_HEVC[508890].MOV
339. E:\Dell Desktop\Videos\IMG_2485[508408].MOV
340. E:\Dell Desktop\Videos\IMG_2485_HEVC[508887].MOV
341. E:\Dell Desktop\Videos\IMG_2560[506272].MOV
342. E:\Dell Desktop\Videos\IMG_2560_HEVC[502612].MOV
343. E:\Dell Desktop\Videos\IMG_2570[509458].MOV
344. E:\Dell Desktop\Videos\IMG_2570_HEVC[502243].MOV
345. E:\Dell Desktop\Videos\IMG_2575[502610].MOV

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11370

346.  E:\Dell Desktop\Videos\IMG_2575_HEVC[502233].MOV
347.  E:\Dell Desktop\Videos\IMG_2578[502225].MOV
348.  E:\Dell Desktop\Videos\IMG_2578_HEVC[502226].MOV
349.  E:\Dell Desktop\Videos\IMG_2579[507838].MOV
350.  E:\Dell Desktop\Videos\IMG_2579_HEVC[502248].MOV
351.  E:\Dell Desktop\Videos\IMG_2581[508177].MOV
352.  E:\Dell Desktop\Videos\IMG_2581_HEVC[502224].MOV
353.  E:\Dell Desktop\Videos\IMG_2582[498547].MOV
354.  E:\Dell Desktop\Videos\IMG_2582_HEVC[498255].MOV
355.  E:\Dell Desktop\Videos\IMG_2583[498272].MOV
356.  E:\Dell Desktop\Videos\IMG_2583_HEVC[498254].MOV
357.  E:\Dell Desktop\Videos\IMG_2584[503317].MOV
358.  E:\Dell Desktop\Videos\IMG_2584_HEVC[498253].MOV
359.  E:\Dell Desktop\Videos\IMG_2585[505626].MOV
360.  E:\Dell Desktop\Videos\IMG_2585_HEVC[498252].MOV
361.  E:\Dell Desktop\Videos\IMG_2586[497699].MOV
362.  E:\Dell Desktop\Videos\IMG_2586_HEVC[498251].MOV
363.  E:\Dell Desktop\Videos\IMG_2587[508418].MOV
364.  E:\Dell Desktop\Videos\IMG_2587_HEVC[509121].MOV
365.  E:\Dell Desktop\Videos\IMG_2611[502250].MOV
366.  E:\Dell Desktop\Videos\IMG_2611_HEVC[502609].MOV
367.  E:\Dell Desktop\Videos\IMG_2613[506647].MOV
368.  E:\Dell Desktop\Videos\IMG_2613_HEVC[506852].MOV
369.  E:\Dell Desktop\Videos\IMG_2636[506606].MOV
370.  E:\Dell Desktop\Videos\IMG_2636_HEVC[506607].MOV
371.  E:\Dell Desktop\Videos\IMG_2689[506034].MOV
372.  E:\Dell Desktop\Videos\IMG_2689_HEVC[506039].MOV
373.  E:\Dell Desktop\Videos\IMG_2855[498260].MOV
374.  E:\Dell Desktop\Videos\IMG_2855_HEVC[498261].MOV
375.  E:\Dell Desktop\Videos\IMG_4276 (Edited)[481962].MOV
376.  E:\Dell Desktop\Videos\IMG_4276[479990].MOV
377.  E:\Dell Desktop\Videos\IMG_4361 (Edited)[490598].MOV
378.  E:\Dell Desktop\Videos\IMG_4361[497668].MOV

OIE Investigative Report 2019-00251.pdf

379. E:\Dell Desktop\Videos\IMG_4379 (Edited)[468982].MOV
380. E:\Dell Desktop\Videos\IMG_4379[469581].MOV
381. E:\Dell Desktop\Videos\IMG_4382 (Edited)[477529].MOV
382. E:\Dell Desktop\Videos\IMG_4382[473160].MOV
383. E:\Dell Desktop\Videos\IMG_4384 (Edited)[472738].MOV
384. E:\Dell Desktop\Videos\IMG_4384[472736].MOV
385. E:\Dell Desktop\Videos\IMG_4385 (Edited)[472735].MOV
386. E:\Dell Desktop\Videos\IMG_4385[472737].MOV
387. E:\Dell Desktop\Videos\IMG_4394 (Edited)[484812].MOV
388. E:\Dell Desktop\Videos\IMG_4394[484447].MOV
389. E:\Dell Desktop\Videos\IMG_4403 (Edited)[484808].MOV
390. E:\Dell Desktop\Videos\IMG_4403[468976].MOV
391. E:\Dell Desktop\Videos\IMG_4406 (Edited)[492086].MOV
392. E:\Dell Desktop\Videos\IMG_4406[468629].MOV
393. E:\Dell Desktop\Videos\IMG_5025[481954].MOV
394. E:\Dell Desktop\Videos\IMG_5032[481953].MOV
395. E:\Dell Desktop\Videos\IMG_5034[487660].MOV
396. E:\Dell Desktop\Videos\IMG_5038[507844].MOV
397. E:\Dell Desktop\Videos\IMG_5043[483520].MOV
398. E:\Dell Desktop\Videos\IMG_5045[479628].MOV
399. E:\Dell Desktop\Videos\IMG_5058[477939].MOV
400. E:\Dell Desktop\Videos\IMG_5065[484409].MOV
401. E:\Dell Desktop\Videos\IMG_5112 (Edited)[465698].MOV
402. E:\Dell Desktop\Videos\IMG_5112[487255].MOV
403. E:\Dell Desktop\Videos\IMG_5227[470548].MOV
404. E:\Dell Desktop\Videos\IMG_5229[485174].MOV
405. E:\Dell Desktop\Videos\IMG_5230[475937].MOV
406. E:\Dell Desktop\Videos\IMG_5231[475934].MOV
407. E:\Dell Desktop\Videos\IMG_5232[475927].MOV
408. E:\Dell Desktop\Videos\IMG_5264[488989].MOV
409. E:\Dell Desktop\Videos\IMG_5284[489807].MOV
410. E:\Dell Desktop\Videos\IMG_5293[477126].MOV
411. E:\Dell Desktop\Videos\IMG_5294[472727].MOV

MYERS R-RFP1 11371

MYERS R-RFP1 11372

412. E:\Dell Desktop\Videos\IMG_5295[468640].MOV
413. E:\Dell Desktop\Videos\IMG_5302[468623].MOV
414. E:\Dell Desktop\Videos\IMG_5303[466179].MOV
415. E:\Dell Desktop\Videos\IMG_5306 (Edited)[469586].MOV
416. E:\Dell Desktop\Videos\IMG_5306[498550].MOV
417. E:\Dell Desktop\Videos\IMG_5320[483523].MOV
418. E:\Dell Desktop\Videos\IMG_5321[474571].MOV
419. E:\Dell Desktop\Videos\IMG_5326[473729].MOV
420. E:\Dell Desktop\Videos\IMG_5327[473725].MOV
421. E:\Dell Desktop\Videos\IMG_5328[473717].MOV
422. E:\Dell Desktop\Videos\IMG_5329[506877].MOV
423. E:\Dell Desktop\Videos\IMG_5330[506876].MOV
424. E:\Dell Desktop\Videos\IMG_5331[506875].MOV
425. E:\Dell Desktop\Videos\IMG_5332[506874].MOV
426. E:\Dell Desktop\Videos\IMG_5524[492960].MOV
427. E:\Dell Desktop\Videos\IMG_5593[491682].MOV
428. E:\Dell Desktop\Videos\IMG_5675[488603].MOV
429. E:\Dell Desktop\Videos\joined_video_77b8724c94d4e13ab4d18812c43d0fe[465048].mp4
430. E:\Dell Desktop\Videos\Kollbe ACat Underwater Glue[372018].mp4
431. E:\Dell Desktop\Videos\Kollbe[372017].mov
432. E:\Dell Desktop\Videos\media1-61[382803].mp4
433. E:\Dell Desktop\Videos\media1-61[383525].mp4
434. E:\Dell Desktop\Videos\media2-65[382802].mp4
435. E:\Dell Desktop\Videos\media2-65[383524].mp4
436. E:\Dell Desktop\Videos\MOVIE (Edited)(1)[468977].mp4
437. E:\Dell Desktop\Videos\MOVIE (Edited)[481489].mp4
438. E:\Dell Desktop\Videos\MOVIE(1)[494957].mp4
439. E:\Dell Desktop\Videos\MOVIE[481487].mp4
440. E:\Dell Desktop\Videos\mussel on clean glass[396377].mp4
441. E:\Dell Desktop\Videos\mussel on clean glass[399061].mp4
442. E:\Dell Desktop\Videos\MVI_8950[388340].AVI
443. E:\Dell Desktop\Videos\MVI_8975[387488].AVI
444. E:\Dell Desktop\Videos\MVI_8976[388339].AVI

OIE Investigative Report 2019-00251.pdf

445. E:\Dell Desktop\Videos\MVI_8977[387489].AVI
446. E:\Dell Desktop\Videos\MVI_8978[388338].AVI
447. E:\Dell Desktop\Videos\MVI_8979[388335].AVI
448. E:\Dell Desktop\Videos\MVI_8983[387487].AVI
449. E:\Dell Desktop\Videos\MVI_8987[388337].AVI
450. E:\Dell Desktop\Videos\MVI_8988[388336].AVI
451. E:\Dell Desktop\Videos\MVI_9008[388959].AVI
452. E:\Dell Desktop\Videos\MVI_9009[388961].AVI
453. E:\Dell Desktop\Videos\MVI_9010[388347].AVI
454. E:\Dell Desktop\Videos\MVI_9011[388972].AVI
455. E:\Dell Desktop\Videos\MVI_9012[388344].AVI
456. E:\Dell Desktop\Videos\MVI_9013[388343].AVI
457. E:\Dell Desktop\Videos\MVI_9016[388974].AVI
458. E:\Dell Desktop\Videos\MVI_9017[388973].AVI
459. E:\Dell Desktop\Videos\Nemo vs etching video[368375].mp4
460. E:\Dell Desktop\Videos\Nemo vs etching video[374635].mp4
461. E:\Dell Desktop\Videos\Nemo vs etching video[441453].mp4
462. E:\Dell Desktop\Videos\new-0x0000000000000004ec[195314]
463. E:\Dell Desktop\Videos\P8990745[377030].MP4
464. E:\Dell Desktop\Videos\P8990747[377040].MP4
465. E:\Dell Desktop\Videos\P8990750[377031].MP4
466. E:\Dell Desktop\Videos\P8990754[377032].MP4
467. E:\Dell Desktop\Videos\P8990771[377033].MP4
468. E:\Dell Desktop\Videos\P8990772[377034].MP4
469. E:\Dell Desktop\Videos\P8990773[377035].MP4
470. E:\Dell Desktop\Videos\P8990774[377039].MP4
471. E:\Dell Desktop\Videos\P8990777[377036].MP4
472. E:\Dell Desktop\Videos\P8990783[377037].MP4
473. E:\Dell Desktop\Videos\P8990784[377038].MP4
474. E:\Dell Desktop\Videos\Produce[372002].mp4
475. E:\Dell Desktop\Videos\PSA1_crack[393427].avi
476. E:\Dell Desktop\Videos\PSA1_crack_re[393429].avi
477. E:\Dell Desktop\Videos\PSA1_re[393428].avi

MYERS R-RFP1 11373

| 478. | E:\Dell Desktop\Videos\PSA1-v2[393430].avi |
| 479. | E:\Dell Desktop\Videos\SweaTack_All3_Final[379560].mp4 |
| 480. | E:\Dell Desktop\Videos\SweaTack_Shoes_Final[379562].mp4 |
| 481. | E:\Dell Desktop\Videos\SweaTack_Tennis_Final[379564].mp4 |
| 482. | E:\Dell Desktop\Videos\SweaTack_Yoga_Final[379565].mp4 |
| 483. | E:\Dell Desktop\Videos\⌐ ┣⌐ ╗ ┐ ─ └ ◻ l2[385915].wmv |

**HP FOLIO**

1. E:\HP FOLIO\Browser History\Chrome Browser\History[756176].csv
2. E:\HP FOLIO\Browser History\Chrome Browser\History[756176]
3. E:\HP FOLIO\Browser History\Internet Explorer\WebCache\WebCacheV01[784038].dat
4. E:\HP FOLIO\Browser History\Internet Explorer\WebCache\WebCacheV01[784038].dat.csv

**iMac**

1. E:\iMac\Browser History\Chrome History\History.csv
2. E:\iMac\Browser History\Safari History\History.csv
3. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_001923_00_002.insv
4. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_020752_00_003.insv
5. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_135220_00_004.insv
6. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_143306_00_006.insv
7. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_143800_00_007.insv
8. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_152338_00_009.insv
9. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_152826_00_011.insv
10. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190815_152933_00_012.insv
11. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190816_160205_00_015.insv
12. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190816_160838_00_017.insv
13. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190816_161706_00_019.insv
14. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190816_164202_00_020.insv
15. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190819_132823_00_022.insv
16. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190821_131535_00_023.insv
17. E:\iMac\Desktop\Bulk Recording Files\256\VID_20190821_142249_00_026.insv
18. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190815_001918_00_001.insp
19. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190815_143258_00_005.insp

MYERS R-RFP1 11375

20. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190815_152326_00_008.insp
21. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190815_152820_00_010.insp
22. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190816_153120_00_013.insp
23. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190816_160200_00_014.insp
24. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190816_160834_00_016.insp
25. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190816_161455_00_018.insp
26. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190819_124712_00_021.insp
27. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190821_142240_00_024.insp
28. E:\iMac\Desktop\Bulk Recording Files\256\IMG_20190821_142243_00_025.insp
29. E:\iMac\Desktop\Bulk Recording Files\Camera01\IMG_20190821_171338_00_012.insp
30. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20180101_080215_00_002.insv
31. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20180101_080233_00_003.insv
32. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190809_140357_00_005.insv
33. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190809_140816_00_006.insv
34. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190809_144108_00_004.insv
35. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190809_153123_00_007.insv
36. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190809_162349_00_009.insv
37. E:\iMac\Desktop\Bulk Recording Files\Camera01\VID_20190821_171343_00_013.insv
38. E:\iMac\Desktop\Bulk Recording Files\Camera01\IMG_20180101_080013_00_001.insp
39. E:\iMac\Desktop\Bulk Recording Files\Camera01\IMG_20190809_162341_00_008.insp
40. E:\iMac\Desktop\Bulk Recording Files\Camera01\IMG_20190821_171338_00_010.insp
41. E:\iMac\Desktop\Bulk Recording Files\Camera01\IMG_20190821_171338_00_011.insp
42. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0014.MP4
43. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0015.MP4
44. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0016.MP4
45. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0017.MP4
46. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0018.MP4
47. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0019.MP4
48. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0020.MP4
49. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0021.MP4
50. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0022.MP4
51. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0023.MP4
52. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0025.MP4

53. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0026.MP4
54. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0027.MP4
55. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0028.MP4
56. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0029.MP4
57. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0030.MP4
58. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0031.MP4
59. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0032.MP4
60. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0033.MP4
61. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0034.MP4
62. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0035.MP4
63. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0001.MP4
64. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0002.MP4
65. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0003.MP4
66. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0004.MP4
67. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0005.MP4
68. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0006.MP4
69. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0007.MP4
70. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0008.MP4
71. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0009.MP4
72. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0010.MP4
73. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0011.MP4
74. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0012.MP4
75. E:\iMac\Desktop\Bulk Recording Files\CLIP\C0013.MP4
76. E:\iMac\Desktop\Bulk Recording Files\Clips\C0002.MP4
77. E:\iMac\Desktop\Bulk Recording Files\Clips\C0003.MP4
78. E:\iMac\Desktop\Bulk Recording Files\Clips\C0004.MP4
79. E:\iMac\Desktop\Bulk Recording Files\Clips\C0005.MP4
80. E:\iMac\Desktop\Bulk Recording Files\Clips\C0006.MP4
81. E:\iMac\Desktop\Bulk Recording Files\Clips\C0001.MP4
82. E:\iMac\Desktop\Bulk Recording Files\DrA\VID_20190815_020752_00_003.insv
83. E:\iMac\Desktop\Bulk Recording Files\DrA\VID_20190815_135220_00_004.insv
84. E:\iMac\Desktop\Bulk Recording Files\DrA\VID_20190815_143306_00_006.insv
85. E:\iMac\Desktop\Bulk Recording Files\DrA\VID_20190815_143800_00_007.insv

MYERS R-RFP1 11376

86. E:\iMac\Desktop\Bulk Recording Files\DrA\VID_20190815_001923_00_002.insv
87. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20190809_140816_00_006.insv
88. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20190809_144108_00_004.insv
89. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20190809_153123_00_007.insv
90. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20190809_162349_00_009.insv
91. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20180101_080215_00_002.m4v
92. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20180101_080233_00_003.insv
93. E:\iMac\Desktop\Bulk Recording Files\DrA\cam recorder\Ahn's Laboratory\VID_20190809_140357_00_005.insv
94. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_135429_00_006.insv
95. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_135443_00_007.insv
96. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_135501_00_008.insv
97. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_142435_00_009.insv
98. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_151933_00_010.insv
99. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190902_093809_00_013.insv
100. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190910_164426_00_004.insv
101. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\IMG_20190910_161250_00_001.insp
102. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\IMG_20190910_161253_00_002.insp
103. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\IMG_20190910_164205_00_003.insp
104. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_130150_00_001.insv
105. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_130551_00_002.insv
106. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_130807_00_003.insv
107. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_133643_00_004.insv
108. E:\iMac\Desktop\Camrecorder to sep 9 2019\360 Video\VID_20190901_134536_00_005.insv
109. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0029.MP4
110. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0030.MP4
111. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0031.MP4
112. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0032.MP4
113. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0033.MP4
114. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0034.MP4
115. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0035.MP4
116. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0036.MP4
117. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0037.MP4
118. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0038.MP4

MYERS R-RFP1 11377

MYERS R-RFP1 11378

119. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0039.MP4
120. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0040.MP4
121. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0041.MP4
122. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0042.MP4
123. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0043.MP4
124. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0044.MP4
125. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0045.MP4
126. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0046.MP4
127. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0047.MP4
128. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0048.MP4
129. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0049.MP4
130. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0002.MP4
131. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0003.MP4
132. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0004.MP4
133. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0005.MP4
134. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0006.MP4
135. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0007.MP4
136. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0008.MP4
137. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0009.MP4
138. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0010.MP4
139. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0011.MP4
140. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0012.MP4
141. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0013.MP4
142. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0014.MP4
143. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0015.MP4
144. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0016.MP4
145. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0017.MP4
146. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0018.MP4
147. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0019.MP4
148. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0020.MP4
149. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0021.MP4
150. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0022.MP4
151. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0023.MP4

152. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0024.MP4
153. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0025.MP4
154. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0026.MP4
155. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0027.MP4
156. E:\iMac\Desktop\Camrecorder to sep 9 2019\Video\C0028.MP4
157. E:\iMac\Desktop\Completed Videos\kollbe anger.mp4
158. E:\iMac\Desktop\Processed Clips\15.mov
159. E:\iMac\Desktop\Processed Clips\16.mov
160. E:\iMac\Desktop\Processed Clips\17.mov
161. E:\iMac\Desktop\Processed Clips\18.mov
162. E:\iMac\Desktop\Processed Clips\19.mov
163. E:\iMac\Desktop\Processed Clips\20.mov
164. E:\iMac\Desktop\Processed Clips\21.mov
165. E:\iMac\Desktop\Processed Clips\22.mov
166. E:\iMac\Desktop\Processed Clips\23.mov
167. E:\iMac\Desktop\Processed Clips\Timelapse 1.mov
168. E:\iMac\Desktop\Processed Clips\Timelapse 2.mov
169. E:\iMac\Desktop\Processed Clips\1.mov
170. E:\iMac\Desktop\Processed Clips\2.mov
171. E:\iMac\Desktop\Processed Clips\3.mov
172. E:\iMac\Desktop\Processed Clips\4.mov
173. E:\iMac\Desktop\Processed Clips\5.mov
174. E:\iMac\Desktop\Processed Clips\6.mov
175. E:\iMac\Desktop\Processed Clips\7.mov
176. E:\iMac\Desktop\Processed Clips\8.mov
177. E:\iMac\Desktop\Processed Clips\9.mov
178. E:\iMac\Desktop\Processed Clips\10.mov
179. E:\iMac\Desktop\Processed Clips\11.mov
180. E:\iMac\Desktop\Processed Clips\12.mov
181. E:\iMac\Desktop\Processed Clips\13.mov
182. E:\iMac\Desktop\Processed Clips\14.mov
183. E:\iMac\Desktop\raw files for ep 2\C0046.MP4
184. E:\iMac\Desktop\raw files for ep 2\C0047.MP4

