**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                                 Date of Birth: 1

## Psychiatric Diagnostic Evaluation

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

Telehealth visit, informed consent obtained and patient location verified.

**Chief Complaint:** anxiety and depression, states he is here today to start an antidepressant

location:

ORLANDO FL 32828
Preferred: (407)         (Cell)

**History of Present Illness:** Patient informed at the beginning of the appointment that this writer is leaving LifeStance and any follow-up after this appointment will be with another prescribing clinician to ensure continuity of care. Patient consents to continuing interview.

Patient presents today for evaluation and medication management. He is ☐a new client to LifeStance Health. Please see the remainder of this note for details regarding provided past psychiatric and medical history.

Charles Negy, PhD states that he is a "data driven scientist" and reports he is here today to address mood and anxiety symptoms following termination from his previous place of employment in the context of the expression of his ideas.

The patient endorses restlessness or feeling keyed up or on edge (apprehensive expectation), being easily fatigued, difficulty concentrating, irritability, muscle tension, sleep disturbance (difficulty with onset and midcycle awakening) consistently for >3 weeks in the most recent 6 month time period. See GAD7 regarding severity.

Furthermore, the patient endorses the following depressive symptoms: feeling "depressed," poor sleep, anhedonia, decreased energy, decreased concentration, and poor appetite. He endorses intermittent passive Suicidal Ideations without intent, he is vague about specific content of the ideation. He is hopeful and affirms he is in a state in which he could reach out for help from his support network, call 911 or go to the nearest emergency room if there were an emergency, and for non-emergent, but urgent matters, will schedule sooner urgent appointments with LifeStance Health.

**Medications**
Current Medications: none at the moment.
Past Psychiatric Medications: none,
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: none

NEGY000052

**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                                 Date of Birth:

**Review of Systems:**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.
Musculoskeletal: "herniated disc," "sciatic nerve" pain

**Past Medical, Psychiatric, Family and Social History**
History Provided: Charles Negy
Relationship to Patient: Self.

**Behavioral Health History**
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.

History or Prior Diagnosis:
Patient:
Family:

Additional Details About Treatment of Any of the Above: denies

**Medical History**
Primary Care Physician: Yes. Name/Phone: Annette Cabiac
Date of Last Physical Exam: November 2020
Date of Last Dental Exam: 2019
Date of Last Vision Exam: 2020
Additional Healthcare Providers: No.

History or Prior Diagnosis:
Patient:
Family: Cancer: Father. Diabetes: Sibling. Heart Disease: Sibling. High Blood Pressure: Sibling.
Additional Past Medical History: none reported

Psychosocial History: no past psych hospitalization
Cultural/Ethnic/Spiritual Considerations/Identities: "I'm Hispanic (Tex-Mex) and gay.  But my life does not revolve around those identities."
Relationship Status: Married.
Current Living Situation/Psychosocial Stressors: My husband, disabled older brother, and ex-wife (my husband and I were forced to sell our house immediately upon being fired in January, and are living in the house of my ex-wife).
Personal Strengths: "Reasonably rational/logical. Fairly strong, emotionally."
Current or Past Legal Issues: Yes. See HPI.
Gender Identity: Male
Sex Assigned at Birth: Male
Sexual Orientation: Gay

Substance Use History:
Alcohol Use: No.

Substance Use: No current or past substance use.

NEGY000053

**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                                Date of Birth:

Smoking Status: Non-smoker.
Vaping: No.
Others Smoking in the Home: No.

Number of Drinks Containing Caffeine on a Typical Day: 3-4 drinks.

Food/Exercise History:
Exercise Frequency: 5+x/week.
Concerns about eating or exercise habits: No.

Educational History:
Highest Education Completed: Graduate degree.
Current Student: No.

Occupational History:
Occupation: former university professor
Length of Employment: 22 years
Employer: University of Central Florida
Number of Positions in Past 5 Years: one

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

Pain Assessment
Current Pain:
Emotional or Physical Pain:

**Mental Status Exam**
Vitals:
Mood: See HPI.
Affect: full range, smirking at times, including immediately upon initiation of the telemedicine video. Mood-congruent overall.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
Gait: Modified for telehealth; seated, upright posture, extension of arms. No abnormal movements. No psychomotor slowing.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: age appropriate/age appropriate

NEGY000054

**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                                                     Date of Birth:

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Depression. Chronic. Severity: High severity.

