

**Charles Negy <charlesnegy@gmail.com>**

## updates

**Charles Negy** <charlesnegy@gmail.com>                                            Sun, Aug 9, 2020 at 4:51 PM
To: tr Harris <toni.harris357@gmail.com>

Hi, Tonnette:

Lots to say here. I'll *try* to be brief.

The meeting was brutal. 4 hours of non-stop probing of me. Keep in mind, ALL of these "complaints" were lodged against me ON or AFTER June 4th, when UCF sent out an open invitation to all current and former students to come forward with any complaints of "mistreatment" by me.

"A student complained that in the Fall of 2017, you spend a lot of class time looking at the women in class with whom you'd like to have sex. How do you respond to that?"

(30 minutes later...)

"A student complained that in Spring 2019, you spent much more time with male students in class than you did with female students. How do you respond to that?"

"Have you ever attended a new faculty orientation where you presented, and you directed attendees to start shouting out vulgar words at random, such as "cunt?""

Tonnette: these people have lost their minds.

Those types of questions went on for 4 hours (with just two 5-minute breaks). And we only covered the complaints related to "gender or sexual harassment/discrimination." We will meet again this Friday for 5 hours (9 a.m. to 2 p.m.) to address the complaints about religious and racial harassment/ discrimination.

My attorney was there, to a tune of $350 per hour, and she'll be present this upcoming Friday.

My attorney wants to --after we find out the outcome of this investigation--file a "First Amendment Retaliation" lawsuit against UCF.
Remember, ALL of this was a result of our current President publicly denouncing my twitter comments and quickly inviting complaints against me. Also, it was apparent at Friday's investigative hearing that they have dug through ALL of my background (gone through ALL of my emails, my WEBCOURSE communications with students, etc.).

They did not appear to want to bring up or discuss the investigation of me that you led in 2016, but I brought it up, just to remind them that I've already been investigated by their office 4 years ago and that the attorney from OIE visited my class to talk with the students, reviewed all of my powerpoint slides and interviewed me. I told them that the attorney dismissed the case because she concluded all that I say is within my rights of academic freedom. Nancy Myers only said, "Was that 'Tonnette Harris?'" (she pretended that she struggled to pronounce your name as if she did not know you). I simply said, "That is correct." (nothing else).

And she moved on.

I *continuously* reminded her after I denied one ridiculous claim by a student after another (filed on or after June 4th) that I've gone through all 4,000+ student comments in my student evaluations from 2016-2020 and *no one--not even the student who currently has lodged this complaint*--made mention of that alleged outrageous comment that supposedly I made during that semester. Just to remind the idiots that if I had said such egregious comments, surely other students would have reported it the semester it happened. And curiously, NONE of these 100s of complaints that I had to respond to were ever reported until on or after June 4th.

Bottom line:

NEGY000557

I will eventually find out if they find a reason to "punish" me. After next Friday, I have to hit the pause button with my current attorney and transition to the Union to represent me (won't cost me anything). And later, I hope (I hope with all of my heart), I can afford to initiate a lawsuit against UCF for retaliation against me for my constitutionally protected speech on twitter.

I hope you've had a good day. I'm sorry that you're having to work on a Sunday. I hope they are treating you well.

Hugs and kisses to you,
Charles

NEGY000558