

Charles Negy <charlesnegy@gmail.com>

---

**Please read (THANKS!)**

---

**Charles Negy** <charlesnegy@gmail.com>                                        Fri, Oct 2, 2020 at 6:02 PM
To: tr Harris <toni.harris357@gmail.com>

October 2, 2020

Hi, Tonnette:

I hope you and your family are well. I wanted to let you know that UCF has not yet made a decision about what, if anything, they will do to me in response to their "thorough investigation" into my classroom behavior.

I have a question for you that I hope you will entertain. And… give me your honest opinion over the phone soon (not in writing, to protect yourself).

If you were me, AND…UCF ends up NOT disciplining me explicitly, what would you do?

Please recall:

The UCF President was "abhorred" by my tweets.
He met with students and from that meeting, students were encouraged to lodge harassment and discrimination complaints about me (they had never done so before, but after their meeting with him, they got that idea to do so—ALL BECAUSE they don't like my coverage of their group in class).

The UCF President KNOWS that by framing students' "offense" of my comments in class as "racial harassment" and "racial discrimination," that would trigger a formal and serious investigation into that had no time limits and could carry serious consequences to me.

UCF sent out a massive email to ALL faculty across ALL disciplines discussing how "disgusting" and "racist" my tweets were and encouraging everyone to report—even anonymously—any racial harassment or discrimination committed by any UCF faculty or staff.  After discussing me and my "racist" tweets for 70% of the message, they conclude with a "generic" invitation for complaints (as if the solicitation was not about me).

UCF posted on their webpage a similar solicitation of complaints (talking about how "vile" and "racist" my tweets were and then closing with an invitation of complaints of discrimination about any faculty.

UCF sent an email to all of my Summer Session A students without me knowing it, telling them that they just opened another section of the course in case students wanted to opt out of my course AND that UCF was monitoring me for any inappropriate behavior.  (how's that for poisoning my students' attitudes toward me prior to the commencement of the course?).

I've been removed off of research projects and committees by both colleagues and students.

NEGY000559

On June 4th, UCF Police called me and notified me that students were coming to my home to protest and that the Orange Co. Sherriff's Department will be present. For me to not go outside or even better, leave home for my safety. I sent a message to UCF President Cartwright and Provost Michael Johnson telling them that I had just received that call and that it was THEIR rhetoric, *in part*, that was responsible for this level of abuse. I told them that they should make a public statement to students that protesting at people's private homes was unacceptable. The protest did not occur until 9 days later. UCF never put out a statement discouraging protests at my home.

UCF published its Summer 2020 magazine "Pegasus" in which the first two pages were about "racism on campus" and various segments on the first two pages were about me and my alleged discrimination in the classroom.

And their "investigative interview" of me lasted two days (4 hours on one day; 5 hours the 2nd day). Asking me about comments I've made in class from 2005 to 2020 (from 2005!). They also asked me questions that had nothing to do with racial or gender harassment/discrimination complaints. For example: Do you cuss in class? How often? What words do you say? Did you use any UCF equipment to write your latest book? Did you use any students to help you write your book? What did you do with the royalties? They were SEARCHING for anything they could get their hands on to find an excuse to discipline me.

Now…imagine if now, after 4 months of this investigation, they come back saying, "Our results are inconclusive," or…even "We do not find any substantive evidence of discrimination."

My name, and my career are ruined! I'm the "campus racist." What would you do? My current attorney thinks that in the absence of "explicit discipline" I probably have a weak case for a lawsuit.

I feel I've been abused in a huge way, and that UCF retaliated against my speech/ideas that they did not like. And they set out to investigate my entire 22 year history to see if they could find something to justify a punishment.

**Question: What would you do in my shoes, *if they do not explicitly discipline me?* Would you just let it go? Or would you file a lawsuit? If 'yes,' on what basis?**

**I thank you very much for giving me your most honest opinion on this. Thanks! Charles**

NEGY000560