# EXHIBIT A



# PLAINTIFF'S EXHIBIT LIST

__XX_ PLAINTIFF     ___ DEFENDANT          _____ JOINT

___ GOVERNMENT___ COURT

CASE NO.    6:23-cv-00666-CEM-DCI

STYLE:      CHARLES NEGY V. S. KENT BUTLER, ET AL.

#63652383 v2

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | Joint Statement: Addressing Intolerance in our Community, dated June 4, 2020, Cartwright 0124-0125 |
| | | | | | A Message from the Interim Dean, June 3, 2020, Dupras 0122-0123 |
| | | | | | A Message from the Interim Dean, June 4, 2020, Dupras 0133-0134 |
| | | | | | Notice of Allegations, July 17, 2020, Myers 0739-0742 |
| | | | | | OIE Investigative Report dated January 13, 2021, Dupras 999-1243 |
| | | | | | Notice of Termination, January 29, 2021, Johnson 3215-16 |
| | | | | | Notice of Intent to Terminate, January 13, 2021, Dupras 0966-0969 |
| | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email from Lindsay Neuberger to Johnson and Dupras, June 4, 2020, Dupras 1704-05 |
| | | | | **RELEVANCE** | Our Future Is Inclusion, June 2, 2020, Cartwright 0065-0066 |
| | | | | **HEARSAY** | Student Virtual Forum, June 4, 2020 |
| | | | | **HEARSAY** | Virtual Conversation on Race and Unity, June 5, 2020 |
| | | | | **RELEVANCE** | June 8, 2020, cabinet agenda Cartwright 0381 |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **HEARSAY, FED. R. EVID. 403, RELEVANCE** | Student Government Resolution Regarding Associate Professor Charles Negy's Employment Cartwright 2275-2277 |
| | | | | | **HEARSAY, FED. R. EVID. 403, RELEVANCE** | Draft of Remarks to Board of Trustees, June 18, 2020 Cartwright 0538-0548 |
| | | | | | **RELEVANCE, FED. R. EVID. 403, HEARSAY** | Email from Debra Copertino to Michael Johnson, July 17, 2020, Johnson 5069 |
| | | | | | **HEARSAY, RELEVANCE, AUTHENTICATION** | Email with Student Google Form asking people to "Report Professor Dr. Charles Negy," Johnson 0902-0904 |
| | | | | | **HEARSAY, FED. R. EVID. 403, RELEVANCE** | Email and attachments re: Leadership Open Forum, Nov. 23, 2020, Johnson 4711-21 |
| | | | | | **FED. R. EVID. 403, RELEVANCE** | Email from Negy to Cartwright, June 5, 2020 Cartwright 1395 |
| | | | | | **RELEVANCE, HEARSAY** | Email from Johnson to Negy, Dec. 2, 2016, Johnson 1753 |
| | | | | | **RELEVANCE** | Email correspondence between Negy and Johnson, February 12, 2018, Johnson 8156 |
| | | | | | **RELEVANCE, HEARSAY** | Email from Orlando Sentinel to Johnson, June 11, 2020, Johnson 1658 |
| | | | | | | November 2019 email correspondence between Negy, Johnson, and Jentsch, Johnson |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 8176-8177 |
| | | | | **NO DATE ON TWEETS** | Negy tweet, Johnson 0308 |
| | | | | | Negy tweet, Johnson 0630 |
| | | | | | Negy tweet, Johnson 0680 |
| | | | | | Emails between Johnson and Michael Westerveld, June 12 and June 24, 2020, Johnson 0343-0345 |
| | | | | **RELEVANCE, HEARSAY, FED. R. EDIV. 403** | Steering committee meeting agenda for August 20, 2020 Johnson 0535-0540 |
| | | | | **HEARSAY, RELEVANCE** | Email correspondence between Juan Lugo, Debra Copertino, Michael Johnson, Christine Dellert, Rhonda Bishop, and Nancy Myers discussing response to alumni complaint dated June 8 and June 9, 2020, Johnson 1830-1831 |
| | | | | **HEARSAY, RELEVANCE** | Email correspondence between Juan Lugo, Debra Copertino, Michael Johnson, Christine Dellert, Rhonda Bishop, and Nancy Myers discussing response to alumni complaint dated June 8, 9, 14, and 15 2020 Johnson 7678-7680 |
| | | | | **HEARSAY, RELEVANCE** | Email correspondence between Matt Ricke of the Office of Institutional Equity, Johnson, and Myers regarding Ricke's meeting with Student Google Form authors, Johnson 7655 |
| | | | | **HEARSAY, RELEVANCE** | Email from Laura Cole to Johnson, June 6, 2020, Johnson 8221 |
| | | | | **HEARSAY, RELEVANCE** | UFC Board of Trustees contact form dated January 27, 2021, Johnson 5246 |

#63652383 v2

|  |  |  |  |  | **HEARSAY, RELEVANCE** | Email from Rhonda Bishop to Dupras et al attaching draft notice of administrative leave, Jan. 5, 2021, Johnson 5864-5866 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Correspondence between Dupras and Negy, January 13, 2021 Cartwright 0945-0946 |
|  |  |  |  |  | **HEARSAY, FED. R. EVID. 403** | Witness statement, July 2, 2020 Myers 2601-2603 |
|  |  |  |  |  |  | Prohibition of Discrimination, Harassment, and Related Interpersonal Violence Myers 0001-0029 |
|  |  |  |  |  |  | Draft of Message from Interim Dean, June 4, 2020, Dupras 0942-0943 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Alumni complaints dated June 4 and June 6, 2020 Dupras 0323-0324 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email complaint dated June 7, 2020, from Charissa de Bekker Dupras 0411-0412 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email complaint from Nessette Falu dated June 4, 2020 Dupras 0439 and 0440 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email complaint from Morgan Clark-Gaynor dated June 8, 2020 Dupras 0428 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email exchange dated June 6, 2020, between David Dumke to Dupras, Dupras 0657 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email exchange between Dupras and alumni engagement office Dupras 1499-1502 |
|  |  |  |  |  | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Complaint email dated June 4, 2020, forwarded from Brooke Ford to Dupras, Dupras 1858-1859 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email dated June 6, 2020, from Dupras to Jentsch, Dupras 0662 |
| | | | | | **RELEVANCE** | Email exchange dated June 18, 2020, regarding a Distinguished Speaker Series, Dupras 1720-1723 |
| | | | | | **RELEVANCE** | Email complaint from Advent Health dated June 12, 2020 Dupras 1673-1675 |
| | | | | | **RELEVANCE** | Email response to Advent Health dated June 14, 2020 Dupras 1676-1679 |
| | | | | | **RELEVANCE** | Email exchange dated June 19, 2020, concerning psychology website with response Dupras 2348-2350 |
| | | | | | **RELEVANCE** | Email exchange dated July 2, 2024, from Judy Froehlich to Dupras et al., Dupras 1596-1597 |
| | | | | | **RELEVANCE** | Email exchange dated January 13, 2021, with final draft of letter of intent, Dupras 2007-2010 |
| | | | | | **RELEVANCE** | Email dated January 13, 2021, with attachment of OIE Investigative Report noted Cartwright 0552-0553 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Jonathan Matusitz investigative report dated June 4, 2018, Myers 5369-5392 |
| | | | | | **RELEVANCE** | Email exchange dated June 15, 2020, Johnson 1705-1706 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email dated June 18, 2020, from Myers to Ricke attaching anonymous complaints Myers 3424-3432 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Phone log 6/8/2020 Myers 2795 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Phone log 6/10/2020 Myers 2806 |

#63652383 v2

| | | | | | Objections | Description |
|---|---|---|---|---|---|---|
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403, LACK OF FOUNDATION** | Arbitration hearing transcript dated March 8, 9, 10, and 17th, 2022 |
| | | | | | | The University of Central Florida Office of Institutional Equity Investigation Procedures for on or after June 1, 2017 Myers 0323-0328 |
| | | | | | | UCF investigation procedures for on or after August 14, 2020, Myers 0310-0316 |
| | | | | | | Email exchange dated August 4 and 5, 2020 between Negy and Myers, Myers 0707-0709 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Phone log 6/11/2020 Myers 2813-2814 |
| | | | | | **HEARSAY, FED. R. EVID. 403** | Witness statement dated July 9, 2020, Myers 2628-2631 |
| | | | | | **HEARSAY, FED. R. EVID. 403** | Witness statement dated December 8, 2020, Myers 2785-2788 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Jonathan Matusitz investigative report dated August 2, 2018, Myers 5548-5575 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email exchange dated July 19, 2018, from Myers to Ricke regarding Matusitz investigation report, Myers 5971-5996 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email dated July 12, 2019, from Lauren Wallace to anonymous complainant regarding OIE Report 2018-00881 Myers 7612-7628 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email dated March 21, 2018, from Jennifer Sandoval to Dr. Robert Littlefield, Myers 5338 |

#63652383 v2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **HEARSAY, FED. R. EVID. 403** | Witness statement dated July 2, 2020, Myers 2601-2603 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email dated February 4, 2020, from Amber Abud to Stephanie Luke regarding OIE case 2018-01542, Myers 6771-6801 |
| | | | | | **RELEVANCE, LACK OF FOUNDATION** | Change.org petition re: Negy |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Phone log with change.org 6/10/2020, Myers 2808-2809 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Facebook post dated July 16, 2020 by Alissa Carmi |
| | | | | | **RELEVANCE, HEARSAY** | Email to Dupras, Provost, Johnson, and Mark Schlueb regarding Orlando Sentinel reporter dated June 2020 Johnson 5342-5344 |
| | | | | | **RELEVANCE, HEARSAY** | Email from Jentsch to the psychology department dated June 8th, Dupras 1302 |
| | | | | | **RELEVANCE, HEARSAY** | Draft email to psychology faculty from Jentsch to Dupras dated June 8, 2020, Dupras 1243-1244 |
| | | | | | **RELEVANCE, HEARSAY** | Email dated June 10, 2020, between Jentsch and Johnson Dupras 1306-1310 |
| | | | | | **RELEVANCE, LACK OF FOUNDATION** | Statement from psychology department to students regarding concerns about Negy's social media, Cartwright 0888-0889 |
| | | | | | **RELEVANCE, HEARSAY** | Email to Dupras, Charles Reilly, Nancy Myers, and Charlie Piper regarding response to the letter from the black faculty and staff Dupras 1517-1519 |
| | | | | | **RELEVANCE, HEARSAY** | Letter from Advent Health regarding Dr. Negy Dupras 1673-1675 |

#63652383 v2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **NEEDS BATES NUMBERS** | Negy annual evaluation 2019-2020 |
| | | | | | | Letter from Dupras to Negy dated January 5, 2021, giving notice of paid administrative leave, Dupras 0944-0945 |
| | | | | | **RELEVANCE, FED. R. EVID. 403** | Negy request to retrieve personal belongings, Dupras 1932-1933 |
| | | | | | **RELEVANCE, HEARSAY, LACK OF FOUNDATION** | University community campus climate conversation script Butler 1746-1753 |
| | | | | | **RELEVANCE, HEARSAY** | Email of support to S. Kent Butler for his email entitled Now Is Our Time to be Actively Anti-Racist, Butler 0001-0002 |
| | | | | | **RELEVANCE** | Email from Butler to Rhonda Bishop, June 4, 2020, Butler 0476-0477 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Complaint email from diversity and inclusion/Grace Garrison to OIE dated June 4, 2020, Butler 0220 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Summary of meetings with black RSO student leaders and black students, Butler 0169-0170 |
| | | | | | **RELEVANCE, HEARSAY** | Email from Johnson regarding cabinet meeting agenda for June 8, 2020, Butler 0827-0828 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Complaint email from Brittny James to S. Kent Butler dated June 4, 2020, and response, Butler 1447 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email correspondence between Constance Goodman and S. Kent Butler dated June 6, 2020; Butler 0785-0786 |
| | | | | | **RELEVANCE, HEARSAY** | Email chain from Andrea Gandy to S. Kent Butler regarding EICRT meeting dated June 12, 2020, Butler 1417-1418 |
| | | | | | **RELEVANCE, HEARSAY, FED.** | Email from S. Kent Butler dated 6/18/20 acknowledging the Student Government resolution |

#63652383 v2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | R. EVID. 403 | in support of Negy's termination Butler 1445-1446 |
| | | | | | RELEVANCE, HEARSAY, FED. R. EVID. 403 | Email from Jennifer Chavez to S. Kent Butler dated 7/12/20; response dated 7/27, Butler 0180 |
| | | | | | RELEVANCE, HEARSAY | Email chain from Christine Dellert to S. Kent Butler dated August 13, 2020, Butler 1728-1729 |
| | | | | | RELEVANCE, HEARSAY | June 1, 2020, email from Bishop to Cartwright and Mike Kilbride giving update on Negy inquiry Cartwright 1015-1016 |
| | | | | | RELEVANCE, HEARSAY, FED. R. EVID. 403 | Email correspondence between Ricke, Johnson, Myers dated June 19, 2021, Johnson 7657 |
| | | | | | NO BATES STAMP, RELEVANCE, HEARSAY, LACK OF FOUNDATION | Email chain between M. Johnson, C. Negy, and F. Jentsch January 15, 2020 |
| | | | | | VAGUE, NO BATES STAMPS, RELEVANCE | Negy medical records |
| | | | | | VAGUE, NO BATES STAMPS, RELEVANCE | Negy closing documents |
| | | | | | | Negy Dep., Ex. 13 Email to L. Bonham from Negy |
| | | | | | RELEVANCE, LACK OF FOUNDATION, HEARSAY | Letter from Jentsch and Johnson regarding employment offer dated May 22, 2019, Johnson 0739 |
| | | | | | RELEVANCE, HEARSAY | Email from Karen Montelone to Trustees dated June 10, 2020 Cartwright 1399 |

#63652383 v2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Email from Vanessa Romain dated June 4, 2020, Dupras 0023-0024 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | Investigative Report dated May 5, 2023, Myers 8125-8143 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | OIE Investigative Report dated October 3, 2018, Myers 9757-9778 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | OIE Investigative Report dated January 3, 2020, Myers 11308-11497 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403** | OIE Investigative Report dated May 14, 2024, Myers 11958-11971 |
| | | | | | **RELEVANCE, HEARSAY** | Psychiatric Diagnostic Evaluation, Negy 000052-000057 |
| | | | | | **RELEVANCE, HEARSAY, FED. R. EVID. 403, LACK OF FOUNDATION** | Arbitration Decision, Negy 000830-000840 |
| | | | | | **NEED FULL BATES STAMP, RELEVANCE, HEARSAY** | Email from Negy to Tonnette Harris dated August 9, 2020 000557-000558 |
| | | | | | **RELEVANCE, HEARSAY** | Email from Negy to Tonnette Harris dated October 2, 2020 Negy 000559-000560 |
| | | | | | | Deposition transcripts of all witnesses, *for impeachment purposes only* |

#63652383 v2