# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

   *Plaintiff,*

v.   CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA; in their official capacities; S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, NANCY MYERS, in their individual capacities,

   *Defendants*.

_____/

## DEFENDANTS' EXHIBIT LIST

Pursuant to Local Rule 3.06(b) and this Court's Case Management and Scheduling Order dated August 7, 2023 (Doc. 33), Defendants S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, and NANCY MYERS (collectively "Defendants"), by and through undersigned counsel, submit the following as their exhibit list in this case. Defendants reserve the right to amend this exhibit list.

| Ex. No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | A Message from the Interim Dean dated June 3, 2020 (Dupras_0122-123) |
| 2. | | | | | Email between Jentsch, Dupras, and Negy dated June 3, 2020 (Negy Depo. Ex. 3) |

#63400708 v3

| | | | | | |
|---|---|---|---|---|---|
| 3. | | | | | A Message from the Interim Dean by Dupras dated June 4, 2020 (Dupras_0004-05) |
| 4. | | | | | Addressing Intolerance in Our Community Statement by Butler, Cartwright and Johnson dated June 4, 2020 (Johnson_359-60) |
| 5. | | | | | Email between Johnson, Westerveld, Jentsch and Dupras dated June 24, 2020 (Johnson_343-45) |
| 6. | | | | | Notice of Investigation dated July 17, 2020 (Myers_739-42) |
| 7. | | | | | Letter from S. Harris to N. Myers dated July 21, 2020 (Myers_668-71) |
| 8. | | | | | Letter from N. Myers to S. Harris dated July 31, 2020 (Myers_672-75) |
| 9. | | | | | Email between Myers and Negy dated August 27, 2020 (Myers_703-05) |
| 10. | | | | | Email between Myers and Negy dated October 1, 2020 (Myers_663) |
| 11. | | | | | Email between Myers and Negy dated November 6, 2020 (Myers_664) |
| 12. | | | | | Email between Myers and Negy dated December 1, 2020 (Myers_665) |
| 13. | | | | | Email between Myers and Negy dated December 7, 2020 (Myers_665) |
| 14. | | | | | OIE Investigative Report dated January 13, 2021 (Myers_747-990) |
| 15. | | | | | Notice of Intent to Terminate dated January 13, 2021 (Dupras_0966-69) |

| | | | | | |
|---|---|---|---|---|---|
| 16. | | | | | Notice of Termination dated January 29, 2021 (Johnson_3215-16) |
| 17. | | | | | Email between Negy and Bonham dated May 21, 2022 (Negy_441) |
| 18. | | | | | Composite Twitter Posts (Negy Composite Deposition Ex. 6) |
| 19. | | | | | Prohibition of Discrimination, Harassment and Related Interpersonal Violence Policy, effective 11/30/2017, (Myers_30-59) |
| 20. | | | | | Prohibition of Discrimination, Harassment and Related Interpersonal Violence Policy, effective 08/30/2020, (Myers_60-89) |
| 21. | | | | | Prohibition of Discrimination, Harassment and Related Interpersonal Violence Policy, effective 10/14/2020, (Myers_90-119) |
| 22. | | | | | Reporting Misconduct and Protection from Retaliation, effective 10/4/2019, (Myers 202-08) |
| 23. | | | | | UCF-3.001 Non-Discrimination, Affirmative Action Programs (Myers 215-240) |
| 24. | | | | | UCF-3.0134 Complaints and Grievances Alleging Discrimination and Discriminatory Harassment or Retaliation (Meyers 241-253) |
| 25. | | | | | OIE Investigation Procedures, effective June 1, 2017 (Myers 323-34) |
| 26. | | | | | OIE Investigation Procedures, effective August 14, 2020 (Myers 310-322) |

#63400708 v3

| | | | | | | |
|---|---|---|---|---|---|---|
| 27. | | | | | | Email between Myers, Johnson and Bishop dated May 1, 2024 (Myers_1664-65) |
| 28. | | | | | | November 14, 2023 Negy Classroom complaint (Myers_1205-07, 1210-20) |
| 29. | | | | | | Complete OIE Investigative File for Negy |
| 30. | | | | | | Any and all Exhibits listed by Plaintiff, reserving objections |

Respectfully submitted on May 5, 2025.

/s/ *Richard L. Barry*
**RICHARD L. BARRY, ESQ.**
Florida Bar No. 360650
Richard.Barry@gray-robinson.com
Lead Trial Counsel
**KATHERINE W. KATZ, ESQ.**
Florida Bar No. 1022526
Katherine.Katz@gray-robinson.com
**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida   32802-3068
Telephone:   (407) 843-8880
Facsimile:   (407) 244-5690
*Counsel for Defendants*

**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462

#63400708 v3