# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

    *Plaintiff,*

v.                                                          CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA; in their official capacities; S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, NANCY MYERS, in their individual capacities,

    *Defendants.*
_____/

**PLAINTIFF'S TRIAL WITNESS LIST**

Pursuant to Local Rule 3.06(b) and this Court's Case Management and Scheduling Order dated August 7, 2023 (Doc. 33), Plaintiff CHARLES NEGY, by and through undersigned counsel, submits the following as its trial witness list in this case. Plaintiff reserves the right to amend this witness list.

    **A. Witnesses Likely to be Called by Plaintiff**

        1.    Michael Johnson
                 c/o GrayRobinson, P.A.
                 301 E. Pine Street, Suite 1400
                 Orlando, Florida 32801
                 (407) 843-8880

        2.    Alexander Cartwright
                 c/o GrayRobinson, P.A.
                 301 E. Pine Street, Suite 1400
                 Orlando, Florida 32801

        (407) 843-8880

3. Tosha Dupras
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

4. Nancy Myers
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

5. S. Kent Butler
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

6. Florian Jentsch
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

**B. Witnesses Who May be Called by Plaintiff**

1. Rhonda Bishop
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

Respectfully submitted on May 5, 2025.

/s/ Samantha K. Harris
SAMANTHA HARRIS (pro hac vice)
Allen Harris PLLC
P.O. Box 673
Narberth, PA 19072

Telephone: 610-634-8258
sharris@allenharrislaw.com


/s/ Joshua Engel
JOSHUA A. ENGEL (pro hac vice)
Engel & Martin, LLC
4660 Duke Drive, Ste 101
Mason, OH  45040
Telephone: 513-445-9600
engel@engelandmartin.com


/s/ David R. Osborne
DAVID R. OSBORNE
Florida Bar No.: 70186
Goldstein Law Partners, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL 32256
Telephone: 610-949-0444
dosborne@goldsteinlp.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 5, 2025, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on all parties of record.

/s/ Samantha K. Harris