# EXHIBIT D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES NEGY,

   *Plaintiff,*

v.	CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA; in their official capacities; S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, NANCY MYERS, in their individual capacities,

   *Defendants*.

_____/

## DEFENDANT'S TRIAL WITNESS LIST

Pursuant to Local Rule 3.06(b) and this Court's Case Management and Scheduling Order dated August 7, 2023 (Doc. 33), Defendants S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, and NANCY MYERS (collectively the "Defendants"), by and through undersigned counsel, submit the following as its trial witness list in this case. Defendants reserve the right to amend this witness list.

**A. Witnesses Likely to be Called by Defendant**

1. Charles Negy
   c/o Allen Harris, PLLC
   P.O. Box 673
   Narberth, PA 19072
   (610) 634-8258

2. Michael Johnson
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

3. Alexander Cartwright
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

4. Tosha Dupras
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

5. Nancy Myers
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

6. S. Kent Butler
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

7. Rhonda Bishop
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

**B. Witnesses Who May be Called by Defendant**

1. Charles Reilly
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

2. Florian Jentsch
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

3. Michael Kilbride
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

4. Charlie Piper
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

5. Chief Carl Metzger
c/o GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880

Respectfully submitted on May 5, 2025.

/s/ *Richard L. Barry*
**RICHARD L. BARRY, ESQ.**
Florida Bar No. 360650
Richard.Barry@gray-robinson.com
Lead Trial Counsel
**KATHERINE W. KATZ, ESQ.**
Florida Bar No. 1022526
Katherine.Katz@gray-robinson.com
**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida  32802-3068
Telephone:  (407) 843-8880

**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462

Facsimile: (407) 244-5690
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 5, 2025, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on all parties of record.

/s/ *Richard L. Barry*

#63440880 v2