# EXHIBIT E

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHARLES NEGY,

   *Plaintiff,*

v.                                                                       CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE UNIVERSITY OF CENTRAL FLORIDA; in their official capacities; S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, NANCY MYERS, in their individual capacities,

   *Defendants*.
_____/

## **PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, CHARLES NEGY ("Plaintiff"), and Defendants, S. KENT BUTLER, ALEXANDER CARTWRIGHT, TOSHA DUPRAS, MICHAEL JOHNSON, and NANCY MYERS, in their individual capacities (collectively "Defendants"), pursuant to Local Rule 3.06(b) and this Court's Case Management and Scheduling Order dated August 7, 2023 (Doc. 33), hereby submit the following Proposed Voir Dire Questions, which are set forth as the Parties' Joint Proposed Voir Dire Questions, Plaintiff's Proposed Voir Dire Questions, and Defendants' Proposed Voir Dire Questions.

The parties respectfully request the right to submit amended voir dire questions, depending on developments in trial as well as the Court's ruling on Defendants' Motions for Summary Judgment (Dkt. Nos. 59-61) and any motions in limine filed by the parties.

**PARTIES' JOINT PROPOSED VOIR DIRE QUESTIONS**

1. Have you heard or read anything about this case?

2. The plaintiff is represented by Samantha Harris of Allen Harris in Pennsylvania and Joshua Engel of Engel & Martin, located in Ohio. They are assisted by David Osborne of Goldstein Law Partners here in Florida. The Defendants are represented by Kristie Hatcher-Bolin, Richard Barry, Julie Zolty, and Katherine Katz of Gray Robinson in Florida. Do you know any of these attorneys? Have you ever been represented by any of these attorneys or their law firms?

3. The following persons may be called as witnesses or referred to during the trial. If you know, have heard of, or have any association with any of these people, please stand: [TO BE ADDED]

4. Have you heard or read anything about Dr. Charles Negy, who is the Plaintiff in this case?

5. Do you follow Dr. Charles Negy on any social media sources?

6. Have you ever been the subject of an investigation at work pertaining to your alleged conduct?

7. Each of the Defendants are current or former employees of the University of Central Florida. Have you, a member of your family, ever attended, worked for, or

2

otherwise been affiliated with the University of Central Florida as a student, employee, board member, volunteer, or in any other capacity?

8. Have you or a member of your family, ever attended, worked for, or otherwise been affiliated with an academic institution of higher education, such as a university or college?

9. Have you or any member of your family ever had any employment as a professor or teacher?

10. Have you or any member of your family ever had any employment for a university?

11. Have you ever had any training in the field of human resources/personnel work? Please explain.

12. Have you or a close family member ever held a manager or supervisor position before, or had responsibility for disciplining, hiring or firing employees? If yes, please describe?

13. Have you or a close family member ever been accused of misconduct, at work? Please explain.

14. Have you or a close family member ever been suspended or placed on administrative leave from work for any reason? Please explain.

15. Have you or a close family member ever been terminated from work for any reason? Please explain.

3

#63647776 v3

16. Have you or a close family member ever terminated anyone from their job?

17. Have you, any member of your close family, or a close friend ever been involved in litigation, either as a plaintiff or a defendant?

18. Do you, any member of your close family, or any close friend belong to an organization which is now or has been critical of universities?

19. Do you, any member of your close family, or any close friend belong to an organization which is now or has been supportive of universities?

20. Do you, any member of your close family, or any close friend belong to an organization that advocates for free speech or similar causes?

21. Did you, any member of your close family, or any close friend participate in protests or demonstrations following the death of George Floyd in the summer of 2020 or thereafter? If yes, who attended and what protests or demonstrations did they attend?

22. If it was a member of your close family or a close friend, how did you feel about their participation in the protest or demonstration?

23. Did you agree with their concerns?

24. Do you have a strongly held belief that universities pose a threat to free speech or civil liberties? Why?

25. Do you regularly post comments on social media?

#63647776 v3

26. Without having seen or heard any evidence will you promise that if selected to be a juror you will decide this case without sympathy or compassion for either the Plaintiff or the Defendants and render a verdict based solely on the evidence and the law as instructed by the Court? If not, why not?

27. Will each of you follow the law given to you by the Court, even if you may disagree with it?

28. Is there any reason why you cannot render a fair and impartial verdict in this case?

29. If you are selected as a juror, could you find against Dr. Charles Negy if the evidence shows that he has not proven each of his claims against each of the individually named defendants, even if you personally like him or agree with his views?

30. If you are selected as a juror, could you find for Dr. Charles Negy if the evidence shows that he has proven each of his claims against each of the individually named defendants, even if you do not personally like him or disagree with his views?

31. Will you follow the law given to you by the Court, even if you may disagree with it?

32. Do you understand that the fact that a trial is set to take place in this lawsuit means only that the parties disagree about the facts that are material to the outcome of the case? Or has the fact that this case will be resolved by a trial make you more likely to believe that the Plaintiff must have been treated unlawfully?

#63647776 v3

## PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS

1. Have you or a member of your family ever worked for a government agency, including any public schools?

2. Do you disagree with the idea that under the First Amendment to the Constitution of the United States, a public employee has a right to freedom of speech on matters of public concern?

3. Do you disagree with the idea that it is unlawful for a public employer to take action against a public employee because the employee exercises his First Amendment rights by speaking on a matter of public concern.

4. Do you believe that the right to free speech includes the right to make arguably inappropriate or controversial statements on matters of public concern?

5. Do you agree that speech on matters of public concern cannot be restricted simply because it is upsetting or arouses contempt?

6. Do you agree that the government may not prohibit the expression of an idea simply because society finds the idea itself offensive, disagreeable, misguided, or even hurtful?

## DEFENDANTS' PROPOSED ADDITIONAL VOIR DIRE QUESTIONS

1. Do you think that just because someone feels that they have been a victim of retaliation due to their conduct being investigated, it necessarily means that they have been a victim of retaliation?

6

#63647776 v3

2. Do you think that just because someone feels that they have been wrongfully terminated, it necessarily means that they have been wrongfully terminated?

3. Have you or a close family member ever been mistreated, in any way, by a professor or teacher? Please explain.

4. Do you feel that simply because the Plaintiff filed a lawsuit, he is entitled to recovery?

5. Have you, any member of your close family, or a close friend ever sued an employer or a manager of an employer? Please explain.

6. Without having seen or heard evidence in this case, would that experience cause you to lean in the Plaintiff's favor? If so, why?

7. If you participated in protests or demonstrations following the death of George Floyd in the summer of 2020 or thereafter, why did you participate?

8. Do you believe that engaging in free speech should insulate you from workplace investigations or discipline? Why?

9. Does anyone believe that an employer, or a manager or administrator, is never justified in disciplining an employee? Why?

10. Have you ever enrolled, taken, or withdrawn from a class taught by the Plaintiff?

11. Have you or a member of your family ever been a member of a labor union?

12.     Have you or a member of your family ever been involved in a grievance or arbitration under a collective bargaining agreement (union contract)?  If so, what was your involvement?  What was the result?

13.     Have you ever been in a situation and regretted not filing a lawsuit? Why?

#63647776 v3