# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES NEGY,**

         **PLAINTIFF,**

**V.**                                           **NO. 6:23-CV-00666-CEM-DCI**

**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF CENTRAL**
**FLORIDA, ET AL.**

         **DEFENDANTS.**

---

### PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff respectfully requests that this Court employ the following Special Interrogatories to the Jury.


Respectfully submitted,


      /s/ David R. Osborne
DAVID R. OSBORNE
Florida Bar No.: 70186
Goldstein Law Partners, LLC
4651 Salisbury Rd., Suite 400
Jacksonville, FL 32256
Telephone: 610-949-0444
dosborne@goldsteinlp.com

_____/s/ Samantha K. Harris_____
SAMANTHA HARRIS (*pro hac vice*)
Allen Harris PLLC
P.O. Box 673
Narberth, PA 19072
Telephone: 610-634-8258
sharris@allenharrislaw.com


_____/s/ Joshua Engel_____
JOSHUA A. ENGEL (*pro hac vice*)
Engel & Martin, LLC
4660 Duke Drive, Ste 101
Mason, OH  45040
Telephone: 513-445-9600
engel@engelandmartin.com

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHARLES NEGY,**

        **PLAINTIFF,**

**V.**                                 **NO. 6:23-CV-00666-CEM-DCI**

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA, ET AL.**

        **DEFENDANTS.**

---

**SPECIAL INTERROGATORIES TO THE JURY**

**Do you find from a preponderance of the evidence:**

    1. That Dupras, Cartwright, Johnson, Butler, and/or Myers investigated or discharged Negy?  Answer Yes or No.

        As to Defendant Butler:         _____

        As to Defendant Cartwright:    _____

        As to Defendant Dupras:       _____

        As to Defendant Johnson:      _____

        As to Defendant Myers:        _____

If your answer is "No" as to every Defendant this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes" to any Defendant, go to the next question.

3

2. That Negy's statements on a matter of public concern was a motivating factor in Dupras', Cartwright's, Johnson's, Butler's, and/or Myers' decision investigate or discharge Negy?  Answer Yes or No.

As to Defendant Butler:                        _____

As to Defendant Cartwright:                 _____

As to Defendant Dupras:                      _____

As to Defendant Johnson:                     _____

As to Defendant Myers:                        _____

If your answer is "No" as to every defendant this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is Yes" as to any Defendant, go to the next question.


3. That Dupras, Cartwright, Johnson, Butler, and/or Myers would have investigated or discharged Negy even if he or she had not taken Negy's protected activity into account?  Answer Yes or No.

As to Defendant Butler:                        _____

As to Defendant Cartwright:                 _____

As to Defendant Dupras:                      _____

As to Defendant Johnson:                     _____

As to Defendant Myers:                        _____

If your answer is "Yes" as to every defendant, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No" as to any Defendant, go to the next question.

4.  That Negy suffered damages because of Dupras', Cartwright's, Johnson's, Butler's, and/or Myers' acts?  Answer Yes or No.

_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That Negy should be awarded damages to compensate for the value of out-of-pocket losses or expenses?  Answer Yes or No.

_____

If your answer is "Yes," in what amount?        $_____

How much of the amount should be attributed to each Defendant?

As to Defendant Butler:                $_____

As to Defendant Cartwright:            $_____

As to Defendant Dupras:                $_____

As to Defendant Johnson:               $_____

As to Defendant Myers:                 $_____

6. That Negy should be awarded damages to compensate for emotional pain and mental anguish? Answer Yes or No.

_____

If your answer is "Yes," in what amount?          $_____

How much of the amount should be attributed to each Defendant?

As to Defendant Butler:                    $_____

As to Defendant Cartwright:                $_____

As to Defendant Dupras:                    $_____

As to Defendant Johnson:                   $_____

As to Defendant Myers:                     $_____

If you did not award damages in response to either Question No. 5 or Question No. 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question No. 5 or Question No. 6 (or both), go to the next question.

7.  That punitive damages should be assessed against one of more Defendants?  Answer Yes or No.

_____

If your answer is "Yes," in what amount?          $_____

How much of the amount should be attributed to each Defendant?

      As to Defendant Butler:                          $_____

      As to Defendant Cartwright:                    $_____

      As to Defendant Dupras:                        $_____

      As to Defendant Johnson:                       $_____

      As to Defendant Myers:                         $_____

**So Say We All.**

                           _____
                           Foreperson's Signature

Date: _____

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES NEGY,

    *Plaintiff,*

v.                                CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; in their official capacities;
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, NANCY
MYERS, in their individual capacities,

    *Defendants.*

_____/

**PROPOSED VERDICT FORM AS TO DEFENDANT NANCY MYERS**

**Do you find by a preponderance of the evidence:**

    1.    That Myers terminated Negy's employment from the University of Central Florida?

                       Answer Yes or No      _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

2.     That Negy's statements on X, formerly known as Twitter, were a motivating factor in Myers' decision to terminate Negy from the University of Central Florida?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.     That Myers would have terminated Negy from his employment even if Myers had not taken Negy's statements on X, formerly known as Twitter, into account?

Answer Yes or No          _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.     That Negy suffered compensatory damages because of Myers' acts?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5.      That Negy incurred actual out-of-pocket expenses that were caused by

the constitutional deprivation?

Answer Yes or No          _____

If your answer is "Yes,"

in what amount?          $_____

6.      That Negy should be awarded damages to compensate for emotional

pain and mental anguish?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

If you did not award damages in response to Question No. 5 or Question No.

6, this will end your deliberations, and your foreperson should go to the end of this

verdict form to sign and date it. If you awarded damages in response to Question No.

5 or Question No. 6, go to the next question.

7.      That Myers acted with malice or reckless indifference to Negy's

federally protected rights such that punitive damages should be assessed against

Myers?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

SO SAY WE ALL.

_____
**Foreperson's Signature**

DATE: _____

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES NEGY,

     *Plaintiff,*

v.                                                          CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; in their official capacities;
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, NANCY
MYERS, in their individual capacities,

     *Defendants.*

_____/

## <u>PROPOSED VERDICT FORM AS TO DEFENDANT ALEXANDER CARTWRIGHT</u>

**Do you find by a preponderance of the evidence:**

    1.    That Cartwright terminated Negy's employment from the University of Central Florida?

                  Answer Yes or No     _____

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

2.      That Negy's statements on X, formerly known as Twitter, were a motivating factor in Cartwright's decision to terminate Negy from the University of Central Florida?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.      That Cartwright would have terminated Negy from his employment even if Cartwright had not taken Negy's statements on X, formerly known as Twitter, into account?

Answer Yes or No          _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.      That Negy suffered compensatory damages because of Cartwright's acts?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2

5.      That Negy incurred actual out-of-pocket expenses that were caused by

the constitutional deprivation?

Answer Yes or No          _____

If your answer is "Yes,"

in what amount?          $_____

6.      That Negy should be awarded damages to compensate for emotional

pain and mental anguish?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

If you did not award damages in response to Question No. 5 or Question No.

6, this will end your deliberations, and your foreperson should go to the end of this

verdict form to sign and date it. If you awarded damages in response to Question No.

5 or Question No. 6, go to the next question.

7.      That Cartwright acted with malice or reckless indifference to Negy's

federally protected rights such that punitive damages should be assessed against

Cartwright?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

SO SAY WE ALL.

_____
**Foreperson's Signature**

**DATE:** _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES NEGY,

     *Plaintiff,*

v.                             CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; in their official capacities;
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, NANCY
MYERS, in their individual capacities,

     *Defendants.*

_____/

## <u>PROPOSED VERDICT FORM AS TO DEFENDANT TOSHA DUPRAS</u>

**Do you find by a preponderance of the evidence:**

1.    That Dupras terminated Negy's employment from the University of Central Florida?

                      Answer Yes or No       _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

2.    That Negy's statements on X, formerly known as Twitter, were a motivating factor in Dupras" decision to terminate Negy from the University of Central Florida?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.    That Dupras would have terminated Negy from his employment even if Dupras had not taken Negy's statements on X, formerly known as Twitter, into account?

Answer Yes or No          _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.    That Negy suffered compensatory damages because of Dupras" acts?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2

5.     That Negy incurred actual out-of-pocket expenses that were caused by the constitutional deprivation?

Answer Yes or No      _____

If your answer is "Yes,"

in what amount?      $_____

6.     That Negy should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No      _____

If your answer is "Yes,"
in what amount?      $_____

If you did not award damages in response to Question No. 5 or Question No. 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question No. 5 or Question No. 6, go to the next question.

7.     That Dupras acted with malice or reckless indifference to Negy's federally protected rights such that punitive damages should be assessed against Dupras?

Answer Yes or No      _____

If your answer is "Yes,"
in what amount?      $_____

SO SAY WE ALL.

_____
**Foreperson's Signature**

**DATE:** _____

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES NEGY,

    *Plaintiff,*

v.                                    CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; in their official capacities;
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, NANCY
MYERS, in their individual capacities,

    *Defendants.*

_____/

## PROPOSED VERDICT FORM AS TO DEFENDANT MICHAEL JOHNSON

**Do you find by a preponderance of the evidence:**

1.    That Johnson terminated Negy's employment from the University of Central Florida?

                        Answer Yes or No      _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

2.      That Negy's statements on X, formerly known as Twitter, were a motivating factor in Johnson's decision to terminate Negy from the University of Central Florida?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.      That Johnson would have terminated Negy from his employment even if Johnson had not taken Negy's statements on X, formerly known as Twitter, into account?

Answer Yes or No          _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.      That Negy suffered compensatory damages because of Johnson's acts?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2

5.      That Negy incurred actual out-of-pocket expenses that were caused by

the constitutional deprivation?

Answer Yes or No          _____

If your answer is "Yes,"

in what amount?          $_____

6.      That Negy should be awarded damages to compensate for emotional

pain and mental anguish?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

If you did not award damages in response to Question No. 5 or Question No.

6, this will end your deliberations, and your foreperson should go to the end of this

verdict form to sign and date it. If you awarded damages in response to Question No.

5 or Question No. 6, go to the next question.

7.      That Johnson acted with malice or reckless indifference to Negy's

federally protected rights such that punitive damages should be assessed against

Johnson?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?          $_____

3

SO SAY WE ALL.

_____
**Foreperson's Signature**

DATE: _____

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES NEGY,

    *Plaintiff,*

v.                                                    CASE NO.: 6:23-cv-00666-CEM-DCI

BOARD OF TRUSTEES OF THE
UNIVERSITY OF CENTRAL
FLORIDA; in their official capacities;
S. KENT BUTLER, ALEXANDER
CARTWRIGHT, TOSHA DUPRAS,
MICHAEL JOHNSON, NANCY
MYERS, in their individual capacities,

    *Defendants.*

_____/

### <u>PROPOSED VERDICT FORM AS TO DEFENDANT S. KENT BUTLER</u>

**Do you find by a preponderance of the evidence:**

    1.    That Butler terminated Negy's employment from the University of

Central Florida?

                  Answer Yes or No      _____

    If your answer is "No," this ends your deliberations, and your foreperson

should sign and date the last page of this verdict form. If your answer is "Yes," go

to the next question.

1

2.      That Negy's statements on X, formerly known as Twitter, were a motivating factor in Butler's decision to terminate Negy from the University of Central Florida?

Answer Yes or No      _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.      That Butler would have terminated Negy from his employment even if Butler had not taken Negy's statements on X, formerly known as Twitter, into account?

Answer Yes or No      _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.      That Negy suffered compensatory damages because of Butler's acts?

Answer Yes or No      _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2

5.     That Negy incurred actual out-of-pocket expenses that were caused by the constitutional deprivation?

Answer Yes or No        _____

If your answer is "Yes,"

in what amount?        $_____

6.     That Negy should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No        _____

If your answer is "Yes,"
in what amount?        $_____

If you did not award damages in response to Question No. 5 or Question No. 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question No. 5 or Question No. 6, go to the next question.

7.     That Butler acted with malice or reckless indifference to Negy's federally protected rights such that punitive damages should be assessed against Butler?

Answer Yes or No        _____

If your answer is "Yes,"
in what amount?        $_____

SO SAY WE ALL.

_____
**Foreperson's Signature**

DATE: _____

4