MYERS R-RFP1 11379

185. E:\iMac\Desktop\raw files for ep 2\C0048.MP4
186. E:\iMac\Desktop\raw files for ep 2\C0032.MP4
187. E:\iMac\Desktop\raw files for ep 2\C0033.MP4
188. E:\iMac\Desktop\raw files for ep 2\C0034.MP4
189. E:\iMac\Desktop\raw files for ep 2\C0035.MP4
190. E:\iMac\Desktop\raw files for ep 2\C0036.MP4
191. E:\iMac\Desktop\raw files for ep 2\C0037.MP4
192. E:\iMac\Desktop\raw files for ep 2\C0038.MP4
193. E:\iMac\Desktop\raw files for ep 2\C0039.MP4
194. E:\iMac\Desktop\raw files for ep 2\C0040.MP4
195. E:\iMac\Desktop\raw files for ep 2\C0041.MP4
196. E:\iMac\Desktop\raw files for ep 2\C0042.MP4
197. E:\iMac\Desktop\raw files for ep 2\C0043.MP4
198. E:\iMac\Desktop\raw files for ep 2\C0044.MP4
199. E:\iMac\Desktop\raw files for ep 2\C0045.MP4
200. E:\iMac\Downloads\IMG_3909.MOV
201. E:\iMac\Movies\8-27 Lecture\lecture 8 27 129.mp4
202. E:\iMac\Movies\9-12 Lecture\C0052.mov
203. E:\iMac\Movies\9-17-19\C0062.mov
204. E:\iMac\Movies\9-17-19\C0063.mov
205. E:\iMac\Movies\9-17-19\C0066.mov
206. E:\iMac\Movies\ACB Ep5\C0054.mov
207. E:\iMac\Movies\ACB Ep5\C0055.mov
208. E:\iMac\Movies\ACB Ep5\C0056.mov
209. E:\iMac\Movies\ACB Ep5\C0057.mov
210. E:\iMac\Movies\ACB Ep5\C0058.mov
211. E:\iMac\Movies\ACB Ep5\C0060.mov
212. E:\iMac\Movies\ACB Ep5\C0061.mov
213. E:\iMac\Movies\ACB Ep5\C0053.mov
214. E:\iMac\Movies\Anger's Translator\Anger's Translator\ Backup.imovieevent
215. E:\iMac\Movies\Anger's Translator\Anger's Translator\CurrentVersion.imovieevent
216. E:\iMac\Movies\Anger's Translator\Original Media\Controlled_Distress.mp3
217. E:\iMac\Movies\Anger's Translator\Original Media\C0065.mov

MYERS R-RFP1 11380

218.    E:\iMac\Movies\Anger's Translator\Render Files\Peaks
Data\9856D00170283DD1F19F22CC53EEEE48\Info.plist

219.    E:\iMac\Movies\Anger's Translator\Render Files\Peaks Data\9856D00170283DD1F19F22CC53EEEE48\Frame
0 - 1023

220.    E:\iMac\Movies\Anger's Translator\Render Files\Peaks
Data\E2FB033093E4605EE2E71EC260B5DFC2\Frame 0 - 1023

221.    E:\iMac\Movies\Anger's Translator\Render Files\Peaks
Data\E2FB033093E4605EE2E71EC260B5DFC2\Info.plist

222.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\1C3B84371E81EABF4E6A7D6925347F57\Info.plist

223.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\1C3B84371E81EABF4E6A7D6925347F57\Frame 4096 - 5119

224.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 4096 - 5119

225.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 5120 - 6143

226.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 6144 - 7167

227.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 7168 - 8191

228.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 8192 - 9215

229.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 9216 - 10239

230.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Info.plist

231.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 0 - 1023

232.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 1024 - 2047

233.    E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail
Media\256A178CA0C33B84402C8B1D81223FE5\Frame 2048 - 3071

MYERS R-RFP1 11381

234.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\256A178CA0C33B84402C8B1D81223FE5\Frame 3072 - 4095

235.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\720D7F1D17CEF5D6FD1F7B66E748F540\Frame 107520 - 108543

236.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\720D7F1D17CEF5D6FD1F7B66E748F540\Info.plist

237.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\CD67A8DB7235BA4AEB77A4C55513AF3\Info.plist

238.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\CD67A8DB7235BA4AEB77A4C55513AF3\Frame 0 - 1023

239.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\AF168B693F50378105A13A0FC1987F2E\Info.plist

240.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\AF168B693F50378105A13A0FC1987F2E\Frame 4096 - 5119

241.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 6144 - 7167

242.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 7168 - 8191

243.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 8192 - 9215

244.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 9216 - 10239

245.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Info.plist

246.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 2048 - 3071

247.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 3072 - 4095

248.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 4096 - 5119

249.  E:\iMac\Movies\Anger's Translator\Render Files\Thumbnail Media\E8ECA773C2AE3B1F107E0CE644EF6E40\Frame 5120 - 6143

250.  E:\iMac\Movies\Anger's Translator\Shared Items\hbSs5l2CRfSy1PT0hMOqxA\ShareStatus.plist

MYERS R-RFP1 11382

251.  E:\iMac\Movies\Anger's Translator\CurrentVersion.imovieevent
252.  E:\iMac\Movies\Episode 1\Analysis Files\Stabilization\C0021
253.  E:\iMac\Movies\Episode 1\Analysis Files\Stabilization\C0002
254.  E:\iMac\Movies\Episode 1\CurrentVersion.imovieevent
255.  E:\iMac\Movies\Episode 1\Episode 1 Backup.imovieevent
256.  E:\iMac\Movies\Episode 1\Original Media\C0004.mov
257.  E:\iMac\Movies\Episode 1\Original Media\C0005.mov
258.  E:\iMac\Movies\Episode 1\Original Media\C0006.mov
259.  E:\iMac\Movies\Episode 1\Original Media\C0007.mov
260.  E:\iMac\Movies\Episode 1\Original Media\C0008.mov
261.  E:\iMac\Movies\Episode 1\Original Media\C0009.mov
262.  E:\iMac\Movies\Episode 1\Original Media\C0021.mp4
263.  E:\iMac\Movies\Episode 1\Original Media\C0034.mov
264.  E:\iMac\Movies\Episode 1\Original Media\C0035.mov
265.  E:\iMac\Movies\Episode 1\Original Media\VID_20180101_080215_00_002.m4v
266.  E:\iMac\Movies\Episode 1\Original Media\C0002.mov
267.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\0C8312A5E6B84E339B3A5AE6ADB4B719\Frame 0 -
      1023
268.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\0C8312A5E6B84E339B3A5AE6ADB4B719\Info.plist
269.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\9E8B57425FA48ACA6F5483AD5B8D52FC\Info.plist
270.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\9E8B57425FA48ACA6F5483AD5B8D52FC\Frame 0 -
      1023
271.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\9EC26AE43812D964835DBC3F841E56CB\Info.plist
272.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\9EC26AE43812D964835DBC3F841E56CB\Frame 0 -
      1023
273.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\20FAF99AA8817C6F63628343EFFE0158\Info.plist
274.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\20FAF99AA8817C6F63628343EFFE0158\Frame 0 - 1023
275.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\50B83A0CC3F429CC93F5025932CC8B26\Info.plist
276.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\50B83A0CC3F429CC93F5025932CC8B26\Frame 0 -
      1023
277.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\70ADDB2E003C75FFAA08EF31BDF02596\Info.plist
278.  E:\iMac\Movies\Episode 1\Render Files\Peaks Data\70ADDB2E003C75FFAA08EF31BDF02596\Frame 0 -
      1023

MYERS R-RFP1 11383

OIE Investigative Report 2019-00251.pdf

279.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\307E35777A042A2116C31C3B00CCECBD\Info.plist
280.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\307E35777A042A2116C31C3B00CCECBD\Frame 0 - 1023
281.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\324CF5AEA0ECF6D4F5D0C711D11E1786\Frame 0 - 1023
282.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\324CF5AEA0ECF6D4F5D0C711D11E1786\Info.plist
283.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\820DB70F90111DE01150F9FF53B7E17F\Frame 0 - 1023
284.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\820DB70F90111DE01150F9FF53B7E17F\Info.plist
285.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\5775B53015D9812947C9F285521A4856\Frame 0 - 1023
286.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\5775B53015D9812947C9F285521A4856\Info.plist
287.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\EBA4317D5B6EDC664438F4193C2D665C\Info.plist
288.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\EBA4317D5B6EDC664438F4193C2D665C\Frame 0 - 1023
289.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\EEB42E68DBD68F2010686D98656DBEA1\Frame 0 - 1023
290.    E:\iMac\Movies\Episode 1\Render Files\Peaks Data\EEB42E68DBD68F2010686D98656DBEA1\Info.plist
291.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\0A8580484C8F77E0A994805BA51B6EA4\Frame 0 - 1023
292.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\0A8580484C8F77E0A994805BA51B6EA4\Info.plist
293.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1BD5790E0F2DDC56FF59F9C7EC631702\Info.plist
294.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1BD5790E0F2DDC56FF59F9C7EC631702\Frame 0 - 1023
295.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 5120 - 6143
296.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 6144 - 7167
297.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Info.plist
298.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 0 - 1023

Page 77 of 191

MYERS R-RFP1 11384

299. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 1024 - 2047

300. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 4096 - 5119

301. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Frame 4096 - 5119

302. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Frame 5120 - 6143

303. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Info.plist

304. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Frame 2048 - 3071

305. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Frame 3072 - 4095

306. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\4D929B424642F70A63EB1AA88A1D3A28\Info.plist

307. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\4D929B424642F70A63EB1AA88A1D3A28\Frame 0 - 1023

308. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6C10D8F44E44BF9C65EF8411041B4425\Info.plist

309. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6C10D8F44E44BF9C65EF8411041B4425\Frame 6144 - 7167

310. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6F1E895B73444DFA1E9B21DC254753FE\Info.plist

311. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6F1E895B73444DFA1E9B21DC254753FE\Frame 0 - 1023

312. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7C9402C1F6F9747A647EF981A8864151\Info.plist

313. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7C9402C1F6F9747A647EF981A8864151\Frame 0 - 1023

314. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7C9402C1F6F9747A647EF981A8864151\Frame 1024 - 2047

315. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7C6856152DF673C7CE6528C266FEDB16\Info.plist

MYERS R-RFP1 11385

316.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7C685615 2DF673C7CE6528C266FEDB16\Frame
107520 - 108543

317.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
11264 - 12287

318.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
12288 - 13311

319.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
13312 - 14335

320.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
14336 - 15359

321.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
15360 - 16383

322.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\7D0BBCB9687D3628B742094 1E7B31132\Info.plist

323.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame 0
- 1023

324.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
1024 - 2047

325.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
2048 - 3071

326.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
3072 - 4095

327.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
4096 - 5119

328.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
5120 - 6143

329.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
6144 - 7167

330.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
7168 - 8191

331.  E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B742094 1E7B31132\Frame
8192 - 9215

MYERS R-RFP1 11386

332.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B7420941E7B31132\Frame 9216 - 10239

333.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7D0BBCB9687D3628B7420941E7B31132\Frame 10240 - 11263

334.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Frame 1024 - 2047

335.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Frame 2048 - 3071

336.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Frame 3072 - 4095

337.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Frame 4096 - 5119

338.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Info.plist

339.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\9B16488492C28C9FCA11009AA5D074B9\Frame 0 - 1023

340.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24DA348F4671C13070FDB3CA46C4743\Info.plist

341.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24DA348F4671C13070FDB3CA46C4743\Frame 0 - 1023

342.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 8192 - 9215

343.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 9216 - 10239

344.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 10240 - 11263

345.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 11264 - 12287

346.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Info.plist

347.    E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 0 - 1023

348. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 1024 - 2047

349. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 2048 - 3071

350. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 3072 - 4095

351. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 4096 - 5119

352. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 5120 - 6143

353. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 6144 - 7167

354. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\24F98A11B0C4713065F27EA0CD721112\Frame 7168 - 8191

355. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\35B98AE24AF306C19905BE301FEB51F3\Info.plist

356. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\35B98AE24AF306C19905BE301FEB51F3\Frame 7168 - 8191

357. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\82ADBFE79B9310BF1406E63827001279\Frame 2048 - 3071

358. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\82ADBFE79B9310BF1406E63827001279\Info.plist

359. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\347DB706B73210A629594F2169C2B8BB\Info.plist

360. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\347DB706B73210A629594F2169C2B8BB\Frame 4096 - 5119

361. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 5120 - 6143

362. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Info.plist

363. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 0 - 1023

MYERS R-RFP1 11388

364.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 1024 - 2047

365.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 2048 - 3071

366.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 3072 - 4095

367.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 4096 - 5119

368.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\834EB0F17B114EA70F1168E0904598AC\Frame 2048 - 3071

369.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\834EB0F17B114EA70F1168E0904598AC\Info.plist

370.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1143C69A629222D06483F998CCC32A0B\Frame 1024 - 2047

371.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1143C69A629222D06483F998CCC32A0B\Info.plist

372.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1813F00560CC57B8CC4EFDE5BE5B2C60\Frame 0 - 1023

373.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\1813F00560CC57B8CC4EFDE5BE5B2C60\Info.plist

374.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6536E9CEE84A6616F87801F879859D3A\Frame 3072 - 4095

375.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\6536E9CEE84A6616F87801F879859D3A\Info.plist

376.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7187DE747067D58BE18747ABC007ED27\Frame 1024 - 2047

377.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7187DE747067D58BE18747ABC007ED27\Info.plist

378.

379.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame 13312 - 14335

380.   E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame 14336 - 15359

Page 82 of 191

MYERS R-RFP1 11389

381. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
15360 - 16383

382. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Info.plist

383. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
0 - 1023

384. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
1024 - 2047

385. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
2048 - 3071

386. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
3072 - 4095

387. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
4096 - 5119

388. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
5120 - 6143

389. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
6144 - 7167

390. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
7168 - 8191

391. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
10240 - 11263

392. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
11264 - 12287

393. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame
12288 - 13311

394. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\04681 90D60FD394D0177277EDC3B6650\Frame
4096 - 5119

395. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\04681 90D60FD394D0177277EDC3B6650\Info.plist

396. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\579712EB493A923DC7451A0BD5B774\Frame
1024 - 2047

MYERS R-RFP1 11390

397. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\579712EB493A923DC9C7451A0BD5B774\Info.plist
398. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\203853341C7C2F1114D7FD225E59C64C\Frame
1024 - 2047
399. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\203853341C7C2F1114D7FD225E59C64C\Info.plist
400. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\5692856844561302664D050C38B2868\Frame
7168 - 8191
401. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\5692856844561302664D050C38B2868\Info.plist
402. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
0 - 1023
403. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
1024 - 2047
404. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
2048 - 3071
405. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
3072 - 4095
406. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
4096 - 5119
407. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\AE35C343910A0E92B41A87D6D275232\Frame
5120 - 6143
408. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\AE35C343910A0E92B41A87D6D275232\Info.plist
409. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\C881EB5E8A37E3B5EFBA6CEEB2B5F162\Frame 6144 - 7167
410. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\C881EB5E8A37E3B5EFBA6CEEB2B5F162\Info.plist
411. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\C1067987776F37C06956F6B16C9DD110\Frame
1024 - 2047
412. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\C1067987776F37C06956F6B16C9DD110\Info.plist
413. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\D8589A750l0CFF656FE44A2884F29BE1\Frame
1024 - 2047

MYERS R-RFP1 11391

OIE Investigative Report 2019-00251.pdf

414. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\D8589A75010CFF656FE44A2884F29BE1\Info.plist

415. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
0 - 1023

416. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
1024 - 2047

417. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
2048 - 3071

418. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
3072 - 4095

419. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
4096 - 5119

420. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
5120 - 6143

421. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
6144 - 7167

422. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\ED7D6484248829C2CF0B4EC B61CE84F\Frame
7168 - 8191

423. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\ED7D6484248829C2CF0B4EC B61CE84F\Info.plist

424. E:\iMac\Movies\Episode 1\Render Files\Thumbnail Media\F35D667D76006DB2E3DA525DDC911651\Frame
0 - 1023

425. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\F35D667D76006DB2E3DA525DDC911651\Info.plist

426. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\FC8C96DCB0DC04A79C3D5DB6D5C92823\Frame 0 - 1023

427. E:\iMac\Movies\Episode 1\Render Files\Thumbnail
Media\FC8C96DCB0DC04A79C3D5DB6D5C92823\Info.plist

428. E:\iMac\Movies\Episode 1\Shared Items\9z9+ZbUHRoyqFT5wSBRPhw\ShareStatus.plist

429. E:\iMac\Movies\Episode 1\CurrentVersion.imovieevent

430. E:\iMac\Movies\episode 3\episode 3\ Backup.imovieevent

431. E:\iMac\Movies\episode 3\episode 3\CurrentVersion.imovieevent

432. E:\iMac\Movies\episode 3\Original Media\Cocoa4.mp4

MYERS R-RFP1 11392

433.  E:\iMac\Movies\episode 3\Original Media\Cocoa5.mp4
434.  E:\iMac\Movies\episode 3\Original Media\Surf shop.mp4
435.  E:\iMac\Movies\episode 3\Original Media\C0002.mov
436.  E:\iMac\Movies\episode 3\Original Media\C0003.mov
437.  E:\iMac\Movies\episode 3\Original Media\C0010.mov
438.  E:\iMac\Movies\episode 3\Original Media\C0011.mov
439.  E:\iMac\Movies\episode 3\Original Media\C0012.mov
440.  E:\iMac\Movies\episode 3\Original Media\C0013.mov
441.  E:\iMac\Movies\episode 3\Original Media\C0014.mov
442.  E:\iMac\Movies\episode 3\Original Media\C0015.mov
443.  E:\iMac\Movies\episode 3\Original Media\C0016.mov
444.  E:\iMac\Movies\episode 3\Original Media\C0017.mov
445.  E:\iMac\Movies\episode 3\Original Media\C0018.mov
446.  E:\iMac\Movies\episode 3\Original Media\C0019.mov
447.  E:\iMac\Movies\episode 3\Original Media\C0020.mov
448.  E:\iMac\Movies\episode 3\Original Media\C0021.mov
449.  E:\iMac\Movies\episode 3\Original Media\C0022.mov
450.  E:\iMac\Movies\episode 3\Original Media\C0023.mov
451.  E:\iMac\Movies\episode 3\Original Media\C0024.mov
452.  E:\iMac\Movies\episode 3\Original Media\C0025.mov
453.  E:\iMac\Movies\episode 3\Original Media\C0026.mov
454.  E:\iMac\Movies\episode 3\Original Media\C0027.mov
455.  E:\iMac\Movies\episode 3\Original Media\C0028.mov
456.  E:\iMac\Movies\episode 3\Original Media\C0029.mov
457.  E:\iMac\Movies\episode 3\Original Media\C0030.mov
458.  E:\iMac\Movies\episode 3\Original Media\C0031.mov
459.  E:\iMac\Movies\episode 3\Original Media\Cocoa1mp4.mp4
460.  E:\iMac\Movies\episode 3\Original Media\Cocoa2.mp4
461.  E:\iMac\Movies\episode 3\Original Media\Cocoa3.mp4
462.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\0BB65B26FB6E77B9C204D1BFBB055BE8\Frame 0 - 1023

463.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\0BB65B26FB6E77B9C204D1BFBB055BE8\Info.plist

MYERS R-RFP1 11393

464. E:\iMac\Movies\episode 3\Render Files\Peaks Data\0C8312A5E6B84E339B3A5A6E6ADB4B719\Frame 0 - 1023
465. E:\iMac\Movies\episode 3\Render Files\Peaks Data\0C8312A5E6B84E339B3A5A6E6ADB4B719\Info.plist
466. E:\iMac\Movies\episode 3\Render Files\Peaks Data\0EB75191500D35CB9A9414602C0E8075\Frame 0 - 1023
467. E:\iMac\Movies\episode 3\Render Files\Peaks Data\0EB75191500D35CB9A9414602C0E8075\Info.plist
468. E:\iMac\Movies\episode 3\Render Files\Peaks Data\03B014A7B393A3206B578A7E31C24196\Frame 0 - 1023
469. E:\iMac\Movies\episode 3\Render Files\Peaks Data\03B014A7B393A3206B578A7E31C24196\Info.plist
470. E:\iMac\Movies\episode 3\Render Files\Peaks Data\3CC85A5B48A35F622EC99DD6A8E77DB5\Frame 0 - 1023
471. E:\iMac\Movies\episode 3\Render Files\Peaks Data\3CC85A5B48A35F622EC99DD6A8E77DB5\Info.plist
472. E:\iMac\Movies\episode 3\Render Files\Peaks Data\5F3CD2011A1AAE9DED6B95449FD14AF1\Frame 0 - 1023
473. E:\iMac\Movies\episode 3\Render Files\Peaks Data\5F3CD2011A1AAE9DED6B95449FD14AF1\Info.plist
474. E:\iMac\Movies\episode 3\Render Files\Peaks Data\5F49E8DD08E5654428FE58B827AF4A0E\Frame 0 - 1023
475. E:\iMac\Movies\episode 3\Render Files\Peaks Data\5F49E8DD08E5654428FE58B827AF4A0E\Info.plist
476. E:\iMac\Movies\episode 3\Render Files\Peaks Data\07A569F476F7CAF3EA8837E14AD7BA7F\Frame 0 - 1023
477. E:\iMac\Movies\episode 3\Render Files\Peaks Data\07A569F476F7CAF3EA8837E14AD7BA7F\Info.plist
478. E:\iMac\Movies\episode 3\Render Files\Peaks Data\8B5D5077BEE23F32F9F9F23FF7BB6FB8\Frame 0 - 1023
479. E:\iMac\Movies\episode 3\Render Files\Peaks Data\8B5D5077BEE23F32F9F9F23FF7BB6FB8\Info.plist
480. E:\iMac\Movies\episode 3\Render Files\Peaks Data\8DB4DC0FEB55A1B6008D4691261F42E\Frame 0 - 1023
481. E:\iMac\Movies\episode 3\Render Files\Peaks Data\8DB4DC0FEB55A1B6008D4691261F42E\Info.plist
482. E:\iMac\Movies\episode 3\Render Files\Peaks Data\9EC26AE43812D964835DBC3F841E56CB\Frame 0 - 1023
483. E:\iMac\Movies\episode 3\Render Files\Peaks Data\9EC26AE43812D964835DBC3F841E56CB\Info.plist
484. E:\iMac\Movies\episode 3\Render Files\Peaks Data\13D2473B3865E7E251D70248200B77CC\Frame 0 - 1023
485. E:\iMac\Movies\episode 3\Render Files\Peaks Data\13D2473B3865E7E251D70248200B77CC\Info.plist
486. E:\iMac\Movies\episode 3\Render Files\Peaks Data\20FAF99AA8817C6F6362834EFFE0158\65FDE1883EEE0E1F01F4B8A E31B6A45A\Frame 0 - 1023

MYERS R-RFP1 11394

OIE Investigative Report 2019-00251.pdf

487.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\20FAF99AA8817C6F6362834 3EFFE0158\65FDE1883EEE0E1F01F4B8AE31B6A45A\Info.plist

488.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\20FAF99AA8817C6F63628343EFFE0158\Info.plist

489.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\20FAF99AA8817C6F63628343EFFE0158\Frame 0 - 1023

490.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\75A12F178ED736F1AA3B1D640602DCC\Frame 0 - 1023

491.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\75A12F178ED736F1AA3B1D640602DCC\Info.plist

492.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\307E35777A042A2116C31C3B00CECBD\Frame 0 - 1023

493.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\307E35777A042A2116C31C3B00CECBD\Info.plist

494.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\820DB70F90111DE01150F9FF53B7E17F\Frame 0 - 1023

495.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\820DB70F90111DE01150F9FF53B7E17F\Info.plist

496.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\896C272499160 0B105CB327236CC4858\Frame 0 - 1023

497.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\896C2724991600B105CB327236CC4858\Info.plist

498.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\37743FF9D7782AF4D591AC117F07D9DB\Frame 0 - 1023

499.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\37743FF9D7782AF4D591AC117F07D9DB\Info.plist

500.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\6209429ADFF43AF4AC9C76D4BFF1CED8\Frame 0 - 1023

501.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\6209429ADFF43AF4AC9C76D4BFF1CED8\Info.plist

502.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\78541 76DF999FAF7CFAD5054B95F65CD\Frame 0 - 1023

503.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\78541 76DF999FAF7CFAD5054B95F65CD\Info.plist

504.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\A9A86026464D2216702610ABDFC5D273\Frame 0 - 1023

505.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\A9A86026464D2216702610ABDFC5D273\Info.plist

506.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\A66C74232F1FD073FBE35DD1D8FDA245\Frame 0 - 1023

507.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\A66C74232F1FD073FBE35DD1D8FDA245\Info.plist

508.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\AAC148D37C6A76A4C97E277B1ED1C\Frame 0 - 1023

509.     E:\iMac\Movies\episode 3\Render Files\Peaks Data\AAC148D37C6A76A4C97E277B1ED1C\Info.plist

510.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\AECD133DB66B2941520DC1B0722F7A9C\Frame 0 - 1023
511.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\AECD133DB66B2941520DC1B0722F7A9C\Info.plist
512.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\B9E50A8481DB4503E3A81410462920A\Frame 0 - 1023
513.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\B9E50A8481DB4503E3A81410462920A\Info.plist
514.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\B79733A84AB07FA345177CD85B890254\Frame 0 - 1023
515.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\B79733A84AB07FA345177CD85B890254\Info.plist
516.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\BB799DA734AD1D58F883B3ACCC31C216\Frame 0 - 1023
517.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\BB799DA734AD1D58F883B3ACCC31C216\Info.plist
518.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\BF803666F39AB62AB530653E8CA954C5\Frame 0 - 1023
519.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\BF803666F39AB62AB530653E8CA954C5\Info.plist
520.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\C5CAC06ACB896FA3C5D7A1D99D829F2\Frame 0 - 1023
521.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\C5CAC06ACB896FA3C5D7A1D99D829F2\Info.plist
522.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\C66FCD90540F89658F10EB5B133A94BE\Frame 0 - 1023
523.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\C66FCD90540F89658F10EB5B133A94BE\Info.plist
524.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\D69D229AF087525A6A8180C56FCBA738\Frame 0 - 1023
525.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\D69D229AF087525A6A8180C56FCBA738\Info.plist
526.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\DC88C2CBD346CCC9808B65E5DD644C46\Frame 0 - 1023
527.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\DC88C2CBD346CCC9808B65E5DD644C46\Info.plist
528.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E3DDDFE24BB5A69167D19C4D4E89AE0F\Frame 0 - 1023
529.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E3DDDFE24BB5A69167D19C4D4E89AE0F\Info.plist
530.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E05FF0CD371165753 6E239DA6DC76E63\Frame 0 - 1023
531.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E05FF0CD371165753 6E239DA6DC76E63\Info.plist
532.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E9D3E9E79976813B60FD0142480C6173\Frame 0 - 1023
533.  E:\iMac\Movies\episode 3\Render Files\Peaks Data\E9D3E9E79976813B60FD0142480C6173\Info.plist

MYERS R-RFP1 11396

534. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EBA4317D5B6EDC664438F4193C2D665C\Frame 0 - 1023

535. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EBA4317D5B6EDC664438F4193C2D665C\Info.plist
536. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EEB42E68DBD68F2010686D98656DBEA1\Frame 0 - 1023

537. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EEB42E68DBD68F2010686D98656DBEA1\Info.plist
538. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EF047EEB06920FFD1F8924077F81FEA6\Frame 0 - 1023
539. E:\iMac\Movies\episode 3\Render Files\Peaks Data\EF047EEB06920FFD1F8924077F81FEA6\Info.plist
540. E:\iMac\Movies\episode 3\Render Files\Peaks Data\F45AE451D7443A7D24D4B2A3EE34DA38\Frame 0 - 1023

541. E:\iMac\Movies\episode 3\Render Files\Peaks Data\F45AE451D7443A7D24D4B2A3EE34DA38\Info.plist
542. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0A8580484C8F77E0A994805BA51B6EA4\Frame 0 - 1023

543. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0A8580484C8F77E0A994805BA51B6EA4\Info.plist
544. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0A859358299279 6E062C4338E40D682A\Frame 0 - 1023

545. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0A859358299279 6E062C4338E40D682A\Info.plist
546. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0C6FC48E437287A5BB0E439809010 0E2\Frame 0 - 1023

547. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0C6FC48E437287A5BB0E439809010 0E2\Info.plist
548. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0C2559DD5E95DAF289C5A1E4ADBDF9BE\Frame 0 - 1023

549. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0C2559DD5E95DAF289C5A1E4ADBDF9BE\Info.plist
550. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1BD5790E0F2DDC56FF59F9C7EC631702\Frame 0 - 1023

551. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1BD5790E0F2DDC56FF59F9C7EC631702\Info.plist
552. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1F126AFFED7954B5C74BA8E7EC93596B\Frame 0 - 1023

553. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1F126AFFED7954B5C74BA8E7EC93596B\Frame 1024 - 2047

MYERS R-RFP1 11397

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11398

554. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1F126AFFED7954B5C74BA8E7EC93596B\Info.plist

555. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Frame 6144 - 7167

556. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\02FA16D7E8303B68D4F7B8A3150F2984\Info.plist

557. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Frame 4096 - 5119

558. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\2B1391E1F63A308A4C60D5B1394B078A\Info.plist

559. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\03FEC4B86BE5CE09235CDE937DDAFE17\Frame 0 - 1023

560. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\03FEC4B86BE5CE09235CDE937DDAFE17\Frame 1024 - 2047

561. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\03FEC4B86BE5CE09235CDE937DDAFE17\Frame 2048 - 3071

562. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\03FEC4B86BE5CE09235CDE937DDAFE17\Info.plist

563. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3C2138F6FFB9BA7C1896FB6ED426DDB4\Frame 4096 - 5119

564. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3C2138F6FFB9BA7C1896FB6ED426DDB4\Info.plist

565. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3D50A2A4B63611750DD607BF3CF7546A\Frame 0 - 1023

566. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3D50A2A4B63611750DD607BF3CF7546A\Frame 1024 - 2047

567. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3D50A2A4B63611750DD607BF3CF7546A\Frame 2048 - 3071

568. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3D50A2A4B63611750DD607BF3CF7546A\Info.plist

569. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3DDF902C38FE426EF6DC58DBEF240E3F\Frame 0 - 1023

570.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3DDF902C38FE426EF6DC58DBEF240E3F\Frame 1024 - 2047

571.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3DDF902C38FE426EF6DC58DBEF240E3F\Frame 2048 - 3071

572.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3DDF902C38FE426EF6DC58DBEF240E3F\Frame 3072 - 4095

573.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\3DDF902C38FE426EF6DC58DBEF240E3F\Info.plist

574.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\4FB635F9ACA4DC7C9F91EB96953CE220\Frame 0 - 1023

575.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\4FB635F9ACA4DC7C9F91EB96953CE220\Info.plist

576.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\4FE3E3796664A0C68F06E8D96FEEAAAB\Frame 0 - 1023

577.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\4FE3E3796664A0C68F06E8D96FEEAAAB\Info.plist

578.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5B621AF529FF13A458C53CEC3CE2B7FE\Frame 0 - 1023

579.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5B621AF529FF13A458C53CEC3CE2B7FE\Info.plist

580.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5EC6C4E54B5DFF532FD486CDC51A6BF6\Frame 0 - 1023

581.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5EC6C4E54B5DFF532FD486CDC51A6BF6\Info.plist

582.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5FBF83990B4B1AAE4A6C070C7EBEB9F6\Frame 0 - 1023

583.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\5FBF83990B4B1AAE4A6C070C7EBEB9F6\Info.plist

584.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\06F201C35E4BEB527FB3AC820D2FF5E2\Frame 0 - 1023

585.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\06F201C35E4BEB527FB3AC820D2FF5E2\Info.plist

MYERS R-RFP1 11399

586.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6C10D8F44E44BF9C65EF8411041B4425\Frame 6144 - 7167

587.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6C10D8F44E44BF9C65EF8411041B4425\Info.plist

588.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6E5A27E668CCAA11C4C660E0DCF07B22\Frame 0 - 1023

589.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6E5A27E668CCAA11C4C660E0DCF07B22\Info.plist

590.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6F1E895B73444DFA1E9B21DC254753FE\Frame 0 - 1023

591.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6F1E895B73444DFA1E9B21DC254753FE\Info.plist

592.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7C2D1D7274AE292156B4F19EB06F8576\Frame 0 - 1023

593.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7C2D1D7274AE292156B4F19EB06F8576\Info.plist

594.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7DBDE36EC32881E34720CBE5E406EA07\Frame 0 - 1023

595.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7DBDE36EC32881E34720CBE5E406EA07\Info.plist

596.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8A0DDF417EF81BFD991A805E6CF02C20\Frame 1024 - 2047

597.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8A0DDF417EF81BFD991A805E6CF02C20\Info.plist

598.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8B446D3A0ABE81DDA1A4F03F3BEA9C09\Frame 2048 - 3071

599.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8B446D3A0ABE81DDA1A4F03F3BEA9C09\Info.plist

600.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8F0C3B0306372E0D6BBDFB39D5702734\Frame 0 - 1023

601.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\8F0C3B0306372E0D6BBDFB39D5702734\Info.plist

602.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\09DD09CD837C4E19228E13267072FBDD\Frame 0 - 1023

MYERS R-RFP1 11400

603. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\09DD09CD837C4E19228E13267072FBDD\Frame 1024 - 2047

604. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\09DD09CD837C4E19228E13267072FBDD\Info.plist

605. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9E4BF13836CAB949B5D58FD46C52FA47\Frame 2048 - 3071

606. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9E4BF13836CAB949B5D58FD46C52FA47\Info.plist

607. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9FB4CDF935423D72E2DC2DEE5D58A606\Frame 0 - 1023

608. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9FB4CDF935423D72E2DC2DEE5D58A606\Info.plist

609. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\10C810190A1F1D4018CE0A0B8A8D69D7\Frame 0 - 1023

610. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\10C810190A1F1D4018CE0A0B8A8D69D7\Info.plist

611. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\15F4D7D09D85763270TD68572F9BE12D\Frame 0 - 1023

612. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\15F4D7D09D85763270TD68572F9BE12D\Info.plist

613. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\18A5CB8194F9B9435DB16B09BF492986\Frame 2048 - 3071

614. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\18A5CB8194F9B9435DB16B09BF492986\Info.plist

615. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\24DA348F4671C13070FDB3CA46C47431\Frame 0 - 1023

616. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\24DA348F4671C13070FDB3CA46C47431\Info.plist

617. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\24E80EBD705AB434A1E263E3DDA02862\Frame 0 - 1023

618. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\24E80EBD705AB434A1E263E3DDA02862\Info.plist

619.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\28FD431E0C8CD5E1CC2920BEA06B28A4\Frame 0 - 1023

620.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\28FD431E0C8CD5E1CC2920BEA06B28A4\Info.plist

621.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\31EBF727FB196B264F9FF4068927F501\Frame 1024 - 2047

622.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\31EBF727FB196B264F9FF4068927F501\Info.plist

623.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\32A909F56A6791SEDA9CD8F5B9355E83\Frame 1024 - 2047

624.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\32A909F56A6791SEDA9CD8F5B9355E83\Info.plist

625.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\32FFDE1B019D22872D1468A08CDE4BCA\Frame 0 - 1023

626.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\32FFDE1B019D22872D1468A08CDE4BCA\Info.plist

627.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\33D93327E702B41EC79758FD2C12A8FC\Frame 2048 - 3071

628.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\33D93327E702B41EC79758FD2C12A8FC\Info.plist

629.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\35B98AE24AF306C19905BE301FEB51F3\Frame 7168 - 8191

630.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\35B98AE24AF306C19905BE301FEB51F3\Info.plist

631.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\38F8D80DEDB77A35781503E6B688D5CE\Frame 0 - 1023

632.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\38F8D80DEDB77A35781503E6B688D5CE\Frame 1024 - 2047

633.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\38F8D80DEDB77A35781503E6B688D5CE\Info.plist

634.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\47A1EFFF44A9D2A2B2F7101B4C863790\Frame 0 - 1023

635.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\47A1EFFF44A9D2A2B2F7101B4C863790\Info.plist

MYERS R-RFP1 11402

636. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\049BC1DD44081735816062C0F5C725E3\Frame 0 - 1023

637. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\049BC1DD44081735816062C0F5C725E3\Info.plist

638. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\52EC5F362F09BAF8F39191CDEA7FDCB4\Frame 0 - 1023

639. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\52EC5F362F09BAF8F39191CDEA7FDCB4\Info.plist

640. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\53F8F7F2776D3C28962C1391EB238F35\Frame 0 - 1023

641. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\53F8F7F2776D3C28962C1391EB238F35\Info.plist

642. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\54C8DDA2CAC6533AD084E1729B000F40\Frame 1024 - 2047

643. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\54C8DDA2CAC6533AD084E1729B000F40\Info.plist

644. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\57FBFAF2C7E38636F27AED4EF069C0FC\Frame 0 - 1023

645. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\57FBFAF2C7E38636F27AED4EF069C0FC\Frame 1024 - 2047

646. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\57FBFAF2C7E38636F27AED4EF069C0FC\Frame 2048 - 3071

647. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\57FBFAF2C7E38636F27AED4EF069C0FC\Info.plist

648. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Frame 0 - 1023

649. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Frame 1024 - 2047

650. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Frame 2048 - 3071

651. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Frame 3072 - 4095

652. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Frame 4096 - 5119

653. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\59B1172F73C84549C9302064EE5E8F13\Info.plist

MYERS R-RFP1 11403

654.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\60EE5ED87DE56A5FAB5477A30EE09FDC\Frame
0 - 1023

655.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\60EE5ED87DE56A5FAB5477A30EE09FDC\Info.plist

656.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\061CCABE8DAC54CF5A5D0AFD41E949BA\Frame 0 - 1023

657.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\061CCABE8DAC54CF5A5D0AFD41E949BA\Info.plist

658.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\71A59D3BFE27AF7B1D6AC5C33F5C785D\Frame
0 - 1023

659.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\71A59D3BFE27AF7B1D6AC5C33F5C785D\Info.plist

660.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\73CC72B15D3A178FBD766110ED932BD2\Frame
0 - 1023

661.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\73CC72B15D3A178FBD766110ED932BD2\Info.plist

662.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\74CA58531D69C51DC7D2895C15D0FCB8\Frame
0 - 1023

663.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\74CA58531D69C51DC7D2895C15D0FCB8\Info.plist

664.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\90A0DD22EF071A118DDFD322E15F59CDD\Frame 0 - 1023

665.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\90A0DD22EF071A118DDFD322E15F59CDD\Info.plist

666.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\95D9B6CFF38F591D1B7A1E1033E6DA45\Frame
0 - 1023

667.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\95D9B6CFF38F591D1B7A1E1033E6DA45\Info.plist

668.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\347DB706B73210A629594F2169C2B8BB\Frame
4096 - 5119

669.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\347DB706B73210A629594F2169C2B8BB\Info.plist

MYERS R-RFP1 11404

670.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame 0
- 1023

671.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
1024 - 2047

672.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
2048 - 3071

673.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
3072 - 4095

674.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
4096 - 5119

675.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
5120 - 6143

676.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
6144 - 7167

677.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
7168 - 8191

678.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Frame
8192 - 9215

679.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\357BD0626A6952058F812E0AD86877E7\Info.plist

680.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\00438C24EBEBF015306E914A4029DC6\Frame 0
- 1023

681.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\00438C24EBEBF015306E914A4029DC6\Info.plist

682.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\467E627D8CD4077DD836F394DD7AF7AB\Frame
0 - 1023

683.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\467E627D8CD4077DD836F394DD7AF7AB\Frame
1024 - 2047

684.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\467E627D8CD4077DD836F394DD7AF7AB\Info.plist

685.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\495E646962AB55FE1C227A827FB14B4E\Frame
1024 - 2047

686.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\495E646962AB55FE1C227A827FB14B4E\Info.plist

MYERS R-RFP1 11405

687. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\560E33DDBEE0095260CA7F9D6AD8CD84\Frame 1024 - 2047

688. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\560E33DDBEE0095260CA7F9D6AD8CD84\Info.plist

689. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\583E7EB28AD4FDB0E56AAEE0E61130\Frame 0 - 1023

690. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\583E7EB28AD4FDB0E56AAEE0E61130\Info.plist

691. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\688A4B67B90533698DFBD1041F4BB729\Frame 1024 - 2047

692. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\688A4B67B90533698DFBD1041F4BB729\Frame 2048 - 3071

693. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\688A4B67B90533698DFBD1041F4BB729\Frame 3072 - 4095

694. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\688A4B67B90533698DFBD1041F4BB729\Frame 4096 - 5119

695. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\688A4B67B90533698DFBD1041F4BB729\Info.plist

696. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\712C2AF38A0E8A80825D57DBC5CD858F\Frame 0 - 1023

697. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\712C2AF38A0E8A80825D57DBC5CD858F\Info.plist

698. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0727E898D6320EE17A25A5822F787C61\Frame 0 - 1023

699. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0727E898D6320EE17A25A5822F787C61\Frame 1024 - 2047

700. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0727E898D6320EE17A25A5822F787C61\Frame 2048 - 3071

701. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0727E898D6320EE17A25A5822F787C61\Frame 3072 - 4095

702. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\0727E898D6320EE17A25A5822F787C61\Info.plist

703. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\736E20A7C63890891E1ECD400DB96933\Frame 0 - 1023

MYERS R-RFP1 11406

704. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\736E20A7C6389D891E1ECD400DB96933\Info.plist

705. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\815E11B6025663773B4878D83A6B003A2\Frame 0 - 1023

706. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\815E11B6025663773B4878D83A6B003A2\Info.plist

707. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\879C3EE99FCBF43961F26DE305709090\Frame 2048 - 3071

708. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\879C3EE99FCBF43961F26DE305709090\Info.plist

709. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1143C69A629222D06483F998CCC32A0B\Frame 1024 - 2047

710. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\1143C69A629222D06483F998CCC32A0B\Info.plist

711. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 0 - 1023

712. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 1024 - 2047

713. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 2048 - 3071

714. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 3072 - 4095

715. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 4096 - 5119

716. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 5120 - 6143

717. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 6144 - 7167

718. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 7168 - 8191

719. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Frame 8192 - 9215

720. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\6939AF2274E1EA7D64EDAA59C02111E8\Info.plist

MYERS R-RFP1 11407

721.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7187DE747067D58BE18747ABC007ED27\Frame 1024 - 2047
722.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7187DE747067D58BE18747ABC007ED27\Info.plist
723.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7246F3EE0B478840 9F74DEE5F69D54A4\Frame 0 - 1023
724.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7246F3EE0B478840 9F74DEE5F69D54A4\Info.plist
725.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Frame 7168 - 8191
726.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7470D4FD58FF9E9D1C20B46CEFE8D65C\Info.plist
727.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7545AEEA0329D1ADF084190F06055677\Frame 0 - 1023
728.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7545AEEA0329D1ADF084190F06055677\Frame 1024 - 2047
729.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7545AEEA0329D1ADF084190F06055677\Info.plist
730.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7865C59CECAB09405A97437C0B129A77\Frame 0 - 1023
731.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\7865C59CECAB09405A97437C0B129A77\Info.plist
732.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9124B30027EDF8F8E7DA8F3E71B0FBD1\Frame 0 - 1023
733.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9124B30027EDF8F8E7DA8F3E71B0FBD1\Frame 1024 - 2047
734.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9124B30027EDF8F8E7DA8F3E71B0FBD1\Frame 2048 - 3071
735.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9124B30027EDF8F8E7DA8F3E71B0FBD1\Frame 3072 - 4095
736.  E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9124B30027EDF8F8E7DA8F3E71B0FBD1\Info.plist

MYERS R-RFP1 11408

737. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9438C0D1F083ADAC9D04F3A6BA2A9EE0\Frame 0 - 1023

738. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\9438C0D1F083ADAC9D04F3A6BA2A9EE0\Info.plist

739. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\39280CF9D05FA11067ED681A0FFA68A6\Frame 0 - 1023

740. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\39280CF9D05FA11067ED681A0FFA68A6\Info.plist

741. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\46074CA30B3364DCF5F4CC7CCA25AEE5\Frame 0 - 1023

742. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\46074CA30B3364DCF5F4CC7CCA25AEE5\Info.plist

743. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\126689ACC15A8BD9B3A0AA0A49692EE3\Frame 0 - 1023

744. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\126689ACC15A8BD9B3A0AA0A49692EE3\Frame 1024 - 2047

745. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\126689ACC15A8BD9B3A0AA0A49692EE3\Info.plist

746. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\046819D60FD394D0177277EDC3B6650\Frame 4096 - 5119

747. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\046819D60FD394D0177277EDC3B6650\Info.plist

748. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\536801F5FBEAB16FDA300F47DBFDF125\Frame 0 - 1023

749. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\536801F5FBEAB16FDA300F47DBFDF125\Info.plist

750. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\579712EB493A923DC9C7451A0BD5B774\Frame 1024 - 2047

751. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\579712EB493A923DC9C7451A0BD5B774\Info.plist

752. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\203853341C7C2F1114D7FD225E59C64C\Frame 1024 - 2047

753. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\203853341C7C2F1114D7FD225E59C64C\Info.plist

754. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\569285684456130264 4D050C38B2868\Frame 7168 - 8191

755. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\569285684456130264 4D050C38B2868\Info.plist

756. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Frame 0 - 1023

757. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Frame 1024 - 2047

758. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Frame 2048 - 3071

759. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Frame 3072 - 4095

760. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Frame 4096 - 5119

761. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A07C9B7CBA9433056E3DA428E31DDC0D\Info.plist

762. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A9B561824AE0F239546398A3FA79710E\Frame 1024 - 2047

763. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A9B561824AE0F239546398A3FA79710E\Info.plist

764. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A15D6EDB7F21F38A8028C23320ABA8CC\Frame 0 - 1023

765. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\A15D6EDB7F21F38A8028C23320ABA8CC\Info.plist

766. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\ACBD4D981C0B9CC4A3622CB37F6AAA7D\Frame 1024 - 2047

767. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\ACBD4D981C0B9CC4A3622CB37F6AAA7D\Info.plist

768. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AD5FDDE89BDBC4B89939ED842E278705\Frame 0 - 1023

769. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AD5FDDE89BDBC4B89939ED842E278705\Frame 1024 - 2047

770. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AD5FDDE89BDBC4B89939ED842E278705\Frame 2048 - 3071

MYERS R-RFP1 11410

OIE Investigative Report 2019-00251.pdf

771. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AD5FDDE89BDBC4B89939ED842E278705\Frame 3072 - 4095

772. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AD5FDDE89BDBC4B89939ED842E278705\Info.plist

773. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AE67879C6641F115F6DE60C0BD664DD1\Frame 0 - 1023

774. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AE67879C6641F115F6DE60C0BD664DD1\Info.plist

775. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AFB32C4521D004768E45765533BD5F4A\Frame 1024 - 2047

776. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\AFB32C4521D004768E45765533BD5F4A\Info.plist

777. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B4BC3670821CC11CC44DF26DD3E7BE8A\Frame 0 - 1023

778. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B4BC3670821CC11CC44DF26DD3E7BE8A\Frame 1024 - 2047

779. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B4BC3670821CC11CC44DF26DD3E7BE8A\Info.plist

780. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B9D898ABE3DB596CE3AA7B66CD13FE02\Frame 0 - 1023

781. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B9D898ABE3DB596CE3AA7B66CD13FE02\Info.plist

782. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B932BC297F27B8FA301E2898252747C8\Frame 0 - 1023

783. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B932BC297F27B8FA301E2898252747C8\Info.plist

784. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B2193D50F715DF28DABC2F77058D62FB\Frame 2048 - 3071

785. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B2193D50F715DF28DABC2F77058D62FB\Info.plist

786. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B8045BF76D09282DD0768AE5FAE4F7A1\Frame 0 - 1023

787. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B8045BF76D09282DD0768AE5FAE4F7A1\Frame 1024 - 2047

Page 104 of 191

MYERS R-RFP1 11411

788.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\BB045BF76D09282DD0768AE5FAE4F7A11nfo.plist

789.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\B169885C0759B6BFC5DF06219BD9174D\Frame
0 - 1023

790.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\B169885C0759B6BFC5DF06219BD9174D\Info.plist

791.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\BB050B966787D5F88B0BB61267B41204\Frame 0
- 1023

792.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\BB050B966787D5F88B0BB61267B41204\Info.plist

793.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\BC5922B795B5869E429A94708D82863A\Frame 0
- 1023

794.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\BC5922B795B5869E429A94708D82863A\Frame
1024 - 2047

795.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\BC5922B795B5869E429A94708D82863A\Info.plist

796.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C0073A91F086DD804098E7BC4A9C914F\Frame
0 - 1023

797.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\C0073A91F086DD804098E7BC4A9C914F\Info.plist

798.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C182C8C86166A14974CCAEA526A1BE69\Frame
2048 - 3071

799.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\C182C8C86166A14974CCAEA526A1BE69\Info.plist

800.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C785B1E37DF6049AB12760015858037BE\Frame
2048 - 3071

801.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C785B1E37DF6049AB12760015858037BE\Info.plist

802.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C881EB5E8A37E3B5EFBA6CEEB2B5F162\Frame
6144 - 7167

803.    E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\C881EB5E8A37E3B5EFBA6CEEB2B5F162\Info.plist

804.    E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C1067987776F37C06956F6B16C9DD110\Frame
1024 - 2047

MYERS R-RFP1 11412

Page 105 of 191

OIE Investigative Report 2019-00251.pdf

805. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\C1067987776F37C06956F6B16C9DD110\Info.plist

806. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CA2E8CE40AC5E5AF9C000A78D4D32139\Frame 0 - 1023

807. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CA2E8CE40AC5E5AF9C000A78D4D32139\Frame 1024 - 2047

808. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CA2E8CE40AC5E5AF9C000A78D4D32139\Info.plist

809. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Frame 0 - 1023

810. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Frame 1024 - 2047

811. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Frame 2048 - 3071

812. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Frame 3072 - 4095

813. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Frame 4096 - 5119

814. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAAB4B02645F016540E2166555CCD1BE\Info.plist

815. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAEBE3B73580098CB26533C9F1E35AF1\Frame 1024 - 2047

816. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CAEBE3B73580098CB26533C9F1E35AF1\Info.plist

817. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CD7B7EE1B3CACA5D778FCE0FEABB05D8\Frame 0 - 1023

818. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\CD7B7EE1B3CACA5D778FCE0FEABB05D8\Info.plist

819. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D30F67BD6965BDAE7426897BF59D759A\Frame 0 - 1023

820. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D30F67BD6965BDAE7426897BF59D759A\Info.plist

821. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D144AAEAF05218CF33843A6E3991BDFE\Frame 0 - 1023

MYERS R-RFP1 11413

OIE Investigative Report 2019-00251.pdf

822.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\D144AAEAF05218CF33843A6E3991BDFE\Info.plist

823.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D261D03E058384 2EBEE669FB8B55024E\Frame
       2048 - 3071

824.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\D261D03E058384 2EBEE669FB8B55024E\Info.plist

825.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D3890DDCBE127A55237C95898E8ED3B5\Frame
       0 - 1023

826.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D3890DDCBE127A55237C95898E8ED3B5\Frame
       1024 - 2047

827.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\D3890DDCBE127A55237C95898E8ED3B5\Info.plist

828.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\D8589A75010CFF656FE44A2884F29BE1\Frame
       1024 - 2047

829.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\D8589A75010CFF656FE44A2884F29BE1\Info.plist

830.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DAF17C9D8492C4EB1AEBFD5847F4BBE9\Frame 0 - 1023

831.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DAF17C9D8492C4EB1AEBFD5847F4BBE9\Frame 1024 - 2047

832.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DAF17C9D8492C4EB1AEBFD5847F4BBE9\Frame 2048 - 3071

833.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DAF17C9D8492C4EB1AEBFD5847F4BBE9\Frame 3072 - 4095

834.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DAF17C9D8492C4EB1AEBFD5847F4BBE9\Info.plist

835.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\DC8F15D54EDD9DC22C0DFC1780B46707\Frame
       4096 - 5119

836.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
       Media\DC8F15D54EDD9DC22C0DFC1780B46707\Info.plist

837.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\DE415AE969BB3FC1E08686168 8E4466E\Frame 0
       - 1023

MYERS R-RFP1 11414

838.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\DE415AE969BB3FC1E0868616688E4466E\Info.plist

839.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E4E376D32466A0665E44E79A8BCC5793\Frame
1024 - 2047

840.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\E4E376D32466A0665E44E79A8BCC5793\Info.plist

841.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E5EE6F4F779ED90372041ACEA7D5CD70\Frame
0 - 1023

842.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E5EE6F4F779ED90372041ACEA7D5CD70\Frame
1024 - 2047

843.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\E5EE6F4F779ED90372041ACEA7D5CD70\Info.plist

844.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E8DCE87AC89881803E67C8698EA1B717\Frame
0 - 1023

845.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E8DCE87AC89881803E67C8698EA1B717\Frame
1024 - 2047

846.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\E8DCE87AC89881803E67C8698EA1B717\Info.plist

847.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\E11A3AA86F57E65EC732AEC50A6E7CB9\Frame
0 - 1023

848.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\E11A3AA86F57E65EC732AEC50A6E7CB9\Info.plist

849.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EC4CFEC90F8A290528DB841664645D2D16\Frame
0 - 1023

850.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\EC4CFEC90F8A290528DB841664645D2D16\Info.plist

851.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EDA7FF7A39D6682FAA3F81F631C36087\Frame
0 - 1023

852.   E:\iMac\Movies\episode 3\Render Files\Thumbnail
Media\EDA7FF7A39D6682FAA3F81F631C36087\Info.plist

853.   E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EE15E3D963A0CE8BC507E383A10297ED\Frame
0 - 1023

MYERS R-RFP1 11415

854. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EE15E3D963A0CE8BC507E383A1029 7ED\Info.plist
855. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EEC4CAB9D4453FE5498207E797F8113D\Frame 1024 - 2047
856. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\EEC4CAB9D4453FE5498207E797F8113D\Info.plist
857. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F2C3A860589D3A2552C087576A6E489\Frame 0 - 1023
858. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F2C3A860589D3A2552C087576A6E489\Info.plist
859. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F97DF3CBE1A6386CFDC83A2D2DE9FF70\Frame 0 - 1023
860. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F97DF3CBE1A6386CFDC83A2D2DE9FF70\Info.plist
861. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F450D49A6DADD5699D0069 3199E158E5\Frame 0 - 1023
862. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F450D49A6DADD5699D00693199E158E5\Info.plist
863. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F480C1028EAA4FDD845F66FF8D96763F\Frame 0 - 1023
864. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F480C1028EAA4FDD845F66FF8D96763F\Info.plist
865. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F64476A7CB482B246B1A454D1A0B1393\Frame 0 - 1023
866. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\F64476A7CB482B246B1A454D1A0B1393\Info.plist
867. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\FACCD5BD4AA36F7EFD843B9B2C53313E\Frame 1024 - 2047
868. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\FACCD5BD4AA36F7EFD843B9B2C53313E\Info.plist
869. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\FC8C96DCB0DC04A79C3D5DB6D5C92823\Frame 0 - 1023
870. E:\iMac\Movies\episode 3\Render Files\Thumbnail Media\FC8C96DCB0DC04A79C3D5DB6D5C92823\Info.plist

871.    E:\iMac\Movies\episode 3\Shared Items\f+CvkYRVS6GorFbSplxO-w\ShareStatus.plist
872.    E:\iMac\Movies\episode 3\Shared Items\u9B8etYKQIuMmpCLjiPVHw\ShareStatus.plist
873.    E:\iMac\Movies\episode 3\CurrentVersion.imovieevent
874.    E:\iMac\Movies\Episode 4\Episode 4\Backup.imovieevent
875.    E:\iMac\Movies\Episode 4\Episode 4\CurrentVersion.imovieevent
876.    E:\iMac\Movies\Episode 4\Original Media\C0032.mp4
877.    E:\iMac\Movies\Episode 4\Original Media\C0033.mp4
878.    E:\iMac\Movies\Episode 4\Original Media\C0034.mp4
879.    E:\iMac\Movies\Episode 4\Original Media\C0036.mp4
880.    E:\iMac\Movies\Episode 4\Original Media\C0037.mp4
881.    E:\iMac\Movies\Episode 4\Original Media\C0038.mp4
882.    E:\iMac\Movies\Episode 4\Original Media\C0039.mp4
883.    E:\iMac\Movies\Episode 4\Original Media\C0040.mp4
884.    E:\iMac\Movies\Episode 4\Original Media\C0041.mp4
885.    E:\iMac\Movies\Episode 4\Original Media\C0042.mp4
886.    E:\iMac\Movies\Episode 4\Original Media\C0043.mp4
887.    E:\iMac\Movies\Episode 4\Original Media\C0044.mp4
888.    E:\iMac\Movies\Episode 4\Original Media\C0045.mp4
889.    E:\iMac\Movies\Episode 4\Original Media\C0046.mp4
890.    E:\iMac\Movies\Episode 4\Original Media\C0047.mp4
891.    E:\iMac\Movies\Episode 4\Original Media\C0048.mp4
892.    E:\iMac\Movies\Episode 4\Original Media\C0050.mov
893.    E:\iMac\Movies\Episode 4\Original Media\C0051.mov
894.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\00FB954615 4F8843 AF2E20F9DD9E1CD5\Frame 0 -
1023
895.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\00FB954615 4F8843 AF2E20F9DD9E1CD5\Info.plist
896.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\1AF26AF42A1B576D693975E3DA505 5C4\Frame 0 -
1023
897.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\1AF26AF42A1B576D693975E3DA505 5C4\Info.plist
898.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\1BFDACF5C9FD0C6B515B03A3E853B540\Frame 0 -
1023
899.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\1BFDACF5C9FD0C6B515B03A3E853B540\Info.plist

MYERS R-RFP1 11417

900. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\4F9489B70357EECBDF50C5B38B12CD4C\Frame 0 - 1023
901. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\4F9489B70357EECBDF50C5B38B12CD4C\Info.plist
902. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\617DFF5C039E3AD6444D336EABCBFEEE\Frame 0 - 1023
903. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\617DFF5C039E3AD6444D336EABCBFEEE\Info.plist
904. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\693FE35885793255B223DAAAFF43F66\Frame 0 - 1023
905. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\693FE35885793255B223DAAAFF43F66\Info.plist
906. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\534345B44C5E7AFEE5B062CB4A9F3A40\Frame 0 - 1023
907. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\534345B44C5E7AFEE5B062CB4A9F3A40\Info.plist
908. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\B9AEF726D22558B9228955003365CB087D\Frame 0 - 1023
909. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\B9AEF726D22558B9228955003365CB087D\Info.plist
910. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\BDB4F3E0F2D8TE99B2355D464B2A4D91\Frame 0 - 1023
911. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\BDB4F3E0F2D8TE99B2355D464B2A4D91\Info.plist
912. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\BEC88198545146E9B5BC6B64E759AFAC\Frame 0 - 1023
913. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\BEC88198545146E9B5BC6B64E759AFAC\Info.plist
914. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\C0201B483B213ABDC7ACE147CF88C375\Frame 0 - 1023
915. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\C0201B483B213ABDC7ACE147CF88C375\Info.plist
916. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\CEBD139F7E1D1E95C72D0C66684F8A0\Frame 0 - 1023
917. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\CEBD139F7E1D1E95C72D0C66684F8A0\Info.plist
918. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\D3EDFFBC5E048DC29832634E0ACBC1F5\Frame 0 - 1023
919. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\D3EDFFBC5E048DC29832634E0ACBC1F5\Info.plist
920. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\DFA946E8D3E32F47DA3C8CC386DF45A2\Frame 0 - 1023
921. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\DFA946E8D3E32F47DA3C8CC386DF45A2\Info.plist
922. E:\iMac\Movies\Episode 4\Render Files\Peaks Data\DFA946E8D3E32F47DA3C8CC386DF45A2\Info.plist

MYERS R-RFP1 11418

OIE Investigative Report 2019-00251.pdf

923.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\E2EF8EB5E800E78CDCD2C0311C2E0020\Frame 0 - 1023
924.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\E2EF8EB5E800E78CDCD2C0311C2E0020\Info.plist
925.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\E8859C9F94D2DED1CD412EC2494C2A5F\Frame 0 - 1023
926.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\E8859C9F94D2DED1CD412EC2494C2A5F\Info.plist
927.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\F798E0E80D06548F6837313AEDE2F16A\Frame 0 - 1023
928.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\F798E0E80D06548F6837313AEDE2F16A\Info.plist
929.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\F875680F6A24C21BEA69B6F9893B1BA0\Frame 0 - 1023
930.    E:\iMac\Movies\Episode 4\Render Files\Peaks Data\F875680F6A24C21BEA69B6F9893B1BA0\Info.plist
931.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1A463DB2520F6C5BDD1FD61E54BF6993\Frame 0 - 1023
932.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1A463DB2520F6C5BDD1FD61E54BF6993\Info.plist
933.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1CAECCE77316D3316D537E033E0D02D1\Info.plist
934.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1CAECCE77316D3316D537E033E0D02D1\Frame 1024 - 2047
935.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Frame 1024 - 2047
936.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Info.plist
937.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1F8A0C9B707ED2B1DD2AB7CA8032A8B3\Frame 0 - 1023
938.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\1F8A0C9B707ED2B1DD2AB7CA8032A8B3\Info.plist
939.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\3CF46A8D1DCAD781FAB1089BB9E5CEFB\Frame 0 - 1023
940.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\3CF46A8D1DCAD781FAB1089BB9E5CEFB\Info.plist

MYERS R-RFP1 11419

941. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\4C0F0DB34880B3181C8B14205D279FAC\Frame 6144 - 7167

942. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\4C0F0DB34880B3181C8B14205D279FAC\Info.plist

943. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\4E625A02C7336E4EE20BA6A9C7E29CA5\Frame 0 - 1023

944. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\4E625A02C7336E4EE20BA6A9C7E29CA5\Info.plist

945. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\6C88639FC01B993F5D637415A5F466B4\Frame 0 - 1023

946. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\6C88639FC01B993F5D637415A5F466B4\Info.plist

947. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\7D49C1DFBE6756E830B0E5175F657FCF\Frame 0 - 1023

948. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\7D49C1DFBE6756E830B0E5175F657FCF\Frame 1024 - 2047

949. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\7D49C1DFBE6756E830B0E5175F657FCF\Frame 2048 - 3071

950. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\7D49C1DFBE6756E830B0E5175F657FCF\Frame 3072 - 4095

951. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\7D49C1DFBE6756E830B0E5175F657FCF\Info.plist

952. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 60416 - 61439

953. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Info.plist

954. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\8E3B02194329E629344D8F878E553F29\Frame 0 - 1023

955. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\8E3B02194329E629344D8F878E553F29\Info.plist

956. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\59F7FCBAA6637A4C8343D853E528F35E\Frame 60416 - 61439

957. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\59F7FCBAA6637A4C8343D853E528F35E\Info.plist

MYERS R-RFP1 11420

958. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\80AEF34EC42280AE1CD3A76DFFDA4EAA\Frame 10240 - 11263

959. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\80AEF34EC42280AE1CD3A76DFFDA4EAA\Info.plist

960. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\87A580C60842C37F24B846A59BC1C3DB\Frame 0 - 1023

961. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\87A580C60842C37F24B846A59BC1C3DB\Info.plist

962. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\520F870882583630966EC24336806B2\Frame 0 - 1023

963. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\520F870882583630966EC24336806B2\Info.plist

964. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Frame 0 - 1023

965. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Frame 1024 - 2047

966. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Frame 2048 - 3071

967. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Frame 3072 - 4095

968. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Frame 4096 - 5119

969. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\737C81BD924562F2CF939D6BB5136339\Info.plist

970. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\956FF7ACB32A9B4C0003C5EA8F969BF2\Frame 0 - 1023

971. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\956FF7ACB32A9B4C0003C5EA8F969BF2\Frame 1024 - 2047

972. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\956FF7ACB32A9B4C0003C5EA8F969BF2\Frame 2048 - 3071

973. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\956FF7ACB32A9B4C0003C5EA8F969BF2\Info.plist

974. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\8714D532DA3DE3CDCF8DF3229110402\0\Frame 0 - 1023

MYERS R-RFP1 11421

975.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\8714D532DA3DE3CDCF8DF32291104020\Frame 1024 - 2047

976.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\8714D532DA3DE3CDCF8DF32291104020\Info.plist

977.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\22403EAC26F5778534E0E5A94C91E29F\Frame 1024 - 2047

978.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\22403EAC26F5778534E0E5A94C91E29F\Info.plist

979.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\24457C143FDD2D7A108E01208B79A796\Frame 0 - 1023

980.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\24457C143FDD2D7A108E01208B79A796\Info.plist

981.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\844787F1B5236498B9EC2A1790D8EF17\Frame 0 - 1023

982.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\844787F1B5236498B9EC2A1790D8EF17\Frame 1024 - 2047

983.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\844787F1B5236498B9EC2A1790D8EF17\Frame 2048 - 3071

984.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\844787F1B5236498B9EC2A1790D8EF17\Frame 3072 - 4095

985.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\844787F1B5236498B9EC2A1790D8EF17\Info.plist

986.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\A2AE88D8BED4B8949C3B5A25ECE22E2\Frame 0 - 1023

987.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\A2AE88D8BED4B8949C3B5A25ECE22E2\Info.plist

988.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\ADD139FFAB5F831DEFE1BE131861EB5\Frame 0 - 1023

989.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\ADD139FFAB5F831DEFE1BE131861EB5\Frame 1024 - 2047

990.    E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\ADD139FFAB5F831DEFE1BE131861EB5\Frame 2048 - 3071

MYERS R-RFP1 11422

991.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Frame 3072 - 4095
992.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Frame 4096 - 5119
993.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Frame 5120 - 6143
994.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Frame 6144 - 7167
995.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Frame 7168 - 8191
996.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\AADD139FFAB5F831DEFE1BE131861EB5\Info.plist
997.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame 0
      - 1023
998.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      1024 - 2047
999.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      2048 - 3071
1000. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      3072 - 4095
1001. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      4096 - 5119
1002. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      5120 - 6143
1003. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      6144 - 7167
1004. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      7168 - 8191
1005. E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\B2E8D257F3AB5CC9B93228175898892F4\Frame
      8192 - 9215
1006. E:\iMac\Movies\Episode 4\Render Files\Thumbnail
      Media\B2E8D257F3AB5CC9B93228175898892F4\Info.plist

MYERS R-RFP1 11423

OIE Investigative Report 2019-00251.pdf

1007.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\B8E81BD356EB85ADF4543A39DDABA16A\Frame 1024 - 2047

1008.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\B8E81BD356EB85ADF4543A39DDABA16A\Info.plist

1009.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\B35CC1FDCBF664A3E99F2CE6D57FC5D6\Frame 4096 - 5119

1010.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\B35CC1FDCBF664A3E99F2CE6D57FC5D6\Info.plist

1011.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
20480 - 21503

1012.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Info.plist

1013.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
0 - 1023

1014.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
1024 - 2047

1015.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
2048 - 3071

1016.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
3072 - 4095

1017.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
4096 - 5119

1018.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
5120 - 6143

1019.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
6144 - 7167

1020.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
7168 - 8191

1021.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
8192 - 9215

1022.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame
9216 - 10239

MYERS R-RFP1 11424

1023.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 10240 - 11263
1024.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 11264 - 12287
1025.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 12288 - 13311
1026.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 13312 - 14335
1027.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 14336 - 15359
1028.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 15360 - 16383
1029.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 16384 - 17407
1030.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 17408 - 18431
1031.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 18432 - 19455
1032.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C035CCC1B8BCA07FF331E5E1795FBEF1\Frame 19456 - 20479
1033.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C782027B7BB9C937F063168264BC83B8\Frame 0 - 1023
1034.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\C782027B7BB9C937F063168264BC83B8\Info.plist
1035.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\CF53CC08F685BBCA26E44284AD68B132\Frame 0 - 1023
1036.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\CF53CC08F685BBCA26E44284AD68B132\Info.plist
1037.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\D5E974FF64391BE97E9EA6E3FF0B5D4\Frame 0 - 1023
1038.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\D5E974FF64391BE97E9EA6E3FF0B5D4\Info.plist
1039.

MYERS R-RFP1 11425

OIE Investigative Report 2019-00251.pdf

1040.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\DF8B27CAB1852F76512F7D2DD8879B2E\Frame 0 - 1023

1041.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\DF8B27CAB1852F76512F7D2DD8879B2E\Info.plist

1042.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 0 - 1023

1043.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 1024 - 2047

1044.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 2048 - 3071

1045.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 3072 - 4095

1046.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 4096 - 5119

1047.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 5120 - 6143

1048.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 6144 - 7167

1049.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 7168 - 8191

1050.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 8192 - 9215

1051.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 9216 - 10239

1052.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 10240 - 11263

1053.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 11264 - 12287

1054.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Frame 12288 - 13311

1055.  E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E090B834BA5C41F7055DFF8D6CC041CE\Info.plist

MYERS R-RFP1 11426

1056.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\E0896AAD18F654A767C477D1541AAF8E\Frame
0 - 1023
1057.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\E0896AAD18F654A767C477D1541AAF8E\Info.plist
1058.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\EB9E6F6AC88D80F90DAEA0BDA4E74ED9\Frame 0 - 1023
1059.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\EB9E6F6AC88D80F90DAEA0BDA4E74ED9\Info.plist
1060.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\EBC9AEA3F8BAFE2C3843EE45FAE5E51C\Frame 1024 - 2047
1061.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\EBC9AEA3F8BAFE2C3843EE45FAE5E51C\Info.plist
1062.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\F6EAFBD827436A11E2F3FA1A541EA157\Frame
0 - 1023
1063.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\F6EAFBD827436A11E2F3FA1A541EA157\Info.plist
1064.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail Media\F865D88ABF8B44B518C5D153F670DF5B\Frame
3072 - 4095
1065.   E:\iMac\Movies\Episode 4\Render Files\Thumbnail
Media\F865D88ABF8B44B518C5D153F670DF5B\Info.plist
1066.   E:\iMac\Movies\Episode 4\Shared Items\tZ9c9XXMS8a3qL7s9q+30w\ShareStatus.plist
1067.   E:\iMac\Movies\Episode 4\CurrentVersion.imovieevent
1068.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.040.fppl
1069.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.041.fppl
1070.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.043.fppl
1071.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.044.fppl
1072.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.046.fppl
1073.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.047.fppl
1074.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.048.fppl
1075.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.049.fppl
1076.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.052.fppl
1077.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.053.fppl
1078.   E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.054.fppl

MYERS R-RFP1 11427

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11428

1079.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.055.fppl
1080.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.056.fppl
1081.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.057.fppl
1082.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.058.fppl
1083.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.059.fppl
1084.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.061.fppl
1085.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.065.fppl
1086.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.067.fppl
1087.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.068.fppl
1088.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.069.fppl
1089.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.070.fppl
1090.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.071.fppl
1091.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.002.fppl
1092.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.006.fppl
1093.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.007.fppl
1094.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.009.fppl
1095.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.010.fppl
1096.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.011.fppl
1097.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.012.fppl
1098.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.013.fppl
1099.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.014.fppl
1100.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.015.fppl
1101.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.016.fppl
1102.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.017.fppl
1103.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.018.fppl
1104.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.019.fppl
1105.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.020.fppl
1106.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.022.fppl
1107.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.024.fppl
1108.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.031.fppl
1109.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.032.fppl
1110.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.033.fppl
1111.  E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.034.fppl

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11429

1112. E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.035.fppl
1113. E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.036.fppl
1114. E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.037.fppl
1115. E:\iMac\Movies\Lecture 8 27 129\Analysis Files\Find People Files\ch01.038.fppl
1116. E:\iMac\Movies\Lecture 8 27 129\Backup.imovieevent
1117. E:\iMac\Movies\Lecture 8 27 129\CurrentVersion.imovieevent
1118. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.041.jpeg
1119. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.043.jpeg
1120. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.044.jpeg
1121. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.046.jpeg
1122. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.047.jpeg
1123. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.048.jpeg
1124. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.049.jpeg
1125. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.052.jpeg
1126. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.053.jpeg
1127. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.054.jpeg
1128. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.055.jpeg
1129. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.056.jpeg
1130. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.057.jpeg
1131. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.058.jpeg
1132. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.059.jpeg
1133. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.061.jpeg
1134. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.065.jpeg
1135. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.067.jpeg
1136. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.068.jpeg
1137. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.069.jpeg
1138. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.070.jpeg
1139. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.071.jpeg
1140. E:\iMac\Movies\Lecture 8 27 129\Original Media\lecture 8 27 129 (fcp1).mov
1141. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.002.jpeg
1142. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.006.jpeg
1143. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.007.jpeg
1144. E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.009.jpeg

1145.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.010.jpeg
1146.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.011.jpeg
1147.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.012.jpeg
1148.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.013.jpeg
1149.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.014.jpeg
1150.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.015.jpeg
1151.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.016.jpeg
1152.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.017.jpeg
1153.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.018.jpeg
1154.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.019.jpeg
1155.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.020.jpeg
1156.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.022.jpeg
1157.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.024.jpeg
1158.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.031.jpeg
1159.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.032.jpeg
1160.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.033.jpeg
1161.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.034.jpeg
1162.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.035.jpeg
1163.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.036.jpeg
1164.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.037.jpeg
1165.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.038.jpeg
1166.   E:\iMac\Movies\Lecture 8 27 129\Original Media\ch01.040.jpeg
1167.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\4E521359C9E74015C404435989441 7AB\Frame 0
        - 1023
1168.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\4E521359C9E74015C4044359894417AB\Info.plist
1169.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\7F0491DFBDED8ED1D57654D195103182\Frame
        0 - 1023
1170.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks
        Data\7F0491DFBDED8ED1D57654D195103182\Info.plist
1171.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\58FC035A262B3DAC431CEDEF675F4271\Frame
        0 - 1023
1172.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks
        Data\58FC035A262B3DAC431CEDEF675F4271\Info.plist

MYERS R-RFP1 11430

OIE Investigative Report 2019-00251.pdf

1173. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\59BCC1E3302385A403E48888F5F524EB\Frame 0 - 1023

1174. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\59BCC1E3302385A403E48888F5F524EB\Info.plist

1175. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\76B2ABAF45358 3B12A40795A9BCF1D9A\Frame 0 - 1023

1176. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\76B2ABAF45358 3B12A40795A9BCF1D9A\Info.plist

1177. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\339D43363D5ADDC9CEE1C6406ACEA02A\Frame 0 - 1023

1178. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\339D43363D5ADDC9CEE1C6406ACEA02A\Info.plist

1179. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\383B3F7AB61CECC9835FF4271436BCB2\Frame 0 - 1023

1180. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\383B3F7AB61CECC9835FF4271436BCB2\Info.plist

1181. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\389B5DCC5349601B45001226076CEC43\Frame 0 - 1023

1182. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\389B5DCC5349601B45001226076CEC43\Info.plist

1183. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\4288CA4F56CF7CA9E6704F512B38FB3C\Frame 0 - 1023

1184. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\4288CA4F56CF7CA9E6704F512B38FB3C\Info.plist

1185. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\6055D50F881E193095E6EC485B72B3DC\Frame 0 - 1023

1186. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\6055D50F881E193095E6EC485B72B3DC\Info.plist

1187. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\88014C5C50612611C49BA77AF037AFB4\Frame 0 - 1023

1188. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\88014C5C50612611C49BA77AF037AFB4\Info.plist

MYERS R-RFP1 11431

1189.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\09646 1D8697046D49E313AACF9FBFAE9\Frame
         0 - 1023
1190.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\09646 1D8697046D49E313AACF9FBFAE9\Info.plist
1191.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\623816AB4E5BE9F137C94F1A043D3DAF\Frame
         0 - 1023
1192.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\623816AB4E5BE9F137C94F1A043D3DAF\Info.plist
1193.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\798579FE3E2405975FF5E7CBE39E7FB7\Frame 0
         - 1023
1194.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\798579FE3E2405975FF5E7CBE39E7FB7\Info.plist
1195.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\35599832B44366AFC362FB021FB15424\Frame 0
         - 1023
1196.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\35599832B44366AFC362FB021FB15424\Info.plist
1197.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\AEF07ABFF978D6B24006A5D8F10EDE47\Frame 0 - 1023
1198.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\AEF07ABFF978D6B24006A5D8F10EDE47\Info.plist
1199.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\B0A5B597A338B9DB2B48C6C6F0A9C430\Frame 0 - 1023
1200.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\B0A5B597A338B9DB2B48C6C6F0A9C430\Info.plist
1201.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\BEF8E98B190A1542100F25A3C2C66A86\Frame
         0 - 1023
1202.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\BEF8E98B190A1542100F25A3C2C66A86\Info.plist
1203.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\D0C3B055E2816272396 2FE866C9D7BA6\Frame
         0 - 1023
1204.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks
         Data\D0C3B055E2816272396 2FE866C9D7BA6\Info.plist
1205.    E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Files\Peaks Data\D6589C990E16CBC567291616E6A9D2E5\Frame
         0 - 1023

MYERS R-RFP1 11432

1206. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks
Data\D6589C990E16CBC567291616E6A9D2E5\Info.plist

1207. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\DD79F0B14A236357B27A04042CB6A8D1\Frame
0 - 1023

1208. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks
Data\DD79F0B14A236357B27A04042CB6A8D1\Info.plist

1209. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\E17C86141383208449F0B04F57011DF56\Frame 0 -
1023

1210. E:\iMac\Movies\Lecture 8 27 129\Render Files\Peaks Data\E17C86141383208449F0B04F57011DF56\Info.plist

1211. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0A69D5901F0573A08D2AD15EDE53B1FE\Frame 0 - 1023

1212. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0A69D5901F0573A08D2AD15EDE53B1FE\Info.plist

1213. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0B8F4528F786A320D0B00360CC0ACA4C\Info.plist

1214. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0B8F4528F786A320D0B00360CC0ACA4C\Frame 0 - 1023

1215. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0B663B41F728ADB71F561419BBE83FFF\Frame 0 - 1023

1216. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0B663B41F728ADB71F561419BBE83FFF\Info.plist

1217. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0D089BCFB19D7CDD8BB9B63357E38E9B\Frame 0 - 1023

1218. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0D089BCFB19D7CDD8BB9B63357E38E9B\Info.plist

1219. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0DE60FE83E4D4398A30AEC65703092A8\Frame 0 - 1023

1220. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\0DE60FE83E4D4398A30AEC65703092A8\Info.plist

1221. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1AE3FCE473D0033DA3C307C15C23008B\Frame 0 - 1023

1222. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1AE3FCE473D0033DA3C307C15C23008B\Info.plist

MYERS R-RFP1 11433

MYERS R-RFP1 11434

1223. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1DC27E8D6F5FD985C9F5030967C2141A\Frame 0 - 1023
1224. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1DC27E8D6F5FD985C9F5030967C2141A\Info.plist
1225. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1E977D60EF30FD1C13CAEAF26B60F4E1\Frame 0 - 1023
1226. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1E977D60EF30FD1C13CAEAF26B60F4E1\Info.plist
1227. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1F9E0D2F7422E67A3F213EF070B9FC6E\Frame 0 - 1023
1228. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1F9E0D2F7422E67A3F213EF070B9FC6E\Info.plist
1229. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2D50C2AB947AFD5EEFDCA80B8AEC638B\Frame 0 - 1023
1230. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2D50C2AB947AFD5EEFDCA80B8AEC638B\Info.plist
1231. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2E93C303B2FE979EB2EFBE7DE2757403\Frame 0 - 1023
1232. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2E93C303B2FE979EB2EFBE7DE2757403\Info.plist
1233. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2E8840AA6A85D6B255553283 6B9BC73E2\Frame 0 - 1023
1234. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2E8840AA6A85D6B2555532836B9BC73E2\Info.plist
1235. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2F0B39E6476B1B3C63E759BA75745EBE\Frame 0 - 1023
1236. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2F0B39E6476B1B3C63E759BA75745EBE\Info.plist
1237. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2FA141366EE66AED27C81DCFFDA1F405\Frame 0 - 1023
1238. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2FA141366EE66AED27C81DCFFDA1F405\Info.plist

OIE Investigative Report 2019-00251.pdf

1239. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2FB38A322F14DB1FDAD7C004B87F8047\Frame 0 - 1023

1240. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\2FB38A322F14DB1FDAD7C004B87F8047\Info.plist

1241. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3A4D361E1F9664C227F790F2DD678E D6\Frame 201728 - 202751

1242. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3A4D361E1F9664C227F790F2DD678E D6\Info.plist

1243. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3A06D913776FD09AF688A21E1BABA736\Frame 0 - 1023

1244. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3A06D913776FD09AF688A21E1BABA736\Info.plist

1245. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3B72687D092BF4C623A105ADF2194CA7\Frame 0 - 1023

1246. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3B72687D092BF4C623A105ADF2194CA7\Info.plist

1247. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3D34E1201D92FA25C2563FAD99B74509\Frame 0 - 1023

1248. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3D34E1201D92FA25C2563FAD99B74509\Info.plist

1249. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F02EBDBD80FEC1FFFC2F6E896DF3322\Frame 140288 - 141311

1250. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F02EBDBD80FEC1FFFC2F6E896DF3322\Info.plist

1251. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F45C153576106F0B99A5130643A8676\Frame 14336 - 15359

1252. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F45C153576106F0B99A5130643A8676\Frame 20480 - 21503

1253. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F45C153576106F0B99A5130643A8676\Frame 34816 - 35839

1254. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3F45C153576106F0B99A5130643A8676\Info.plist

MYERS R-RFP1 11435

MYERS R-RFP1 11436

1255.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\04C74EC32A8D8529B986032C181A3E7D\Frame 0 - 1023
1256.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\04C74EC32A8D8529B986032C181A3E7D\Info.plist
1257.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\04C74472BC6E07BB8A733956174AE87\Frame 0 - 1023
1258.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\04C74472BC6E07BB8A733956174AE87\Info.plist
1259.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4C2B5AEC65BB27D5EE30372FEAA3F17A\Frame 0 - 1023
1260.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4C2B5AEC65BB27D5EE30372FEAA3F17A\Info.plist
1261.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4C03A3AF0D23BA71C4E90BCE36436ED1\Frame 0 - 1023
1262.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4C03A3AF0D23BA71C4E90BCE36436ED1\Info.plist
1263.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4D75C35AC826A01112FAF11DEAF16F90\Frame 0 - 1023
1264.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4D75C35AC826A01112FAF11DEAF16F90\Info.plist
1265.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4DB48DC1EEBBEB6938807B4FF59C1A0D\Frame 0 - 1023
1266.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4DB48DC1EEBBEB6938807B4FF59C1A0D\Info.plist
1267.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 28672 - 29695
1268.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 29696 - 30719
1269.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 30720 - 31743
1270.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 31744 - 32767

1271.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 32768 - 33791

1272.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 33792 - 34815

1273.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 34816 - 35839

1274.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 35840 - 36863

1275.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 36864 - 37887

1276.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 37888 - 38911

1277.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 38912 - 39935

1278.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 39936 - 40959

1279.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 40960 - 41983

1280.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 41984 - 43007

1281.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 43008 - 44031

1282.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 44032 - 45055

1283.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 46080 - 47103

1284.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 47104 - 48127

1285.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 48128 - 49151

1286.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 49152 - 50175

MYERS R-RFP1 11437

MYERS R-RFP1 11438

1287.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 50176 - 51199

1288.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 51200 - 52223

1289.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 52224 - 53247

1290.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 53248 - 54271

1291.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 54272 - 55295

1292.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 55296 - 56319

1293.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 56320 - 57343

1294.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 57344 - 58367

1295.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 58368 - 59391

1296.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 59392 - 60415

1297.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 60416 - 61439

1298.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 61440 - 62463

1299.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 62464 - 63487

1300.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 63488 - 64511

1301.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 64512 - 65535

1302.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 65536 - 66559

1303.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 66560 - 67583
1304.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 67584 - 68607
1305.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 68608 - 69631
1306.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 69632 - 70655
1307.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 70656 - 71679
1308.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 71680 - 72703
1309.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 72704 - 73727
1310.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 73728 - 74751
1311.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 74752 - 75775
1312.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 75776 - 76799
1313.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 76800 - 77823
1314.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 77824 - 78847
1315.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 78848 - 79871
1316.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 79872 - 80895
1317.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 80896 - 81919
1318.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 81920 - 82943

MYERS R-RFP1 11439

1319.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 82944 - 83967
1320.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 83968 - 84991
1321.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 84992 - 86015
1322.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 86016 - 87039
1323.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 87040 - 88063
1324.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 88064 - 89087
1325.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 89088 - 90111
1326.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 90112 - 91135
1327.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 91136 - 92159
1328.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 92160 - 93183
1329.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 93184 - 94207
1330.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 94208 - 95231
1331.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 95232 - 96255
1332.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 96256 - 97279
1333.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 97280 - 98303
1334.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 98304 - 99327

MYERS R-RFP1 11440

1335. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 99328 - 100351
1336. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 100352 - 101375
1337. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 101376 - 102399
1338. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 102400 - 103423
1339. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 103424 - 104447
1340. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 104448 - 105471
1341. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 105472 - 106495
1342. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 106496 - 107519
1343. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 107520 - 108543
1344. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 108544 - 109567
1345. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 109568 - 110591
1346. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 110592 - 111615
1347. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 111616 - 112639
1348. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 112640 - 113663
1349. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 113664 - 114687
1350. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 114688 - 115711

MYERS R-RFP1 11442

1351.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 115712 - 116735
1352.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 116736 - 117759
1353.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 117760 - 118783
1354.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 118784 - 119807
1355.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 119808 - 120831
1356.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 120832 - 121855
1357.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 121856 - 122879
1358.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 122880 - 123903
1359.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 123904 - 124927
1360.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 124928 - 125951
1361.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 125952 - 126975
1362.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 126976 - 127999
1363.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 128000 - 129023
1364.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 129024 - 130047
1365.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 130048 - 131071
1366.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 131072 - 132095

OIE Investigative Report 2019-00251.pdf

1367. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 132096 - 133119
1368. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 133120 - 134143
1369. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 134144 - 135167
1370. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 135168 - 136191
1371. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 136192 - 137215
1372. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 137216 - 138239
1373. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 138240 - 139263
1374. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 139264 - 140287
1375. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 140288 - 141311
1376. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 141312 - 142335
1377. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 142336 - 143359
1378. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 143360 - 144383
1379. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 144384 - 145407
1380. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 145408 - 146431
1381. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 146432 - 147455
1382. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 147456 - 148479

MYERS R-RFP1 11443

MYERS R-RFP1 11444

1383.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 148480 - 149503
1384.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 149504 - 150527
1385.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 150528 - 151551
1386.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 151552 - 152575
1387.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 152576 - 153599
1388.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 153600 - 154623
1389.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 154624 - 155647
1390.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 155648 - 156671
1391.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 156672 - 157695
1392.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 157696 - 158719
1393.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 158720 - 159743
1394.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 159744 - 160767
1395.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 160768 - 161791
1396.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 161792 - 162815
1397.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 162816 - 163839
1398.  E:\\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 163840 - 164863

1399. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 164864 - 165887

1400. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 165888 - 166911

1401. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 166912 - 167935

1402. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 167936 - 168959

1403. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 168960 - 169983

1404. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 169984 - 171007

1405. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 171008 - 172031

1406. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 172032 - 173055

1407. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 173056 - 174079

1408. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 174080 - 175103

1409. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 175104 - 176127

1410. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 176128 - 177151

1411. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 177152 - 178175

1412. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 178176 - 179199

1413. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 179200 - 180223

1414. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 180224 - 181247

MYERS R-RFP1 11445

MYERS R-RFP1 11446

1415.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 181248 - 182271
1416.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 182272 - 183295
1417.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 183296 - 184319
1418.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 184320 - 185343
1419.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 185344 - 186367
1420.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 186368 - 187391
1421.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 187392 - 188415
1422.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 188416 - 189439
1423.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 189440 - 190463
1424.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 190464 - 191487
1425.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 191488 - 192511
1426.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 192512 - 193535
1427.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 193536 - 194559
1428.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 194560 - 195583
1429.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 195584 - 196607
1430.  E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 196608 - 197631

1431.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 197632 - 198655
1432.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 198656 - 199679
1433.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 199680 - 200703
1434.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 200704 - 201727
1435.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 201728 - 202751
1436.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 202752 - 203775
1437.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 203776 - 204799
1438.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 204800 - 205823
1439.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 205824 - 206847
1440.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 206848 - 207871
1441.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 207872 - 208895
1442.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 208896 - 209919
1443.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 209920 - 210943
1444.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 210944 - 211967
1445.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 211968 - 212991
1446.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 212992 - 214015

MYERS R-RFP1 11447

1447. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 214016 - 215039
1448. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 215040 - 216063
1449. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 216064 - 217087
1450. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 217088 - 218111
1451. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 218112 - 219135
1452. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 219136 - 220159
1453. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 220160 - 221183
1454. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 221184 - 222207
1455. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 222208 - 223231
1456. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 223232 - 224255
1457. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 224256 - 225279
1458. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 225280 - 226303
1459. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 226304 - 227327
1460. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 227328 - 228351
1461. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 228352 - 229375
1462. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 229376 - 230399

MYERS R-RFP1 11448

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11449

1463.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 230400 - 231423
1464.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 231424 - 232447
1465.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 232448 - 233471
1466.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 233472 - 234495
1467.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 234496 - 235519
1468.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 235520 - 236543
1469.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 236544 - 237567
1470.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 237568 - 238591
1471.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 238592 - 239615
1472.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 239616 - 240639
1473.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 240640 - 241663
1474.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 241664 - 242687
1475.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 242688 - 243711
1476.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 243712 - 244735
1477.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 244736 - 245759
1478.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 245760 - 246783

OIE Investigative Report 2019-00251.pdf

1479.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 246784 - 247807
1480.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 247808 - 248831
1481.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 248832 - 249855
1482.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 249856 - 250879
1483.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 250880 - 251903
1484.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 251904 - 252927
1485.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 252928 - 253951
1486.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 253952 - 254975
1487.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 254976 - 255999
1488.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 256000 - 257023
1489.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 257024 - 258047
1490.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 258048 - 259071
1491.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 259072 - 260095
1492.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 260096 - 261119
1493.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 261120 - 262143
1494.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 262144 - 263167

MYERS R-RFP1 11450

OIE Investigative Report 2019-00251.pdf

1495.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 263168 - 264191
1496.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 264192 - 265215
1497.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 265216 - 266239
1498.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 266240 - 267263
1499.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 267264 - 268287
1500.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 268288 - 269311
1501.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 269312 - 270335
1502.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 270336 - 271359
1503.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 271360 - 272383
1504.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 272384 - 273407
1505.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 273408 - 274431
1506.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 274432 - 275455
1507.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 275456 - 276479
1508.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 276480 - 277503
1509.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 277504 - 278527
1510.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 278528 - 279551
1510.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 279552 - 280575

MYERS R-RFP1 11451

OIE Investigative Report 2019-00251.pdf

MYERS R-RFP1 11452

1511. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 280576 - 281599
1512. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 281600 - 282623
1513. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Info.plist
1514. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 0 - 1023
1515. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 1024 - 2047
1516. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 2048 - 3071
1517. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 3072 - 4095
1518. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 4096 - 5119
1519. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 5120 - 6143
1520. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 6144 - 7167
1521. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 7168 - 8191
1522. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 8192 - 9215
1523. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 9216 - 10239
1524. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 10240 - 11263
1525. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 11264 - 12287
1526. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 13312 - 14335

OIE Investigative Report 2019-00251.pdf

1527. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 14336 - 15359
1528. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 15360 - 16383
1529. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 16384 - 17407
1530. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 17408 - 18431
1531. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 18432 - 19455
1532. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 19456 - 20479
1533. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 20480 - 21503
1534. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 21504 - 22527
1535. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 22528 - 23551
1536. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 23552 - 24575
1537. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 24576 - 25599
1538. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 25600 - 26623
1539. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 26624 - 27647
1540. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4E6B725870A343ADAC6804C9E8A63FB0\Frame 27648 - 28671
1541. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4ED866A48AADA58DE8F2DF2B3833E1D5\Frame 0 - 1023
1542. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
      Media\4ED866A48AADA58DE8F2DF2B3833E1D5\Info.plist

MYERS R-RFP1 11453

MYERS R-RFP1 11454

1543. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4F5A8BBEDE73CC78928E6A3B0A704364\Frame 0 - 1023

1544. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4F5A8BBEDE73CC78928E6A3B0A704364\Info.plist

1545. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5DF9B536D7729B1A29C66B9C6E034ED3\Frame 0 - 1023

1546. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5DF9B536D7729B1A29C66B9C6E034ED3\Info.plist

1547. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5F2CF6BDC284A48B0DAFF2934EC4E576\Frame 0 - 1023

1548. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5F2CF6BDC284A48B0DAFF2934EC4E576\Info.plist

1549. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\06CC9494953FCBBE9666C88950D54EA7\Frame 0 - 1023

1550. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\06CC9494953FCBBE9666C88950D54EA7\Info.plist

1551. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\06F3B9A7C08C367F56438A32364F58DC\Frame 0 - 1023

1552. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\06F3B9A7C08C367F56438A32364F58DC\Info.plist

1553. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\6C6BF9C3723045F437214B3C02C89F99\Frame 0 - 1023

1554. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\6C6BF9C3723045F437214B3C02C89F99\Info.plist

1555. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\6C9FB6896D4AA7F12CF8ED50325E99F0\Frame 0 - 1023

1556. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\6C9FB6896D4AA7F12CF8ED50325E99F0\Info.plist

1557. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7A44C3AFED4FE3D0F1514CE21C6E1899\Frame 20480 - 21503

1558. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7A44C3AFED4FE3D0F1514CE21C6E1899\Info.plist

OIE Investigative Report 2019-00251.pdf

1559. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7AE6128470DCF617D227978F987A756C\Frame 0 - 1023
1560. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7AE6128470DCF617D227978F987A756C\Info.plist
1561. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7B06B4A19BD2D13CFA947C7DE7053BEF\Frame 0 - 1023
1562. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7B06B4A19BD2D13CFA947C7DE7053BEF\Info.plist
1563. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7C430DBE7C3B81141C35CE93F9C15CE2\Frame 0 - 1023
1564. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7C430DBE7C3B81141C35CE93F9C15CE2\Info.plist
1565. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7CEB97ADC77933B8D762FF321C6CD2C2\Frame 0 - 1023
1566. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7CEB97ADC77933B8D762FF321C6CD2C2\Info.plist
1567. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7E798C5CE9E81B5679542641771894 3F\Frame 0 - 1023
1568. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7E798C5CE9E81B5679542641771894 3F\Info.plist
1569. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7F43B1208EBE8AC773D484DCA55E3491\Frame 0 - 1023
1570. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7F43B1208EBE8AC773D484DCA55E3491\Info.plist
1571. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7F72820FA31D99C4692A14D9B0E6DEC2\Frame 0 - 1023
1572. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\7F72820FA31D99C4692A14D9B0E6DEC2\Info.plist
1573. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\8AB81 7E9FC7E3B67768E79A27B82371 0\Frame 0 - 1023
1574. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\8AB81 7E9FC7E3B67768E79A27B82371 0\Info.plist

MYERS R-RFP1 11456

1575. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8B5A90DDE84619B6D8C9C69F4AC8D921\Frame 0 - 1023

1576. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8B5A90DDE84619B6D8C9C69F4AC8D921\Info.plist

1577. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C3C7AF2273E6B5F9066DE982CB0E216\Frame 0 - 1023

1578. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C3C7AF2273E6B5F9066DE982CB0E216\Info.plist

1579. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C776DCE113459C85853DB19C498E00E\Frame 20480 - 21503

1580. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C776DCE113459C85853DB19C498E00E\Info.plist

1581. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8DEA26F4D3726B05F0967DE021EF8916\Frame 0 - 1023

1582. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8DEA26F4D3726B05F0967DE021EF8916\Info.plist

1583. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8E96D935599EAF990D7ABA32FEA02E99\Frame 0 - 1023

1584. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8E96D935599EAF990D7ABA32FEA02E99\Info.plist

1585. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\09F5F5DB75B52AD355EAFA33508AC1BF\Frame 0 - 1023

1586. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\09F5F5DB75B52AD355EAFA33508AC1BF\Info.plist

1587. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\09FA4C28FB84CB610D1D3BD8859F9A83\Frame 0 - 1023

1588. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\09FA4C28FB84CB610D1D3BD8859F9A83\Info.plist

1589. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9C5876B556D7B37D57176F7C6E0A25CE\Frame 140288 - 141311

1590. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9C5876B556D7B37D57176F7C6E0A25CE\Info.plist

OIE Investigative Report 2019-00251.pdf

1591.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9DC1BD3DFEE7B6FC3CB8DE2F121AFCE8\Frame 0 - 1023
1592.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9DC1BD3DFEE7B6FC3CB8DE2F121AFCE8\Info.plist
1593.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\10D006A0879F294BDDFE0127F1E94FEB\Frame 0 - 1023
1594.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\10D006A0879F294BDDFE0127F1E94FEB\Info.plist
1595.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\16DC00A17E499368378E58EE6AF1EC38\Frame 0 - 1023
1596.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\16DC00A17E499368378E58EE6AF1EC38\Info.plist
1597.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\17D7D136B3C51C3D382853ECE3FA9157\Frame 0 - 1023
1598.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\17D7D136B3C51C3D382853ECE3FA9157\Info.plist
1599.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\23A30ADD6E29682394F5E201D18E7322\Frame 0 - 1023
1600.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\23A30ADD6E29682394F5E201D18E7322\Info.plist
1601.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\23F5BFA747B2FF93643EF7678DF99397\Frame 0 - 1023
1602.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\23F5BFA747B2FF93643EF7678DF99397\Info.plist
1603.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\28CDA0ABABAED2A1DDAE68971EECDCFB\Frame 0 - 1023
1604.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\28CDA0ABABAED2A1DDAE68971EECDCFB\Info.plist
1605.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\29EF9AAB86AA5388DB0750E7E5F69FF6\Frame 0 - 1023
1606.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\29EF9AAB86AA5388DB0750E7E5F69FF6\Info.plist
1607.

MYERS R-RFP1 11457

MYERS R-RFP1 11458

1608. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\32F366A212BE41953\1C8AA4273086D8E\Frame 26624 - 27647
1609. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\32F366A212BE41953\1C8AA4273086D8E\Info.plist
1610. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\38BC44D8591 9B911233\79F42396D4C4C\Frame 0 - 1023
1611. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\38BC44D8591 9B911233\79F42396D4C4C\Info.plist
1612. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\40CF49CFC973907DD3\EF0B71096S509A\Frame 0 - 1023
1613. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\40CF49CFC973907DD3\EF0B71096S509A\Info.plist
1614. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\41F2C7CAA600C831\4E70C8D8342DD0C3\Frame 0 - 1023
1615. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\41F2C7CAA600C831\4E70C8D8342DD0C3\Info.plist
1616. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\42A4A24D1F8ADD488\EF674DD1E04E3D8\Frame 0 - 1023
1617. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\42A4A24D1F8ADD488\EF674DD1E04E3D8\Info.plist
1618. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\43A8D3F1ED97A3C3\DB6D452289C9AF74\Frame 0 - 1023
1619. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\43A8D3F1ED97A3C3\DB6D452289C9AF74\Info.plist
1620. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\50D515713 1DA08C50\F6E909EC58E57F9\Frame 0 - 1023
1621. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\50D515713 1DA08C50\F6E909EC58E57F9\Info.plist
1622. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\50E4BF8A4281 0E7ED200\D6205BCAA492\Frame 0 - 1023
1623. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\50E4BF8A4281 0E7ED200\D6205BCAA492\Info.plist

OIE Investigative Report 2019-00251.pdf

1624. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\58B971F2733174EEC391BCB654B185EC\Frame 0 - 1023

1625. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\58B971F2733174EEC391BCB654B185EC\Info.plist

1626. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\062AA6BCF0339273C3118057D9BDD3F1\Frame 0 - 1023

1627. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\062AA6BCF0339273C3118057D9BDD3F1\Info.plist

1628. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\68E2F89D232BF09B0F30294C6C5FF52D\Frame 0 - 1023

1629. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\68E2F89D232BF09B0F30294C6C5FF52D\Info.plist

1630. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\70C19B7F2C49366550A8CCE39AF9F4F2\Frame 0 - 1023

1631. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\70C19B7F2C49366550A8CCE39AF9F4F2\Info.plist

1632. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\74DCACF3661BEB5E1750AC7BBF4081FD\Frame 0 - 1023

1633. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\74DCACF3661BEB5E1750AC7BBF4081FD\Info.plist

1634. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\086FD2B7B5790E667CF246BAEA306EA1\Frame 0 - 1023

1635. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\086FD2B7B5790E667CF246BAEA306EA1\Info.plist

1636. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\86D6D47F6F380F70DF6052066A16CD66\Frame 0 - 1023

1637. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\86D6D47F6F380F70DF6052066A16CD66\Info.plist

1638. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\87D14EBE60CBF393B7534FCB01B8046B\Frame 0 - 1023

1639. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\87D14EBE60CBF393B7534FCB01B8046B\Info.plist

MYERS R-RFP1 11459

MYERS R-RFP1 11460

1640. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\91ECA54530EB99F9A1F9E62E3288C03C\Frame 0 - 1023
1641. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\91ECA54530EB99F9A1F9E62E3288C03C\Info.plist
1642. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\93B3C9D524DFA60C22BC8B1FEA01B369\Frame 0 - 1023
1643. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\93B3C9D524DFA60C22BC8B1FEA01B369\Info.plist
1644. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\94DCE87FF7B8DB295369CF7122076175\Frame 0 - 1023
1645. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\94DCE87FF7B8DB295369CF7122076175\Info.plist
1646. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\94EEC45DBBB81430FA01BB47855D89C4\Frame 0 - 1023
1647. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\94EEC45DBBB81430FA01BB47855D89C4\Info.plist
1648. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\96A3A89C4D36C229CB994794D1EDF464\Frame 0 - 1023
1649. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\96A3A89C4D36C229CB994794D1EDF464\Info.plist
1650. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\96B80788BF5CC0F82F3B5DFC110AA3A0\Frame 0 - 1023
1651. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\96B80788BF5CC0F82F3B5DFC110AA3A0\Info.plist
1652. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\217FE04483DCE655A6891A0745E1531F\Frame 0 - 1023
1653. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\217FE04483DCE655A6891A0745E1531F\Info.plist
1654. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\236F176702034A99E49F1173DA72657\Frame 0 - 1023
1655. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\236F176702034A99E49F1173DA72657\Info.plist

MYERS R-RFP1 11461

1656. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\305C1E683DB3618829A9286CD5C5262B\Frame 14336 - 15359

1657. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\305C1E683DB3618829A9286CD5C5262B\Frame 23552 - 24575

1658. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\305C1E683DB3618829A9286CD5C5262B\Frame 37888 - 38911

1659. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\305C1E683DB3618829A9286CD5C5262B\Info.plist

1660. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\343F57082297A85324F85825B926E504\Frame 0 - 1023

1661. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\343F57082297A85324F85825B926E504\Info.plist

1662. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\353BB26017AB1A41381E61BE7D7F7520\Frame 0 - 1023

1663. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\353BB26017AB1A41381E61BE7D7F7520\Info.plist

1664. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\432A76169C1EF0D0C9C6E0D556A1A719\Frame 0 - 1023

1665. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\432A76169C1EF0D0C9C6E0D556A1A719\Info.plist

1666. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\435CF216DFF35BFE25BC482FCE58F839\Frame 0 - 1023

1667. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\435CF216DFF35BFE25BC482FCE58F839\Info.plist

1668. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\450EAE945B4D7965A9A161EA8E5755A7\Frame 0 - 1023

1669. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\450EAE945B4D7965A9A161EA8E5755A7\Info.plist

1670. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\474EDE4DBA36F153A6FF4DDC762B4B24\Frame 0 - 1023

1671. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\474EDE4DBA36F153A6FF4DDC762B4B24\Info.plist

1672.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\484F3F09FA54D1B25AA9F085BB26ECDA\Frame 0 - 1023
1673.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\484F3F09FA54D1B25AA9F085BB26ECDA\Info.plist
1674.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0530A71C B5C234984F518BE14AC8F621\Frame 0 - 1023
1675.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0530A71C B5C234984F518BE14AC8F621\Info.plist
1676.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\542C696ECBB89456 8F62D57413C144E5\Frame 0 - 1023
1677.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\542C696ECBB89456 8F62D57413C144E5\Info.plist
1678.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\587B6FBA672E13F155E954EAC398835A\Frame 0 - 1023
1679.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\587B6FBA672E13F155E954EAC398835A\Info.plist
1680.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0596E1C105E66E92993C8FA2AF484873\Frame 0 - 1023
1681.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0596E1C105E66E92993C8FA2AF484873\Info.plist
1682.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\597EC634C4464E054BB08D2058EA3F47\Frame 0 - 1023
1683.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\597EC634C4464E054BB08D2058EA3F47\Info.plist
1684.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\605E044831F79A57AC9A78821FB1A7FC\Frame 0 - 1023
1685.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\605E044831F79A57AC9A78821FB1A7FC\Info.plist
1686.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\615F2F94107272776C690342 5BB4B6AF\Frame 0 - 1023
1687.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\615F2F94107272776C690342 5BB4B6AF\Info.plist

MYERS R-RFP1 11462

1688.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\630AF3662CD5424FB56E554E4B4939E7\Frame 0 - 1023
1689.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\630AF3662CD5424FB56E554E4B4939E7\Info.plist
1690.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\667B7AE0B196226FF4C7E8BE8258E323\Frame 140288 - 141311
1691.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\667B7AE0B196226FF4C7E8BE8258E323\Info.plist
1692.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\697A908E975D4727R754A25D2FABDF92\Frame 0 - 1023
1693.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\697A908E975D4727R754A25D2FABDF92\Info.plist
1694.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\764A19FC8EB63C737B0A44DD49C3AE66\Frame 0 - 1023
1695.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\764A19FC8EB63C737B0A44DD49C3AE66\Info.plist
1696.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\800CBCDCE57DBFA40DB29871AC2ED392\Frame 0 - 1023
1697.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\800CBCDCE57DBFA40DB29871AC2ED392\Info.plist
1698.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\835DD0E5955C24B7A97ADECF6A099CF0\Frame 0 - 1023
1699.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\835DD0E5955C24B7A97ADECF6A099CF0\Info.plist
1700.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\873D15DC5A7D36823A20839EA8756AF2\Frame 0 - 1023
1701.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\873D15DC5A7D36823A20839EA8756AF2\Info.plist
1702.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\01219C38C32578E24A0F24CC6715467A\Frame 0 - 1023
1703.   E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
        Media\01219C38C32578E24A0F24CC6715467A\Info.plist

MYERS R-RFP1 11463

1704. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1331DA320DC1935D6DEADAFE8208FC51\Frame 0 - 1023

1705. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1331DA320DC1935D6DEADAFE8208FC51\Info.plist

1706. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1946BA0DA0C3E3AE2F3EAF8532439D7C\Frame 0 - 1023

1707. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1946BA0DA0C3E3AE2F3EAF8532439D7C\Info.plist

1708. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\03494A8FCF0D0D555DC7B2BD7D09A3EF\Frame 0 - 1023

1709. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\03494A8FCF0D0D555DC7B2BD7D09A3EF\Info.plist

1710. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3704F29D15FB4363319D18ED396098F9\Frame 0 - 1023

1711. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\3704F29D15FB4363319D18ED396098F9\Info.plist

1712. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4936D6BE9145207021E416F18C060793\Frame 0 - 1023

1713. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\4936D6BE9145207021E416F18C060793\Info.plist

1714. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\5749AD20B2AC66DAF35989CA2FAA3F8F\Frame 0 - 1023

1715. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\5749AD20B2AC66DAF35989CA2FAA3F8F\Info.plist

1716. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6056D67758D8AE28FD6E60A7DD808831\Frame 14336 - 15359

1717. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6056D67758D8AE28FD6E60A7DD808831\Frame 26624 - 27647

1718. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6056D67758D8AE28FD6E60A7DD808831\Frame 40960 - 41983

1719. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6056D67758D8AE28FD6E60A7DD808831\Info.plist

MYERS R-RFP1 11464

1720.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7365C9802D7D2A2433CD569DB850A9B4\Frame 0 - 1023
1721.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7365C9802D7D2A2433CD569DB850A9B4\Info.plist
1722.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7910CF6578604 8C0ED326E07B7D1F8D3\Frame 0 - 1023
1723.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\7910CF6578604 8C0ED326E07B7D1F8D3\Info.plist
1724.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\830EBCD98 8009D8A26823E332AEB28\Frame 0 - 1023
1725.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\830EBCD98 8009D8A26823E332AEB28\Info.plist
1726.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9185B5C3A7C4 1217048CAD73AE1CF554\Frame 0 - 1023
1727.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9185B5C3A7C4 1217048CAD73AE1CF554\Info.plist
1728.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9690E9ACB0F0FD8 1B5B3F602DA25FC15\Frame 0 - 1023
1729.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9690E9ACB0F0FD8 1B5B3F602DA25FC15\Info.plist
1730.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9712B80B82F39FC399B5C74F74C65DDD\Frame 0 - 1023
1731.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9712B80B82F39FC399B5C74F74C65DDD\Info.plist
1732.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\10234A2117291C6FBC1F3C279032741 3\Frame 0 - 1023
1733.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\10234A2117291C6FBC1F3C279032741 3\Info.plist
1734.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\36595EC034AF2EAAFFECE7B512B64FA8\Frame 0 - 1023
1735.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\36595EC034AF2EAAFFECE7B512B64FA8\Info.plist

MYERS R-RFP1 11465

MYERS R-RFP1 11466

1736. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\38104E9C3A0885EA337B1BB3764861F1\Frame 0 - 1023
1737. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\38104E9C3A0885EA337B1BB3764861F1\Info.plist
1738. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\58814A2587A7093 1BFE68FF3D041C30A\Frame 23552 - 24575
1739. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\58814A2587A7093 1BFE68FF3D041C30A\Info.plist
1740. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\97491F377FBF0568415C3E3BF482668D\Frame 0 - 1023
1741. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\97491F377FBF0568415C3E3BF482668D\Info.plist
1742. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\14837 3F0FD81B607CF4D98829 6B56D3D\Frame 0 - 1023
1743. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\14837 3F0FD81B607CF4D98829 6B56D3D\Info.plist
1744. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\283639A48A234A784452D640C6BBD2C1\Frame 0 - 1023
1745. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\283639A48A234A784452D640C6BBD2C1\Info.plist
1746. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\351993A7535FC47A649D8E3B36FC7AFE\Frame 0 - 1023
1747. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\351993A7535FC47A649D8E3B36FC7AFE\Info.plist
1748. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\477901FAD076D174FB34FBFCECF941DA\Frame 0 - 1023
1749. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\477901FAD076D174FB34FBFCECF941DA\Info.plist
1750. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\620861C46808227B2A0B2694E706254E\Frame 0 - 1023
1751. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\620861C46808227B2A0B2694E706254E\Info.plist

MYERS R-RFP1 11467

1752.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\744923C35E3810E42ABA976D473DD227\Frame 0 - 1023
1753.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\744923C35E3810E42ABA976D473DD227\Info.plist
1754.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\942102F6488BAE0C94D19D771952B9D7\Frame 0 - 1023
1755.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\942102F6488BAE0C94D19D771952B9D7\Info.plist
1756.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1589181A987083D900EC8BCA2D3259AC\Frame 0 - 1023
1757.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\1589181A987083D900EC8BCA2D3259AC\Info.plist
1758.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\865991F92920E30522C8769F875E5A1\Frame 0 - 1023
1759.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\865991F92920E30522C8769F875E5A1\Info.plist
1760.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9608813B2A0632BACE1FE3D6B3BCAE74\Frame 0 - 1023
1761.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9608813B2A0632BACE1FE3D6B3BCAE74\Info.plist
1762.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9803327C2667761EC146F847EFE79360\Frame 0 - 1023
1763.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\9803327C2667761EC146F847EFE79360\Info.plist
1764.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6395478B1172A1210C87E60F2920D9A1\Frame 0 - 1023
1765.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\6395478B1172A1210C87E60F2920D9A1\Info.plist
1766.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\27827760 4B819300E5D48C2900B1FD5D\Frame 0 - 1023
1767.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\278277604B819300E5D48C2900B1FD5D\Info.plist

Page 160 of 191

MYERS R-RFP1 11468

1768. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\31029960\3FD5A26F3327A3DDEBFF556C\Frame 0 - 1023
1769. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\31029960\3FD5A26F3327A3DDEBFF556C\Info.plist
1770. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\2339859447F10B36\6EA76BEA0B11F9DF\Frame 0 - 1023
1771. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\2339859447F10B36\6EA76BEA0B11F9DF\Info.plist
1772. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0138513772\2495C98C167A5D61D8A540\Frame 0 - 1023
1773. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\0138513772\2495C98C167A5D61D8A540\Info.plist
1774. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\1DA7614921\17B280342AE18CE85A784\Frame 0 - 1023
1775. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\1DA7614921\17B280342AE18CE85A784\Info.plist
1776. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4BB83FC76D\DDDC264CC282F9671A43B\Frame 0 - 1023
1777. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\4BB83FC76D\DDDC264CC282F9671A43B\Info.plist
1778. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5FE85B46E6\9193D7BB003729DC2420D\Frame 0 - 1023
1779. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\5FE85B46E6\9193D7BB003729DC2420D\Info.plist
1780. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C09229202\A2CEC86ACB23A0C430689\Frame 0 - 1023
1781. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\8C09229202\A2CEC86ACB23A0C430689\Info.plist
1782. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9DE5139F71\340AB42A82974AE0CCA36\Frame 0 - 1023
1783. E:\iiMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\9DE5139F71\340AB42A82974AE0CCA36\Info.plist

OIE Investigative Report 2019-00251.pdf

1784.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A98B9198A366C460CB1EDCEB1F11A926\Frame 0 - 1023

1785.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A98B9198A366C460CB1EDCEB1F11A926\Info.plist

1786.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A0309F89A827A2333\1F2B6D707FB2A08\Frame 0 - 1023

1787.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A0309F89A827A2331\1F2B6D707FB2A08\Info.plist

1788.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A5992E2DC76F06F5EA2D665FCBB989D7\Frame 0 - 1023

1789.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A5992E2DC76F06F5EA2D665FCBB989D7\Info.plist

1790.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A7981OC2D9C4501BB718\1EB84BDF62A1\Frame 0 - 1023

1791.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A7981OC2D9C4501BB718\1EB84BDF62A1\Info.plist

1792.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A80484BF9F9F6106625SE0B437E33E99\Frame 0 - 1023

1793.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A80484BF9F9F6106625SE0B437E33E99\Info.plist

1794.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A00532496ED7650A773C76E7E9DBFC18\Frame 0 - 1023

1795.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\A00532496ED7650A773C76E7E9DBFC18\Info.plist

1796.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AC5D02C7FDD265AA18161938A7FE32C0\Frame 0 - 1023

1797.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AC5D02C7FDD265AA18161938A7FE32C0\Info.plist

1798.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\ACF074C4397049309EB6965BCDA63B8\Frame 0 - 1023

1799.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\ACF074C4397049309EB6965BCDA63B8\Info.plist

MYERS R-RFP1 11469

1800.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\ADC5C09C36BB7CB3B12CDBE88D65A0F7\Frame 0 - 1023
1801.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\ADC5C09C36BB7CB3B12CDBE88D65A0F7\Info.plist
1802.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AEEF76765DD22FEEF093DD2BBDE59F83\Frame 0 - 1023
1803.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AEEF76765DD22FEEF093DD2BBDE59F83\Info.plist
1804.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AFA00FE47656432C6E8C021B9F048536\Frame 0 - 1023
1805.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\AFA00FE47656432C6E8C021B9F048536\Info.plist
1806.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 5120 - 6143
1807.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 10240 - 11263
1808.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 19456 - 20479
1809.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 22528 - 23551
1810.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 58368 - 59391
1811.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 97280 - 98303
1812.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 98304 - 99327
1813.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 136192 - 137215
1814.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 138240 - 139263
1815.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 175104 - 176127

1816.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 177152 - 178175
1817.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 217088 - 218111
1818.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 256000 - 257023
1819.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Frame 279552 - 280575
1820.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B1BD36A0CDE64A6148187A924B878146\Info.plist
1821.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B9ADAC72A55A10F406575570C8B1DF3C\Frame 0 - 1023
1822.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B9ADAC72A55A10F406575570C8B1DF3C\Info.plist
1823.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B72BF5D85F958C72E8E4E71FF1A111A9\Frame 0 - 1023
1824.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B72BF5D85F958C72E8E4E71FF1A111A9\Info.plist
1825.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B98AD2E33270FAC16666BC1878418A84\Frame 0 - 1023
1826.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B98AD2E33270FAC16666BC1878418A84\Info.plist
1827.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B227D787F56C3F92DDCD17D6104F80F6\Frame 0 - 1023
1828.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B227D787F56C3F92DDCD17D6104F80F6\Info.plist
1829.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B415EE060EB9D00C71E41B940228C0E7\Frame 0 - 1023
1830.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B415EE060EB9D00C71E41B940228C0E7\Info.plist
1831.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\B4263C81773491 1D404DE0B4E3EAEB5A\Frame 0 - 1023

MYERS R-RFP1 11471

MYERS R-RFP1 11472

1832. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\B4263C81773491 1D404DE0B4E3EAEB5A\Info.plist

1833. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\B50439F9975F3FAC6E64E3C28535015B\Frame 140288 - 141311

1834. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\B50439F9975F3FAC6E64E3C28535015B\Info.plist

1835. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\B471531478 4EDBC1120EBD25756234FC\Frame 0 - 1023

1836. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\B471531478 4EDBC1120EBD25756234FC\Info.plist

1837. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BD54225263AB166F305C1DA418762B6C\Frame 0 - 1023

1838. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BD54225263AB166F305C1DA418762B6C\Info.plist

1839. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BE5D0EDFC81B60D6D6F75F0A538AEFA8\Frame 0 - 1023

1840. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BE5D0EDFC81B60D6D6F75F0A538AEFA8\Info.plist

1841. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BE9CA7E97D4175948AA5B848CE0B13DE\Frame 0 - 1023

1842. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\BE9CA7E97D4175948AA5B848CE0B13DE\Info.plist

1843. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3E96CAB0696629 5C526F18D5E0F99D8\Frame 0 - 1023

1844. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3E96CAB0696629 5C526F18D5E0F99D8\Info.plist

1845. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3EC41D5560C97785 1600B9C918B836B\Frame 0 - 1023

1846. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3EC41D5560C97785 1600B9C918B836B\Info.plist

1847. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3FB47EA6E0CC5FBC423757D934038 1A\Frame 0 - 1023

1848.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C3FB47EA6E0CC5FBC423757D934038 1A\Info.plist
1849.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C05AAA6E9EDF488856402AAA65CC1699\Frame 0 - 1023
1850.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C05AAA6E9EDF488856402AAA65CC1699\Info.plist
1851.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C5DCBDD6DEE12D9AF0CCF69759B9B750\Frame 0 - 1023
1852.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C5DCBDD6DEE12D9AF0CCF69759B9B750\Info.plist
1853.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C6D75CF6297A3869736D67EB7EA38373\Frame 0 - 1023
1854.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C6D75CF6297A3869736D67EB7EA38373\Info.plist
1855.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C6F87F350E02051EE0851BACC2293252\Frame 0 - 1023
1856.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C6F87F350E02051EE0851BACC2293252\Info.plist
1857.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C8C2511C071CC2014725EED38A7F288C\Frame 0 - 1023
1858.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C8C2511C071CC2014725EED38A7F288C\Info.plist
1859.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C9EB156BA49653BBB2234CD00468493F\Frame 0 - 1023
1860.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C9EB156BA49653BBB2234CD00468493F\Info.plist
1861.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C103C7D35F21F082D27C75AE3F8F053D\Frame 0 - 1023
1862.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C103C7D35F21F082D27C75AE3F8F053D\Info.plist
1863.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\C294A142FECFE025C30462581BAF17D\Frame 0 - 1023

1864.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C294A142FECFE025C30462258 1B AF17D\Info.plist
1865.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C449AC52827E0AA8899E47FB03628595\Frame 0 - 1023
1866.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C449AC52827E0AA8899E47FB03628595\Info.plist
1867.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C2154EEF1A8017647C5C96853361 3F31\Frame 0 - 1023
1868.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C2154EEF1A8017647C5C96853361 3F31\Info.plist
1869.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C3753C536ADFF5AB29B22FF904E50FCE\Frame 0 - 1023
1870.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\C3753C536ADFF5AB29B22FF904E50FCE\Info.plist
1871.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\CFA375A281CFC4AFD257B2DA1D8313D7\Frame 0 - 1023
1872.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\CFA375A281CFC4AFD257B2DA1D8313D7\Info.plist
1873.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D4C7EAB7A483BB65D29D3E09CE2CBB3A\Frame 0 - 1023
1874.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D4C7EAB7A483BB65D29D3E09CE2CBB3A\Info.plist
1875.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D6A368EF269222EDC2209490205BD1A0\Frame 0 - 1023
1876.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D6A368EF269222EDC2209490205BD1A0\Info.plist
1877.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D7F0291635FF115D24 66B85C361D492B\Frame 0 - 1023
1878.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D7F0291635FF115D24 66B85C361D492B\Info.plist
1879.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\D9CD1CD998477A07CCAB97EFF2E1E230\Frame 0 - 1023

MYERS R-RFP1 11474

MYERS R-RFP1 11475

1880.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D9CD1CD99477A07CCAB97EFF2E1E230\Info.plist
1881.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D26C6A32865927B4F022B1BAB1E85238\Frame 0 - 1023
1882.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D26C6A32865927B4F022B1BAB1E85238\Info.plist
1883.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D181FA1FA9A8BA94B066C5516E764957\Frame 140288 - 141311
1884.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D181FA1FA9A8BA94B066C5516E764957\Info.plist
1885.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D4061C38F2A5F12128DD66B2298BBA17\Frame 0 - 1023
1886.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D4061C38F2A5F12128DD66B2298BBA17\Info.plist
1887.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D7137DE850A7B84B2B77B462A167CA1E\Frame 0 - 1023
1888.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D7137DE850A7B84B2B77B462A167CA1E\Info.plist
1889.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D8616D4F8E2DD8FC4A22EE88E4AA19C5\Frame 0 - 1023
1890.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D8616D4F8E2DD8FC4A22EE88E4AA19C5\Info.plist
1891.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D292256B4DDE7188244AF78DF9E47808\Frame 140288 - 141311
1892.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\D292256B4DDE7188244AF78DF9E47808\Info.plist
1893.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\DA1FCC41FFB0125457D43897B5210815\Frame 0 - 1023
1894.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\DA1FCC41FFB0125457D43897B5210815\Info.plist
1895.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail Media\DABEA23A8A18FCA462F6DE6D91E9229A\Frame 0 - 1023

OIE Investigative Report 2019-00251.pdf

1896.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\DABEA23A8A18FCA462F6DE6D91E9229A\Info.plist
1897.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\DFD973FFFB5F78E06E32DE36BA3EA05E\Frame 0 - 1023
1898.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\DFD973FFFB5F78E06E32DE36BA3EA05E\Info.plist
1899.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E3BAE3DD85BA93A333C3CFDD5FCCAD9F\Frame 0 - 1023
1900.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E3BAE3DD85BA93A333C3CFDD5FCCAD9F\Info.plist
1901.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E06EA884122F5FA28BC1C570C8EC8AD\Frame 23552 - 24575
1902.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E06EA884122F5FA28BC1C570C8EC8AD\Info.plist
1903.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E6C62B08AD4CD0130D3F14E5CD5EDC53\Frame 203776 - 204799
1904.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E6C62B08AD4CD0130D3F14E5CD5EDC53\Info.plist
1905.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E7C495C1DD8D02309B03564FC44AE4D4\Frame 26624 - 27647
1906.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E7C495C1DD8D02309B03564FC44AE4D4\Info.plist
1907.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E15D2185BD1F3D46FD393980ECE68703\Frame 0 - 1023
1908.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E15D2185BD1F3D46FD393980ECE68703\Info.plist
1909.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E40BE3FD541F7F299764B7658EF188E6\Frame 0 - 1023
1910.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E40BE3FD541F7F299764B7658EF188E6\Info.plist
1911.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
       Media\E77A7AD4A677F698790A487C1F99CF76\Frame 0 - 1023

MYERS R-RFP1 11476

1912.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E77A7AD4A677F698790A487C1F99CF76\Info.plist

1913.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E92AAE0C8474327 9DBC9EA8BA3AC3CD8\Frame 0 - 1023

1914.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E92AAE0C8474327 9DBC9EA8BA3AC3CD8\Info.plist

1915.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E935AFF47B59786A87BAAEF2B6E783C7\Frame 0 - 1023

1916.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E935AFF47B59786A87BAAEF2B6E783C7\Info.plist

1917.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E430003E8776A13A0F6BD8454A69028B\Frame 0 - 1023

1918.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\E430003E8776A13A0F6BD8454A69028B\Info.plist

1919.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\EE13EE86479B88B2B20B6822F4FD117F\Frame 0 - 1023

1920.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\EE13EE86479B88B2B20B6822F4FD117F\Info.plist

1921.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F0DFEA4D3B9F373BF9222BBA041CE4CF\Frame 0 - 1023

1922.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F0DFEA4D3B9F373BF9222BBA041CE4CF\Info.plist

1923.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F1CFCD113188A49D379020BE3AB0DD21\Frame 0 - 1023

1924.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F1CFCD113188A49D379020BE3AB0DD21\Info.plist

1925.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F31F404F31017F90ADB38575B907DCE6\Frame 0 - 1023

1926.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F31F404F31017F90ADB38575B907DCE6\Info.plist

1927.  E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F048E739A1D43974D8565224FABCB9C3\Frame 0 - 1023

MYERS R-RFP1 11478

1928. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F048E739A1D43974D8565224FABCB9C3\Info.plist
1929. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F68F66AF0C7E2D8DB18B0C74A77FA152\Frame 0 - 1023
1930. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F68F66AF0C7E2D8DB18B0C74A77FA152\Info.plist
1931. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F92FB61C7553E9DF2E2DEA27A7D233C3\Frame 0 - 1023
1932. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F92FB61C7553E9DF2E2DEA27A7D233C3\Info.plist
1933. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F592F5783E0B1CC4C0E68E72E43C33F1\Frame 0 - 1023
1934. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F592F5783E0B1CC4C0E68E72E43C33F1\Info.plist
1935. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F6419AF836E44BE750DB307823AD8E4A\Frame 0 - 1023
1936. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F6419AF836E44BE750DB307823AD8E4A\Info.plist
1937. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F55771BDF5981C96244D5F8C9F7A1C61\Frame 0 - 1023
1938. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F55771BDF5981C96244D5F8C9F7A1C61\Info.plist
1939. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F4465780FD5101B29928403F1AF4A516\Frame 0 - 1023
1940. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\F4465780FD5101B29928403F1AF4A516\Info.plist
1941. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB14A2748B1E3DDA8FF35EC458A4573C\Frame 0 - 1023
1942. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB14A2748B1E3DDA8FF35EC458A4573C\Info.plist
1943. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB34F16191 3C2235F46F010FFA4DD1A7\Frame 0 - 1023

1944. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB34F161913C2235F46F010FFA4DD1A7\Info.plist
1945. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB75B903FC115E0AAA4CD5CAF4EE87D7\Frame 0 - 1023
1946. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FB75B903FC115E0AAA4CD5CAF4EE87D7\Info.plist
1947. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FEA4FBFAF89FD87F63FB298E7CEC620A\Frame 0 - 1023
1948. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FEA4FBFAF89FD87F63FB298E7CEC620A\Info.plist
1949. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FEC738031FA2E43A1B32B03783104070\Frame 0 - 1023
1950. E:\iMac\Movies\Lecture 8 27 129\Render Files\Thumbnail
Media\FEC738031FA2E43A1B32B0378310407D\Info.plist
1951. E:\iMac\Movies\Lecture 8 27 129\Shared Items\eUYM8k31Tra+S3fkWeIXzQ\ShareStatus.plist
1952. E:\iMac\Movies\Lecture 8 27 129\CurrentVersion.imovieevent
1953. E:\iMac\Movies\My Movie\Analysis Files\Stabilization\C0001
1954. E:\iMac\Movies\My Movie\My Movie\ Backup.imovieevent
1955. E:\iMac\Movies\My Movie\My Movie\CurrentVersion.imovieevent
1956. E:\iMac\Movies\My Movie\Original Media\C0001.mov
1957. E:\iMac\Movies\My Movie\Original Media\C0004.mov
1958. E:\iMac\Movies\My Movie\Original Media\C0006.mov
1959. E:\iMac\Movies\My Movie\Original Media\C0009.mov
1960. E:\iMac\Movies\My Movie\Original Media\C0012.mov
1961. E:\iMac\Movies\My Movie\Original Media\C0013.mov
1962. E:\iMac\Movies\My Movie\Original Media\C0014.mov
1963. E:\iMac\Movies\My Movie\Original Media\C0022.mp4
1964. E:\iMac\Movies\My Movie\Render Files\Peaks Data\6D137604E00FB845A6E8063A094CFA5D\Frame 0 -
1023
1965. E:\iMac\Movies\My Movie\Render Files\Peaks Data\6D137604E00FB845A6E8063A094CFA5D\Info.plist
1966. E:\iMac\Movies\My Movie\Render Files\Peaks Data\7BC7A165B84C0AC6D1EEF6D2FD0B0A9C\Frame 0 -
1023
1967. E:\iMac\Movies\My Movie\Render Files\Peaks Data\7BC7A165B84C0AC6D1EEF6D2FD0B0A9C\Info.plist

1968.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\63F17E94343E1C436691952226F8050C\Frame 0 - 1023
1969.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\63F17E94343E1C436691952226F8050C\Info.plist
1970.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\63FAE2A79EA8EDFE079AA17AF6932BD9\Frame 0 -
       1023
1971.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\63FAE2A79EA8EDFE079AA17AF6932BD9\Info.plist
1972.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\268E488CEA849E84F5F76D884EC66C1\Frame 0 -
       1023
1973.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\268E488CEA849E84F5F76D884EC66C1\Info.plist
1974.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\906755FAC7ACC23109E835B2CDEAA6CC\Frame 0 -
       1023
1975.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\906755FAC7ACC23109E835B2CDEAA6CC\Info.plist
1976.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\BF9389B74528828A51C20681E8A24E94\Frame 0 -
       1023
1977.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\BF9389B74528828A51C20681E8A24E94\Info.plist
1978.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\D6DB3E41F8F4527D383A000DC325788B\Frame 0 -
       1023
1979.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\D6DB3E41F8F4527D383A000DC325788B\Info.plist
1980.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\ED0AA9EAB9A586FAFE23FC57733B107D\Frame 0 -
       1023
1981.  E:\iMac\Movies\My Movie\Render Files\Peaks Data\ED0AA9EAB9A586FAFE23FC57733B107D\Info.plist
1982.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
       10240 - 11263
1983.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
       11264 - 12287
1984.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
       12288 - 13311
1985.  E:\iMac\Movies\My Movie\Render Files\Thumbnail
       Media\0B3F32A75D35730E12270D8737375D85\Info.plist
1986.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame 0
       - 1023
1987.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
       1024 - 2047

MYERS R-RFP1 11480

1988.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
2048 - 3071

1989.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
3072 - 4095

1990.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
4096 - 5119

1991.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
5120 - 6143

1992.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
6144 - 7167

1993.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
7168 - 8191

1994.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
8192 - 9215

1995.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\0B3F32A75D35730E12270D8737375D85\Frame
9216 - 10239

1996.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame
0 - 1023

1997.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame
1024 - 2047

1998.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame
2048 - 3071

1999.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame
3072 - 4095

2000.  E:\iMac\Movies\My Movie\Render Files\Thumbnail
Media\934AAB31F2300BC5BE3C2202D83635D3\Info.plist

2001.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame
12288 - 13311

2002.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame
13312 - 14335

2003.  E:\iMac\Movies\My Movie\Render Files\Thumbnail
Media\5146661EA80F0E240E2101C38E72568D\Info.plist

MYERS R-RFP1 11481

2004.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 0 - 1023

2005.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 1024 - 2047

2006.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 2048 - 3071

2007.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 3072 - 4095

2008.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 4096 - 5119

2009.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 5120 - 6143

2010.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 6144 - 7167

2011.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 7168 - 8191

2012.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 8192 - 9215

2013.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 9216 - 10239

2014.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 10240 - 11263

2015.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\5146661EA80F0E240E2101C38E72568D\Frame 11264 - 12287

2016.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A38C72183781FDCA458F47E8E3D7605C\Frame 0 - 1023

2017.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A38C72183781FDCA458F47E8E3D7605C\Info.plist

2018.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A993640867F923B5C193C98EE939C3F5\Frame 0 - 1023

2019.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A993640867F923B5C193C98EE939C3F5\Frame 1024 - 2047

MYERS R-RFP1 11482

2020. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A993640867F923B5C193C98EE939C3F5\Frame 2048 - 3071

2021. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A993640867F923B5C193C98EE939C3F5\Frame 3072 - 4095

2022. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\A993640867F923B5C193C98EE939C3F5\Info.plist

2023. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\AAB2027A410CB4771B76C169D5D926FA\Frame 0 - 1023

2024. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\AAB2027A410CB4771B76C169D5D926FA\Frame 1024 - 2047

2025. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\AAB2027A410CB4771B76C169D5D926FA\Frame 2048 - 3071

2026. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\AAB2027A410CB4771B76C169D5D926FA\Info.plist

2027. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 13312 - 14335

2028. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 14336 - 15359

2029. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 15360 - 16383

2030. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 16384 - 17407

2031. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Info.plist

2032. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 0 - 1023

2033. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 1024 - 2047

2034. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 2048 - 3071

2035. E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame 3072 - 4095

MYERS R-RFP1 11483

2036.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
4096 - 5119
2037.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
5120 - 6143
2038.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
6144 - 7167
2039.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
7168 - 8191
2040.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
8192 - 9215
2041.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
9216 - 10239
2042.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
10240 - 11263
2043.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\B59572C67F21A5885D8671343F9B1C19\Frame
12288 - 13311
2044.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\D336B965C89C601D1F0CD21045970F8E\Frame
0 - 1023
2045.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\D336B965C89C601D1F0CD21045970F8E\Frame
1024 - 2047
2046.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\D336B965C89C601D1F0CD21045970F8E\Frame
2048 - 3071
2047.  E:\iMac\Movies\My Movie\Render Files\Thumbnail Media\D336B965C89C601D1F0CD21045970F8E\Frame
3072 - 4095
2048.  E:\iMac\Movies\My Movie\Render Files\Thumbnail
Media\D336B965C89C601D1F0CD21045970F8E\Info.plist
2049.  E:\iMac\Movies\My Movie\Shared Items\1MK2kD16QJGmAHB+bSfgzA\ShareStatus.plist
2050.  E:\iMac\Movies\My Movie\CurrentVersion.imovieevent
2051.  E:\iMac\Movies\seminar 1\Render Files\Peaks Data\DE1CE24D7F81C3A806D8ACF7B72C5E25\Frame 0 -
1023
2052.  E:\iMac\Movies\seminar 1\Render Files\Peaks Data\DE1CE24D7F81C3A806D8ACF7B72C5E25\Info.plist
2053.  E:\iMac\Movies\seminar 1\Render Files\Peaks Data\E2EF8EB5E800E78CDCD2C0311C2E0020\Frame 0 -
1023

MYERS R-RFP1 11484

OIE Investigative Report 2019-00251.pdf

2054. E:\iMac\Movies\seminar 1\Render Files\Peaks Data\E2EF8EB5E800E78CDCD2C0311C2E0020\Info.plist
2055. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Frame 0
- 1023
2056. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Frame
1024 - 2047
2057. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Frame
2048 - 3071
2058. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\1E732411F4A4E8F634F57CD321FF045A\Frame
3072 - 4095
2059. E:\iMac\Movies\seminar 1\Render Files\Thumbnail
Media\1E732411F4A4E8F634F57CD321FF045A\Info.plist
2060. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
14336 - 15359
2061. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
15360 - 16383
2062. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
16384 - 17407
2063. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
17408 - 18431
2064. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
18432 - 19455
2065. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
19456 - 20479
2066. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
20480 - 21503
2067. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
21504 - 22527
2068. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
22528 - 23551
2069. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
23552 - 24575
2070. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008F68E33BCBC505D5735CDB449797C9\Frame
24576 - 25599

MYERS R-RFP1 11485

OIE Investigative Report 2019-00251.pdf

2071. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 25600 - 26623
2072. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 26624 - 27647
2073. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 27648 - 28671
2074. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 28672 - 29695
2075. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 29696 - 30719
2076. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 30720 - 31743
2077. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 31744 - 32767
2078. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 32768 - 33791
2079. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 33792 - 34815
2080. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 34816 - 35839
2081. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 35840 - 36863
2082. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 36864 - 37887
2083. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 37888 - 38911
2084. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 38912 - 39935
2085. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 39936 - 40959
2086. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 40960 - 41983

MYERS R-RFP1 11486

2087.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 41984 - 43007
2088.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 43008 - 44031
2089.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 44032 - 45055
2090.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 45056 - 46079
2091.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 46080 - 47103
2092.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 47104 - 48127
2093.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 48128 - 49151
2094.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 49152 - 50175
2095.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 50176 - 51199
2096.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 51200 - 52223
2097.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 52224 - 53247
2098.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 53248 - 54271
2099.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 54272 - 55295
2100.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 55296 - 56319
2101.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 56320 - 57343
2102.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 57344 - 58367

Page 180 of 191

MYERS R-RFP1 11487

2103. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
58368 - 59391

2104. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
59392 - 60415

2105. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
60416 - 61439

2106. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
61440 - 62463

2107. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
62464 - 63487

2108. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
63488 - 64511

2109. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
64512 - 65535

2110. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
65536 - 66559

2111. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
66560 - 67583

2112. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
67584 - 68607

2113. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
68608 - 69631

2114. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
69632 - 70655

2115. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
70656 - 71679

2116. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
71680 - 72703

2117. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
72704 - 73727

2118. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame
73728 - 74751

MYERS R-RFP1 11488

2119. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 74752 - 75775
2120. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 75776 - 76799
2121. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 76800 - 77823
2122. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 77824 - 78847
2123. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 79872 - 80895
2124. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 80896 - 81919
2125. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 81920 - 82943
2126. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 82944 - 83967
2127. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 83968 - 84991
2128. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 84992 - 86015
2129. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 86016 - 87039
2130. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 87040 - 88063
2131. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 88064 - 89087
2132. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 89088 - 90111
2133. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 90112 - 91135
2134. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 92160 - 93183

MYERS R-RFP1 11489

2135. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 93184 - 94207
2136. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 94208 - 95231
2137. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 95232 - 96255
2138. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 96256 - 97279
2139. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 97280 - 98303
2140. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 98304 - 99327
2141. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 99328 - 100351
2142. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 100352 - 101375
2143. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 101376 - 102399
2144. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 102400 - 103423
2145. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 103424 - 104447
2146. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 104448 - 105471
2147. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 105472 - 106495
2148. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 106496 - 107519
2149. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 107520 - 108543
2150. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 108544 - 109567

MYERS R-RFP1 11490

2151.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 109568 - 110591
2152.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 110592 - 111615
2153.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 111616 - 112639
2154.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 112640 - 113663
2155.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 113664 - 114687
2156.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 114688 - 115711
2157.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 115736 - 117759
2158.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 117760 - 118783
2159.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 118784 - 119807
2160.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 119808 - 120831
2161.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 120832 - 121855
2162.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Info.plist
2163.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 0 - 1023
2164.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 1024 - 2047
2165.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 2048 - 3071
2166.  E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 3072 - 4095

MYERS R-RFP1 11491

Page 184 of 191

OIE Investigative Report 2019-00251.pdf

2167. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 4096 - 5119
2168. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 5120 - 6143
2169. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 6144 - 7167
2170. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 7168 - 8191
2171. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 8192 - 9215
2172. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 9216 - 10239
2173. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 10240 - 11263
2174. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 11264 - 12287
2175. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 12288 - 13311
2176. E:\iMac\Movies\seminar 1\Render Files\Thumbnail Media\008E68E33BCBC505D5735CDB449797C9\Frame 13312 - 14335
2177. E:\iMac\Movies\seminar 1\seminar 1\Backup.imovieevent
2178. E:\iMac\Movies\seminar 1\seminar 1\CurrentVersion.imovieevent
2179. E:\iMac\Movies\seminar 1\Shared Items\rlJKV1TjR16r49W349ldA\ShareStatus.plist
2180. E:\iMac\Movies\seminar 1\CurrentVersion.imovieevent
2181. E:\iMac\Movies\Testing\Analysis Files\Stabilization\C0021
2182. E:\iMac\Movies\Testing\Original Media\C0021.mov
2183. E:\iMac\Movies\Testing\Original Media\Nightcore – Underwater Beats (Royal Free Beats).mp3
2184. E:\iMac\Movies\Testing\Render Files\Peaks Data\4BC63762F87AE0FA830518D73336A0BF0\Frame 0 - 1023
2185. E:\iMac\Movies\Testing\Render Files\Peaks Data\4BC63762F87AE0FA830518D73336A0BF0\Info.plist
2186. E:\iMac\Movies\Testing\Render Files\Peaks Data\4EB8998D816D077D7F6CF07D142E9595\Frame 0 - 1023
2187. E:\iMac\Movies\Testing\Render Files\Peaks Data\4EB8998D816D077D7F6CF07D142E9595\Info.plist
2188. E:\iMac\Movies\Testing\Render Files\Peaks Data\9E8B57425FA48ACA6F5483AD5B8D52FC\Frame 0 - 1023
2189. E:\iMac\Movies\Testing\Render Files\Peaks Data\9E8B57425FA48ACA6F5483AD5B8D52FC\Info.plist

MYERS R-RFP1 11492

2190. E:\iMac\Movies\Testing\Render Files\Peaks Data\70ADDB2E003C75FFAA08EF31BDF02596\Frame 0 - 1023
2191. E:\iMac\Movies\Testing\Render Files\Peaks Data\70ADDB2E003C75FFAA08EF31BDF02596\Info.plist
2192. E:\iMac\Movies\Testing\Render Files\Peaks Data\80BAF18A1DE2A9398039AD30A64117FA\Frame 0 - 1023
2193. E:\iMac\Movies\Testing\Render Files\Peaks Data\80BAF18A1DE2A9398039AD30A64117FA\Info.plist
2194. E:\iMac\Movies\Testing\Render Files\Peaks Data\139C0D01CDB6DB54D7B92EE2986C2B61\Frame 0 - 1023
2195. E:\iMac\Movies\Testing\Render Files\Peaks Data\139C0D01CDB6DB54D7B92EE2986C2B61\Info.plist
2196. E:\iMac\Movies\Testing\Render Files\Peaks Data\5775B53015D9812947C9F285521A4856\Frame 0 - 1023
2197. E:\iMac\Movies\Testing\Render Files\Peaks Data\5775B53015D9812947C9F285521A4856\Info.plist
2198. E:\iMac\Movies\Testing\Render Files\Peaks Data\C1902FC51CF5845B6C38778A98D487DC\Frame 0 - 1023
2199. E:\iMac\Movies\Testing\Render Files\Peaks Data\C1902FC51CF5845B6C38778A98D487DC\Info.plist
2200. E:\iMac\Movies\Testing\Render Files\Peaks Data\CB478884686967850B4C7E8BE74C9E632\Frame 0 - 1023
2201. E:\iMac\Movies\Testing\Render Files\Peaks Data\CB478884686967850B4C7E8BE74C9E632\Info.plist
2202. E:\iMac\Movies\Testing\Render Files\Peaks Data\D13A9D7A86635AE0122B242FA0E37E24\Frame 0 - 1023
2203. E:\iMac\Movies\Testing\Render Files\Peaks Data\D13A9D7A86635AE0122B242FA0E37E24\Info.plist
2204. E:\iMac\Movies\Testing\Render Files\Peaks Data\DF73E652472171A647FD5FCC007486F0FE\Frame 0 - 1023
2205. E:\iMac\Movies\Testing\Render Files\Peaks Data\DF73E652472171A647FD5FCC007486F0FE\Info.plist
2206. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A500D0808B3D65BF9D6AD43755ADA2F\Frame 0 - 1023
2207. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A500D0808B3D65BF9D6AD43755ADA2F\Info.plist
2208. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\1F67A1DCA0725C75FE480931E044F6A4\Frame 0 - 1023
2209. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\1F67A1DCA0725C75FE480931E044F6A4\Info.plist
2210. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\3AE798BE3977DC75D906C34E966B6995\Frame 1024 - 2047
2211. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\3AE798BE3977DC75D906C34E966B6995\Frame 2048 - 3071
2212. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\3AE798BE3977DC75D906C34E966B6995\Info.plist
2213. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\3BC2DBF787520AF34C5E7EE954AE0F3E\Frame 3072 - 4095
2214. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\3BC2DBF787520AF34C5E7EE954AE0F3E\Info.plist
2215. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\4D929B424642F70A63EB1AA88A1D3A28\Frame 0 - 1023

2216.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\4D929B424642F70A63EB1AA88A1D3A28\Info.plist
2217.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6AFB98053570F2841B4A1894A1D65333\Info.plist
2218.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6AFB98053570F2841B4A1894A1D65333\Frame
1024 - 2047
2219.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6B3F2BF212101F6AB62868C416B4D9E8\Frame 0 -
1023
2220.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6B3F2BF212101F6AB62868C416B4D9E8\Info.plist
2221.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7F3A9497DAF4F14A0897412C0E0F3668\Frame 0 -
1023
2222.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7F3A9497DAF4F14A0897412C0E0F3668\Frame
1024 - 2047
2223.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7F3A9497DAF4F14A0897412C0E0F3668\Frame
3072 - 4095
2224.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7F3A9497DAF4F14A0897412C0E0F3668\Info.plist
2225.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\10E4A32AE9F18D5590785842E91979A7\Frame 0 -
1023
2226.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\10E4A32AE9F18D5590785842E91979A7\Info.plist
2227.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\55DF109812A32A6B75AEE952E0A0E1D3\Frame 0
- 1023
2228.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\55DF109812A32A6B75AEE952E0A0E1D3\Info.plist
2229.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\57BB7B858C779D4A9D0497AB6A610460\Frame 0 -
1023
2230.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\57BB7B858C779D4A9D0497AB6A610460\Info.plist
2231.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\70EDB6C20059A37D80D1F868F1ACCBA2\Frame 0
- 1023
2232.  E:\iMac\Movies\Testing\Render Files\Thumbnail
Media\70EDB6C20059A37D80D1F868F1ACCBA2\Info.plist
2233.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 0 -
1023
2234.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame
1024 - 2047
2235.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame
2048 - 3071

MYERS R-RFP1 11494

OIE Investigative Report 2019-00251.pdf

2236. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 3072 - 4095
2237. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 4096 - 5119
2238. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 5120 - 6143
2239. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 6144 - 7167
2240. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Frame 7168 - 8191
2241. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\88F011E2861ED82DCA3705A35300180D\Info.plist
2242. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 1024 - 2047
2243. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Frame 2048 - 3071
2244. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\660AE0816BC3BDE3F0F399DF2D460870\Info.plist
2245. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame 0 - 1023
2246. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame 1024 - 2047
2247. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame 2048 - 3071
2248. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Frame 3072 - 4095
2249. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\934AAB31F2300BC5BE3C2202D83635D3\Info.plist
2250. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\1813F00560CC57B8CC4FFDE5BE5B2C60\Frame 0 - 1023
2251. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\1813F00560CC57B8CC4FFDE5BE5B2C60\Info.plist
2252. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6040D31A59AF5FA0D254AAE48155D680\Frame 0 - 1023
2253. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\6040D31A59AF5FA0D254AAE48155D680\Info.plist
2254. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\8434DC39DBCB6B8164E2D1D639DF614C\Frame 0 - 1023

MYERS R-RFP1 11495

2255.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\8434DC39DBCB6B8164E2D1ID639DF614C\Info.plist

2256.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7767983D905FC8DA1836FA82022DAFDE\Frame 0 - 1023

2257.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\7767983D905FC8DA1836FA82022DAFDE\Info.plist

2258.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\5564336774B119334D7001D0DACEDC2E\Frame 0 - 1023

2259.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\5564336774B119334D7001D0DACEDC2E\Frame 1024 - 2047

2260.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\5564336774B119334D7001D0DACEDC2E\Frame 2048 - 3071

2261.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\5564336774B119334D7001D0DACEDC2E\Frame 3072 - 4095

2262.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\5564336774B119334D7001D0DACEDC2E\Info.plist

2263.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A3F981C1AD20C2E5F652240099BD9E88\Frame 2048 - 3071

2264.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A3F981C1AD20C2E5F652240099BD9E88\Info.plist

2265.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A9C49CA8A5BAB6A1B71A226B5A92B55D\Frame 1024 - 2047

2266.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A9C49CA8A5BAB6A1B71A226B5A92B55D\Info.plist

2267.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A9129867DBFB870E8D05DB12717E3C18\Frame 0 - 1023

2268.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\A9129867DBFB870E8D05DB12717E3C18\Info.plist

2269.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B4E77E2DFA1E18A227F782364A0A685\Frame 0 - 1023

2270.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B4E77E2DFA1E18A227F782364A0A685\Info.plist

2271.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B210F273C008853C6C490B28F68CEB34\Frame 3072 - 4095

2272.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B210F273C008853C6C490B28F68CEB34\Info.plist

2273.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B935A08A1B4F95E6D78320BDD854B675\Frame 0 - 1023

2274.  E:\iMac\Movies\Testing\Render Files\Thumbnail Media\B935A08A1B4F95E6D78320BDD854B675\Info.plist

MYERS R-RFP1 11496

2275. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\BAD371ADB8F93C98C5ECD8617EA5058B\Frame 0 - 1023

2276. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\BAD371ADB8F93C98C5ECD8617EA5058B\Info.plist

2277. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\CB1D88772EB9B888A6050FC581C94F09\Frame 0 - 1023

2278. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\CB1D88772EB9B888A6050FC581C94F09\Info.plist

2279. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\DE415AE969BB3FC1E08686168\Frame 0 - 1023

2280. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\DE415AE969BB3FC1E08686168\Info.plist

2281. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\E60B205EB33635E2713C217BB06F79AD\Frame 0 - 1023

2282. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\E60B205EB33635E2713C217BB06F79AD\Info.plist

2283. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\ED7D6484248\Frame 0 - 1023

2284. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\ED7D6484248\Frame 3072 - 4095

2285. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\ED7D6484248\Info.plist

2286. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\F08ACCD452555006500\Frame 2048 - 3071

2287. E:\iMac\Movies\Testing\Render Files\Thumbnail Media\F08ACCD452555006500\Info.plist

2288. E:\iMac\Movies\Testing\Testing\Backup.imovieevent

2289. E:\iMac\Movies\Testing\Testing\CurrentVersion.imovieevent

2290. E:\iMac\Movies\Testing\CurrentVersion.imovieevent

**Insta360 Video Camera**

1. E:\Insta360\Videos\VID_20190911_131115_00_016[705069].insv
2. E:\Insta360\Videos\VID_20190911_131115_10_016[705070].insv
3. E:\Insta360\Videos\VID_20190911_131332_00_021[705075].insv
4. E:\Insta360\Videos\VID_20190911_131332_10_021[705076].insv
5. E:\Insta360\Videos\VID_20190911_131526_00_022[705077].insv
6. E:\Insta360\Videos\VID_20190911_131526_10_022[705078].insv
7. E:\Insta360\Videos\VID_20190912_144827_00_023[705079].insv

MYERS R-RFP1 11497

OIE Investigative Report 2019-00251.pdf