**Medical Decision-Making**
Documentation to Support Medical Decision Making: See LifeStance Adult Questionnaire, GAD7, PHQ9, CAGE-AID screening.

Assessments:
GAD-7 = 11
PHQ-9 =

**Assessment and Plan**
Assessment/Functional Status: 60yoM whose history and presentation are consistent with MDD and GAD. I expressed my concern in what appeared to be little interest in cultivating activities outside of his profession as this may exacerbate and perpetuate mood and anxiety symptoms. He states that much of his identity was in his work, so this does not appear to be a consequence of the depression or anxiety upon initial impression.

Goals and Plan:
Medication:
    Start: Prozac 20mg by mouth qdaily
    Continue:
    Discontinue:
    PRN Medication:
Adjunct Treatment: Recommended cognitive behavioral therapy, discussed care with LifeStance or www.psychologytoday.com as a resource for finding a therapist.
Collaborate with: PCP as indicated

Lifestyle/Behavior Modification: recommended hobbies, physical exercise, good nutrition.
If symptoms do not improve or recur, consider: increasing dose, switching to another SSRI.
Follow up In:  1 to 1.5 months with another clinician as this writer is leaving LifeStance

Patient Instruction/Education Provided:
Factors contributing to wellness, behavioral activation

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

SSRIs - Reviewed risks, benefits and side effects including but not limited to: nausea; nervousness; agitation or restlessness; dizziness; drowsiness; reduced sexual desire or difficulty reaching orgasm or inability to maintain an erection (erectile dysfunction); insomnia; weight gain or loss; headache; increased risk for seizures; serotonin syndrome; black box warning; increased risk for suicidality; mania. Discontinuation syndrome.

NEGY000055

**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                                 Date of Birth: 1

Patient Instructions: Visit Summary
Prescriptions:
SIG: Prozac 20 mg oral capsule, 30 days, Dispense #30 Capsule, 1 Refills
Directions: Take 1 oral capsule once a day


**Diagnoses**
 F41.1 GENERALIZED ANXIETY DISORDER
 F32.2 MAJ DEPRESS 1 EPIS SEV W/O PSYCHOT

Present at Session:  Patient.

Telehealth visit, informed consent obtained and patient location verified.

Modality: Individual.
Total Time: 40
Psychotherapy Type: Supportive Therapy, Psychoeducation, Behavior Modification
Psychotherapy Description: Empathetic listening, Psyco-education and helping patient express and clarify thoughts feelings and concerns.
Treatment planning, dealing with stressors.  Sleep hygiene and/or strategies to improve sleep

Nutrition and healthy food choices
Increasing daily exercise and physiological and psychological benefits.

Safety.

Psychotherapy Goals: Mitigation of symptoms



Electronically Signed:  JOHN RYDER on/at 4/25/2021 12:07:00 PM




**PATIENT HEALTH QUESTIONNAIRE (PHQ-9)**

*Over the last 2 weeks, how often have you been bothered by any of the following problems?*

1. *Little interest or pleasure in doing things*.
    Patient responded, Nearly Every Day

2. *Feeling down, depressed, or hopeless.*
    Patient responded, Nearly Every Day

3. *Trouble falling or staying asleep, or sleeping too much.*
    Patient responded, Nearly Every Day

NEGY000056

**PERSONAL RECOVERY NETWORK**
250 Corporate Center Ct Stockbridge, GA 30281-6388
Phone: (770) 389-8100  Fax: (770) 389-3030
John Ryder, MD
Visit Date: 04/23/2021

**Charles Negy**                                                              Date of Birth:

*4. Feeling tired or having little energy.*
   Patient responded, Nearly Every Day

*5. Poor appetite or overeating.*
   Patient responded, Several Days

*6. Feeling bad about yourself or that you are a failure or have let yourself or your family down.*
   Patient responded,  More Than Half the Days

*7. Trouble concentrating on things, such as reading the newspaper or watching television.*
   Patient responded,  More Than Half the Days

*8. Moving or speaking so slowly that other people could have noticed.  Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual.*
   Patient responded, Several Days

*9. Thoughts that you would be better off dead or of hurting yourself in some way.*
   Patient responded, Several Days

*10. If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people?*
   Somewhat Difficult


TOTAL SCORE: 19

NEGY000057

**PATIENT CHART -**
**NEGY, CHARLES**

ORLANDO FL  32828

DOB:            AGE: 60 yrs.  Acct#: